USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/25/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JOSEPH SPADAFORA and GUDELIA LEVINE, :
                                     :
                        Plaintiffs,  :
                                     :          1:19-cv-6631-GHW
            -against-                :
                                     :                ORDER
THE STANDARD FIRE INSURANCE          :
COMPANY,                             :
                                     :
                        Defendant.   :
-----------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

A jury trial in this matter will begin on **November 16, 2020 at 9:00 a.m.**  The Court will hold a final pretrial conference in this case on **October 23, 2020 at 1:00 p.m.**  Both the final pretrial conference and the jury trial will be held in Courtroom 12C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse at 500 Pearl Street, New York, New York 10007.

The parties are directed to submit the following materials no later than September 23, 2020: (1) the joint pretrial order and other submissions permitted or required under Rule 5 of the Court's Individual Rules of Practice in Civil Cases, (2) a proposed brief, mutually acceptable description of the case, to be read to the venire, and (3) a proposed brief, mutually acceptable overview of the applicable law, to be read to the jury as part of the Court's initial instructions prior to opening statements.

The Court will hold a conference call to discuss trial procedures on August 31, 2020 at 4:00 p.m.  The parties are directed to use the conference call dial-in information and access code noted in the Court's Emergency Rules in Light of COVID-19 available on the Court's website, and are specifically directed to comply with Emergency Rule 2(C).

The parties are granted leave to file motions to exclude the other party's experts. The parties are directed to file those motions by September 9, 2020. Oppositions are due within two weeks of the date of service of the motion; replies, if any, are due within one week of the date of service of the opposition.

SO ORDERED.

Dated: August 25, 2020
New York, New York

                                            GREGORY H. WOODS
                                           United States District Judge