UNITED STATES DISTRICT COURT
SOURTHERN DISCTRICT OF NEW YORK

-----------------------------------------------------------x

JOSEPH SPADAFORA and GUDELIA LEVINE,

            Plaintiffs,

  -against-

THE STANDARD FIRE INSURANCE COMPANY,

            Defendant.

-----------------------------------------------------------x

Civil Action No.: 19-CV-6631

DECLARATION OF MICHAEL E. STERN IN SUPPORT OF MOTION TO STRIKE THE EXPERT REPORTS OF EDWARD GLASER AND JESSE LOWELL

MICHAEL E. STERN, declares as follows:

1. I am an attorney at law and member of the law firm Rubin, Fiorella, Friedman & Mercante, LLP, counsel for Defendant, Standard Fire Insurance Company.

2. Attached hereto as Exhibit "1" are true and accurate copies of the Damage Claim Reports and Estimate of Susquehanna Marine Survey's, Robert Stefanowicz.

3. Attached hereto as Exhibit "2" is a true and accurate copy of the Damage Estimate of Scop Boat Works Inc.'s, Paul Scopinich.

4. Attached hereto as Exhibit "3" is a true and accurate copy of the report of Edward Glaser.

5. Attached hereto as Exhibit "4" is a true and accurate copy of the report of Jesse Lowell.

6. Attached hereto as Exhibit "5" is a true and accurate copy of the transcript of the deposition of Edward Glaser.

7.      Attached hereto as Exhibit "3" are true and accurate copies of the photographs of the damage taken by Plaintiff on November 18th.

Date: October 8, 2020
      New York, New York

*Michael E. Stern*