

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW YORK


------------------------------x

JOSEPH SPADAFORA and GUDELIA          INDEX NO.
LEVINE,
                                      19-CV-6631
          Plaintiffs,

-against-

THE STANDARD FIRE INSURANCE
COMPANY,

          Defendant.

------------------------------x



    DATE TAKEN:        July 29, 2020

    TIME:              10:51 a.m. - 1:33 p.m.

    WITNESS LOCATION:  ROCKLAND, MAINE

    CLIENT MATTER NO:  357-38446


REMOTE DEPOSITION OF EDWARD GLASER, held by video

teleconference, taken before TAMMY M. SMITH, a

Court Reporter and Notary Public of the State of

Maine.

Edward Glaser
July 29, 2020                                                                2

```
 1    APPEARANCES:

 2

 3    On behalf of Plaintiffs:

 4      LAW OFFICES OF ERIC DINNOCENZO

 5      469 7th Avenue, Suite 1215

 6      New York, NY  10018

 7      (212) 933-1675

 8      eric@dinnocenzolaw.com

 9      BY:  ERIC DINNOCENZO, ESQUIRE

10      [APPEARED VIA VIDEO TELECONFERENCE]

11

12    On behalf of Defendant:

13      RUBIN, FIORELLA, FRIEDMAN & MERCANTE, LLP

14      630 Third Avenue, 3rd Floor

15      New York NY  10018

16      (212) 953-2381

17      mstern@rubinfiorella.com,

18      BY:  MICHAEL STERN, ESQUIRE

19      [APPEARED VIA VIDEO TELECONFERENCE]

20

21    ALSO PRESENT:

22      Joseph Spadafora, Plaintiff

23

24

25
```

1                          INDEX

2

      DEPONENT:                                      PAGE:

3
      EDWARD GLASER

4
      BY MR. STERN                                      5

5
      BY MR. DINNOCENZO                               114

6
      BY MR. STERN                                    117

7
      BY MR. DINNOCENZO                               118

8

9

10                        EXHIBITS

11
      NUMBER:                                        PAGE:

12
      Exhibit 1     Expert Disclosure                 67

13
      Exhibit 2     Stefanowicz Exhibits              88

14
      Exhibit 3     July 27, 2020 Letter             109

15
      Exhibit 4     December 20, 2018 Estimate        112

16                  by Paul Scopinich of Scop
                    Boat Works, Inc.

17

18

19

20

21

22

23

24

25

Edward Glaser
July 29, 2020                                                4

```
 1              STIPULATIONS

 2     It is hereby agreed by and between the parties

 3  that signature is not waived.

 4     It is further stipulated a copy of this

 5  examination shall be furnished to the attorney for

 6  the witness being examined without charge.

 7          THE COURT REPORTER:  The attorneys

 8       participating in this deposition acknowledge

 9       that I am not physically present in the

10       deposition room and that I will be reporting

11       this deposition remotely.  They further

12       acknowledge that, in lieu of an oath

13       administered in person, the witness will

14       verbally declare his testimony in the matter

15       is under penalty of perjury.  The parties and

16       their counsel consent to this arrangement and

17       waive any objections to this manner of

18       reporting.

19          Please indicate your agreement by stating

20       your name and your agreement on the record.

21       MR. STERN:  Michael Stern with Rubin,

22       Fiorella, Friedman & Mercante for defendant,

23       Travelers and Standard Fire Insurance.  We

24       agree.

25          MR. DINNOCENZO:  Eric Dinnocenzo for the
```

1     plaintiff.  I agree.

2                     TRANSCRIPT OF PROCEEDINGS.

3                         *  *  *  *  *

4     EDWARD GLASER, having been duly sworn by the

5        Notary Public, was deposed and testified as

6        follows:

7                         EXAMINATION

8     BY MR. STERN:

9     Q.   Good morning, Mr. Glaser.  This is going to be

10         an unusual deposition.

11              First of all, have you ever been deposed

12         before?

13    A.   Yes, a few times.

14    Q.   This is going to, I presume, be an unusual one

15         for you as to the fact that no one is the room

16         with you and we're all remote.  I'll do my

17         best to keep it slow and clear, my questions,

18         so that we can have an orderly and easy

19         deposition.

20    A.   Thank you.

21    Q.   And the instruction that you get is to wait

22         for the question to end before you answer, and

23         I'll wait for you to end.  It takes on more

24         meaning here with the difficulty, as our

25         reporter is also just watching us on video.

```
 1        So we need to try to work with each other.
 2            If at any point you don't understand my
 3        question, which is very common with me, don't
 4        try and guess what I'm asking you.  Please ask
 5        me to rephrase the question.  I don't want any
 6        trick questions, unless they're intentional.
 7            First of all, what's your address?  Where
 8        are you located?
 9   A.   I'm located at 548 Old County Road in Rockland
10        Maine, 04841.
11   Q.   Is this a residence or a place of business?
12   A.   This is -- it's a residence.  This is my
13        house.
14   Q.   And you just testified earlier that you've
15        been deposed before.  Can you give me a
16        rundown on the situations that you were
17        deposed before?
18   A.   I'm trying to remember.  You know, it's so
19        infrequently.  Once I was called as a
20        character witness to a friend who had a
21        schooner that was in an accident.  And another
22        time, when I was harbor master, it was over an
23        accident that happened between two boats in
24        the harbor.
25   Q.   Okay.  So then both times that you were
```

Edward Glaser
July 29, 2020                                                7

```
 1        involved in depositions, you were not -- it

 2        was not with you being a party, correct?

 3   A.   Correct.

 4   Q.   Have you ever given testimony at a trial or

 5        other court-type hearing?

 6   A.   Yes, for my friend who was at -- how do I

 7        phrase it -- who was in an incident while he

 8        had his boat at anchor.  I was asked to --

 9        again, it was the same exact deposition, is to

10        make a report on his character.

11   Q.   Okay.  And so you went to testify at trial in

12        that one, too?

13   A.   Yes.

14   Q.   Have you ever been qualified to testify at a

15        trial in either federal or a state court as an

16        expert witness before?

17   A.   No, I don't believe so.

18   Q.   Have you ever been asked to provide

19        expert-type testimony or a report in a case,

20        either a federal, state, or arbitrable matter,

21        prior to this matter?

22   A.   As I say, I think I was deposed once and asked

23        as an expert on -- as harbor master on an

24        incident that happened in the harbor.

25   Q.   That was based on your position -- strike
```

```
 1        that.

 2              Was that a -- was that a fact testimony

 3        or an expert testimony?

 4   A.   It was a fact testimony.

 5   Q.   So you've never been requested by a party to

 6        litigation or arbitration to provide expert

 7        testimony before today?

 8   A.   Not that I can recall.

 9   Q.   So you testified -- let's go back into your

10        educational background.  Did you -- I presume

11        you graduated high school.

12   A.   Yes.

13   Q.   And did you -- where did you go to high

14        school?

15   A.   I went to high school at South Side Senior

16        High School in a Rockville Centre, New York.

17   Q.   So you're another Long Island boy?

18   A.   Yes.

19   Q.   Did you go to college after high school?

20   A.   I went to college, attended Bates College in

21        Lewiston, Maine.

22   Q.   Did you graduate from Bates?

23   A.   No.

24   Q.   How many years did you attend Bates?

25   A.   About three and a half.
```

Edward Glaser
July 29, 2020                                                    9

1    Q.   Okay.  So what were you studying for almost a

2         full four years at Bates?

3    A.   American history.  Mostly American history

4         with a smattering of physics.

5    Q.   And why did you not complete your degree after

6         attending for three and a half years?

7    A.   I took a year off after three years and

8         started working with a man by the name of

9         Lance Lee in Bath, Maine at the

10        Apprenticeshop, which was a boat-building

11        program, as part of the Bath Marine Museum.

12        And through there, worked for a little while

13        at Mystic Seaport.

14   Q.   Okay.  So tell me about the -- what is the

15        Bath Marine Museum?

16   A.   Well, the Bath Marine Museum, at the time, was

17        a starting museum that was mostly tied up with

18        a shipyard that was down there, an old,

19        historic shipyard called the Percy & Small

20        Shipyard, which had been building large wooden

21        vessels since the 1800s.  The Apprenticeshop

22        was a small branch of the museum.  The museum

23        is now called the Maine Maritime Museum, and

24        it's quite a bit bigger than it used to be.

25   Q.   So what did you -- strike that.

```
 1            Were you only an apprentice at the
 2       Apprenticeshop?
 3   A.   No.  There were -- I think there were probably
 4        six of us at the time when we started.
 5   Q.   What did you do in the Apprenticeship at the
 6        Bath Marine Museum?
 7   A.   Well, for the most part, what we were doing
 8        was just starting the program.  We wound up
 9        building the building that became the shop.  I
10        started from there, and then we formed out all
11        of the different apprentices for three or four
12        months; and I was at the Mystic Seaport
13        working with Will Ansel in the whale boat
14        building program.
15   Q.   Let's go back.  Before going to the Bath
16        Marine Museum, did you have any training or
17        experience in -- well, first of all, did you
18        have boating experience before going to the
19        Bath Marine Museum?
20   A.   Yes.
21   Q.   What type -- what was your experience?
22   A.   My first experience was my parents were kind
23        enough to buy me an eight-foot sailing dinghy.
24        About the time I was ten, I was sailing off
25        the beach in Port Clyde, Maine.  Eventually, I
```

```
 1        got slightly bigger boats and started sailing

 2        a 16-foot Comet that I had for a while and

 3        sailed a number of times with other people who

 4        were friends of the family in a Thistle and

 5        the Friendship Sloop and a Northeast Harbor

 6        A-class vessel.  So there was some, you know,

 7        affinity for boats at that point.

 8   Q.   Okay.  Before going to the Bath Marine Museum,

 9        did you have any experience in either building

10        or repairing any type of boat?

11   A.   Other than working on my own boat, and not

12        doing very good job, probably the answer is

13        no.

14   Q.   Okay.  And while you were in college, did you

15        have any involvement or experience in building

16        or repairing boats?

17   A.   No.

18   Q.   Okay.  So when you went to the Bath Marine

19        Museum -- strike that.

20             How long were you at the Bath Maritime

21        Museum?

22   A.   I was there about eight months.

23   Q.   And in that eight months, you testified that

24        you were basically starting the program?

25   A.   Right.
```

Edward Glaser
July 29, 2020

12

```
1    Q.   So I take it that about at that point, those
2         eight months you were not involved in building
3         or restoring boats?
4    A.   Well, as I say, because I spent about three or
5         four months at the Mystic Seaport, we were --
6         they had a large whaling ship there called the
7         Charles W. Morgan.  And for the whaling ship,
8         they were building replicas of the 30-foot
9         whale boats that were used by the vessel.  So
10        I was involved in the boat-building program
11        there.
12   Q.   Okay.  So then the eight months you testified
13        to included both the Bath aspect and the
14        Mystic aspect?
15   A.   Yes.
16   Q.   So then during the three or four months at
17        Mystic -- strike that.
18             How many people were involved in this
19        program to build the whaling boats?
20   A.   The program, there were three of us.  Will
21        Ansel was the head carpenter, and I think the
22        second carpenter was Pete Vermeer, and then
23        there was me.  I was sort of the apprentice in
24        the program.
25   Q.   Who is or was Will Ansel?
```

Edward Glaser
July 29, 2020                                                    13

```
 1   A.   He was a Maine historian and boat builder who

 2        was, for a while, tied up with the Mystic

 3        Seaport.

 4   Q.   So what --

 5   A.   Like everybody's who's involved in that

 6        industry, he's written a number of books on

 7        traditional boats and how they're built.

 8   Q.   Okay.  Now, when you were there for the three

 9        or four months, did you get any formal

10        training of any sort?

11   A.   Well, it's like most boat builders, it's a

12        hands-on kind of training --

13   Q.   Okay.

14   A.   -- with a certain amount of instruction that

15        goes with everything that you're doing.

16   Q.   So what kind of training did you receive in

17        those three or four months?

18   A.   Well, we basically built a whole whale boat

19        from laying out the stem and the keel and

20        cutting the rabbet to where the planks fit in,

21        bending the frames, putting the frames in,

22        planking the boat, and then finishing it off

23        with thwarts.  So basically, we built a whole

24        boat.

25   Q.   So in three months, three to four months, you
```

1       built this whole 30-foot boat?

2   A.  Yeah.

3   Q.  Okay.  And what was your role in building that

4       30-foot boat?

5   A.  Everything.  Once they trust you enough that

6       you're bending the frames and cutting the

7       rabbet and planking, helping to plank the

8       boat, steaming the planks, every part of the

9       boat I was involved in, fastening the frames.

10  Q.  Okay.  What do you mean by bending planks?

11  A.  Well, as you know, a boat has a fairly rounded

12      shape; and wood doesn't necessarily want to go

13      in that shape.  So what you oftentimes do is

14      you have to steam a piece of wood to loosen up

15      the fibers so that it sort of slides in place.

16      So as you steam it, then you put the hot plank

17      on the frame of the boat, clamp it in place,

18      and allow it to cool off before you fasten it

19      to the frame.

20  Q.  Okay.  And how do you fasten it to the frame?

21  A.  In that case, it was done with what they call

22      galvanized clench nails, which is just a nail

23      that is bent over on the inside.

24  Q.  Then you mentioned something about a rabbet.

25      What is a rabbet?

Edward Glaser
July 29, 2020                                                      15

1    A.   A rabbet is -- there's a seam -- when a plank

2         hits the keel or hits the stem, that's notched

3         so that when you put caulking in to keep it

4         from leaking, it's a nice, smooth, even fit.

5         So you're building a notch through the whole

6         shape of the boat that the planks will fit

7         into.

8    Q.   Okay.  And when you say the word keel, what do

9         you refer to as a keel of a wooden boat?

10   A.   The keel is a structural member that runs

11        forward and out down the center of the boat.

12   Q.   Does it go from the -- where does it start --

13        going top to bottom, where does the keel begin

14        on the boat?

15   A.   The keel begins at the -- if you're talking

16        about a standard boat with a stem -- the whale

17        boats were double ended, so in effect, it had

18        two stems; and it would go from where the stem

19        comes down to where all of a sudden it starts

20        becoming horizontal.

21   Q.   Okay.  Do you recall the entire structure,

22        that is -- from the bottom of the hull to the

23        bottom of the keel, is the entire structure

24        called the keel?  Or are there various parts

25        of it that are not the keel?

Edward Glaser
July 29, 2020                                                16

```
 1   A.   Usually the whole thing is referred to, in

 2        terms of boat building, as a keel.  And then

 3        you can sort of describe the different parts

 4        of it.  The part that sits on top of it might

 5        be the keelson, and the part that sits

 6        underneath -- a whale boat didn't have any

 7        part that sat beneath, but if a boat does,

 8        because it's a powerboat or a sailboat, that

 9        might be called the deadwood.

10   Q.   Okay.  What is the deadwood?  What does it

11        mean, deadwood?

12   A.   Deadwood is -- goodness only knows why these

13        terms evolved the way they did.  But a

14        deadwood is basically the part that sits below

15        the structural part of the keel.  And in a

16        sailboat, it will have the keel or the shoe

17        attached to it to keep the boat from sliding

18        sideways, and in the case of a powerboat, will

19        house the stern tube or the propellor tube,

20        the propellor shaft.

21   Q.   Okay.  So the deadwood is not structural, you

22        testified, correct?

23   A.   Well, it's structurally -- it's not -- all of

24        it is structural in a wooden boat, but it's

25        attached to the main part of the keel, yeah.
```



 1    Q.   So you -- you testified then that you were at

 2         this program for three to four months.  Where

 3         did you go after your eight months of being at

 4         Bath Marine and this program at the Mystic

 5         Seaport?

 6    A.   Then I shifted over -- I was offered a job by

 7         a gentleman by the name Tom Moser who was

 8         starting a furniture shop in New Gloucester,

 9         Maine; and I spent about eight months with him

10         before I decided it was time to go back to

11         college and finish my college there.

12    Q.   Okay.  When you were working with Tom Moser

13         Furniture, what were you doing there?

14    A.   Everything.  Building furniture from pieces of

15         wood.  We built harvest tables, and we built

16         shaker reproduction clocks, and we built

17         benches and dovetailed boxes.

18    Q.   And so you testified now that you went back to

19         school after the eight months.  Do you recall

20         how -- what year this would have been,

21         approximately?

22    A.   I think it was -- it would have been '73

23         through '74.

24    Q.   And you would have been about 20, 21 at this

25         point?

Edward Glaser
July 29, 2020                                                    18

```
 1   A.   Yeah.
 2   Q.   Where did you go after -- so you went back to
 3        Bates after these eight months at the
 4        furniture shop, correct?
 5   A.   Yes.
 6   Q.   How long did you remain at Bates?
 7   A.   Just long enough -- well, basically through my
 8        senior year.  When spring came, I was offered
 9        a job working on a schooner as a crew member;
10        and I decided that was a lot more fun than
11        finishing off with my senior thesis.
12   Q.   What was your senior thesis going to be?
13   A.   Well, that was sort in debate at the time.
14        And the problem was, I hadn't found something
15        I was enamored enough with to spend that much
16        time writing a 75-page paper.
17   Q.   And what was the name of the schooner that you
18        went to again?
19   A.   I started working as a mate on the Schooner
20        Isaac H. Evans.
21   Q.   When you say a mate, did you have to get any
22        sort of maritime licenses or --
23   A.   No.
24   Q.   There was not a license?
25   A.   It was basically just a deckhand.  I was a
```

```
 1        crew member on one of the passenger-carrying
 2        schooners.
 3    Q.  What was the Isaac Evans schooner?
 4    A.  The Schooner Isaac Evans was built in 1886.
 5        She was originally was a New Jersey oyster
 6        schooner that had been converted into a
 7        passenger-carrying schooner in the mid, early
 8        '70s by Doug and Linda Lee.  So I think her
 9        first sailing season would have been around
10        1973 out of Rockland.
11    Q.  What were your duties as a deckhand or a mate
12        upon the Isaac Evans?
13    A.  All of the normal sailing jobs that somebody
14        does, as well as taking care of passengers.
15        So I ran the yawl boat.  I hoisted the sales,
16        raised the anchor.  What a windjammer does --
17        back then, what we did was go on week-long
18        sails.  Passengers would board on a Sunday
19        night, and then we would get back on a
20        Saturday.  And we'd sail around the Maine
21        coast, anchoring every night.
22            And so it was all of the normal things,
23        which also included washing down the decks,
24        cleaning the heads, painting the boat, doing
25        maintenance on the boat.
```

Edward Glaser
July 29, 2020                                              20

```
 1   Q.  How long were you -- how long did you serve as
 2       a deckhand or mate on the Isaac Evans?
 3   A.  Well, it was a summer job, and I -- so I
 4       worked that summer of 1974.  That fall, there
 5       was somebody -- the captain of one of the
 6       windjammers was buying another windjammer, and
 7       he asked if I wanted to be on his crew to
 8       bring the boat up from Cape Cod to Maine.  So
 9       we sailed that boat to Rockland, where they
10       hauled her out to rebuild her.  And when I
11       came back in that fall, they were building
12       another -- they were starting the rebuild of
13       another schooner, the Lewis R. French.  So I
14       spent that winter working on the schooner, the
15       Lewis R. French, as a boat carpenter.
16   Q.  As a boat what?
17   A.  Carpenter.
18   Q.  And tell me about that.  You were working --
19       how many people were involved in building
20       this -- Lewis French, you said?
21   A.  Lewis R. French.  There were probably about
22       five of us.
23   Q.  Those were carpenters?  That was everything,
24       five people?
25   A.  Yeah, that's everything.  That's what we were
```

```
 1        doing is the carpentry.
 2   Q.   What does that involve?
 3   A.   Well, we were rebuilding it.  So we were
 4        trying to restore it to its original shape,
 5        and so we were replacing frames, replacing
 6        keel pieces, replacing the transom, the
 7        planking.  And of course, a project like that
 8        takes a number of years.  So over the course
 9        of the winter, we didn't get the whole thing
10        done.
11   Q.   What were -- strike that.
12            Who was in charge of the carpentry
13        program?
14   A.   The owner of the boat was Captain John Foss,
15        and he was working with his partner, Captain
16        Doug Lee, who had previously rebuilt the Isaac
17        Evans.  So they were in charge.
18   Q.   And you were just -- you were one of five
19        carpenters working under these two gentlemen?
20   A.   Well, including them, yes.
21   Q.   So five included those two men?
22   A.   Yes.
23   Q.   Were you in charge of any program?  Or were
24        you simply one of the guys working at their
25        instruction?
```

1    A.   Just simply one of the guys working.

2    Q.   Did you develop any other means or mechanisms

3         or methods of repairing, restoring that boat?

4    A.   No.  We used entirely traditional techniques.

5         There was nothing new that needed to be

6         invented.

7    Q.   When replacing keel pieces, did you replace

8         the entirety of the keel?

9    A.   No.

10   Q.   Why not?

11   A.   Because most of it was in good shape.  We

12        replaced parts of the deadwood, the back half.

13        In a sailboat like that, it's not as big a

14        piece because the keel sits flat on the

15        ground; and the planking goes right to it.

16        But we also replaced the entire keelson, which

17        is an inside keel piece that sits on top of

18        the frames.

19   Q.   And what does it entail to -- strike that.

20             (Indiscernible.  Reporter clarification.)

21   BY MR. STERN:

22   Q.   What I was asking is, is there a keelson

23        similar to the keelson on the schooner?

24   A.   Yes.

25   Q.   And that would run for and aft the keelson?

```
1    A.   Yes.

2              (Technical difficulties.)

3              (Discussion held off the record.)

4    BY MR. STERN:

5    Q.   You had testified that the keelson was

6         repaired or replaced on the schooner you were

7         working on, correct?

8    A.   Yes.  We removed most of it so that we could

9         replace the frames.  Unlike a boat like the

10        Gudelia, these frames are fairly massive.

11        They're carved out of big pieces of wood to

12        the shape of the vessel.  So they're probably

13        about three-inches-thick pieces of wood.

14   Q.   And what is the difference between removing or

15        repairing a keelson on a sailing schooner

16        versus a powerboat?

17   A.   Because of the way we were working on the

18        Lewis R. French, we had ripped out everything

19        in the middle of the boat.  There was no

20        interior.  There were no bulkheads.  There

21        were no bunks.  There was nothing in there.

22        There was no engine on this boat.  Because she

23        was a pure sailboat, everything was easier to

24        get to.

25   Q.   O this was basically, in common parlance, a
```

Edward Glaser
July 29, 2020                                                   24

```
 1        gut renovation?

 2   A.   We never used that -- but, yeah.  We just

 3        called it a rebuild.

 4   Q.   How long did you work on rebuilding the Lewis

 5        R. French?

 6   A.   I just worked on it that winter.

 7   Q.   And after you worked on the Lewis R. French,

 8        where did you go next?

 9   A.   I wound up working on another schooner, on the

10        Schooner Mary Day.

11   Q.   What were your roles on the Schooner Mary Day?

12   A.   Again, I was the deckhand/mate.  There was a

13        captain, and then the mate was the one who was

14        in charge of doing what the captain told us to

15        do, whether it was adjust sails, hoist the

16        sails, raise the anchor.

17   Q.   How long were you working as a mate or a

18        deckhand on the Mary Day?

19   A.   I worked on the Mary Day for, I think, about

20        two and a half years.

21   Q.   And during that --

22   A.   During that season, like all of those jobs,

23        you work on the schooner in the summertime;

24        and in the wintertime, you take another job

25        either as a boat carpenter or as a house
```

Edward Glaser
July 29, 2020                                                        25

```
 1         carpenter working on the rebuild.  In the Mary
 2         Day's case, we replaced the transom on her,
 3         also some of the framing on the topside.
 4    Q.   Okay.  And that was about two and a half years
 5         you worked on the Mary Day, correct?
 6    A.   Yeah, I think so.
 7    Q.   And during those two and a half years, were
 8         you acting as a boat builder/restorer for
 9         anybody else, other than working on the Mary
10         Day?
11    A.   I think -- I'm trying to remember.  I think I
12         took a few odds and ends of boat-building
13         jobs.  I worked on the ferry for the Monhegan
14         Islands.  I worked on the topsides, on the
15         boards.  I worked on a few other small boat
16         jobs like that.  But I spent a few of those
17         winters working as a house carpenter.
18    Q.   Going -- this takes us to about, what, 1977,
19         '78?
20    A.   About, yeah.
21    Q.   And after that, what is your next -- run me
22         through your marine background.
23    A.   I can't remember exactly the years, but around
24         then, I got married.  We had a child, and we
25         moved to Tenants Harbor, which is on the Maine
```

Edward Glaser
July 29, 2020                                           26

```
 1         coast; and I started working full time as a

 2         house carpenter for about a year and a half.

 3    Q.   Okay.  And, now, in that year and a half -- so

 4         you're full time.  You did not work for a

 5         boatyard, correct?

 6    A.   No.

 7    Q.   After that, when did you come back into the

 8         maritime business?

 9    A.   I didn't write down these dates.

10    Q.   That's okay.

11    A.   I was asked by Doug and Linda Lee, who I'd

12         worked for previously on the Evans, if I would

13         be interested in working on this schooner.

14         They were building a brand-new schooner called

15         the Heritage.  And so we started building this

16         basically 90-foot boat from scratch.

17    Q.   What was your role in building that 90-foot

18         boat?

19    A.   Well, again, I was basically just a carpenter;

20         but we built it from scratch.  We laid the

21         keel.  We cut the frames.  We put the

22         planking -- it took about five years to build

23         the boat.  And in the summertime, when

24         everybody else was out sailing, I stayed in

25         the shop because I had a family; and so I
```

Edward Glaser
July 29, 2020                                    27

```
 1        wasn't going to go sailing.  And I built the

 2        yawl boat, which is the motorized push boat,

 3        like a small lobster boat.

 4   Q.   Okay.

 5   A.   I rebuilt one of the rowboats.  I built

 6        another boat.  But it was basically shop

 7        stuff, helping work on the -- we had a

 8        railroad -- a railway where we would work on

 9        other people's boats while they were hauled

10        out.

11   Q.   When you say working on other people's boats,

12        what would that entail?

13   A.   Carpentry, whether it was replacing planks,

14        replacing the interior, working on the

15        engines.  Whatever they needed, if they needed

16        an extra hand helping.

17   Q.   During that time, did you ever rebuild any

18        boat that had been involved in an incident

19        that was damaged?

20   A.   Not really.  I mean, we replaced parts of

21        boats that were worn out.

22   Q.   So general maintenance?

23   A.   General maintenance, yep.

24   Q.   Okay.  Now --

25   A.   And in the wintertime -- in the wintertime, we
```

Edward Glaser
July 29, 2020                                          28

```
 1      would work on the schooner.  And as the years

 2      went by, I became -- you know, you asked if I

 3      had a crew work for me.  And when we were

 4      doing the inside planking -- the inside

 5      planking of a big boat like that is called the

 6      sealing, because its seals the boat up.  And I

 7      was the head of the sealing crew and those

 8      sorts of things.

 9           As we get closer and closer to the finish

10      of the schooner in, what was it, 1986, I was

11      doing more and more of the finish work,

12      building hatches and companionways, that sort

13      of stuff.

14   Q.  And after 1986, did you -- what happened next?

15   A.  Doug and Linda Lee, who had the schooner

16      built, had previously been sailing the Isaac

17      Evans, which I had sailed on first in 1974,

18      and he asked me if I would like to buy the

19      boat from them and run it.

20   Q.  And did you buy the boat from them?

21   A.  Yes, yes.

22   Q.  When you bought the boat, Isaac Evans, was

23      that your primary employment?

24   A.  Yes.

25   Q.  Tell me about your -- when did you start and
```

Edward Glaser
July 29, 2020                                              29

```
 1        when did you finish?
 2   A.   Well, I would have started the fall that the
 3        Evans -- that the Heritage was just about
 4        ready to be launched.  That would be 1985.  I
 5        continued to work on the Heritage, getting her
 6        ready in '86, and then spent the spring of
 7        1986 working on the Evans, just doing the
 8        usual maintenance to get a boat ready to go
 9        sailing.
10   Q.   And when did you -- so you sailed from 1986
11        until when?
12   A.   I don't have the numbers before me, but it was
13        16 years.
14   Q.   So that would have been 1990 -- 2002, 2003?
15   A.   Yeah, around there.  Yep.  It's a seasonal
16        business.  So you sail for four months of the
17        year or five months of the year, and in the
18        wintertime, you repair and try to improve
19        things.  So as I owned the schooner, we did a
20        number of things.  I replaced the centerboard
21        trunk.  I replaced part of the keelson.  We
22        did a lot of stern work.  We did a lot of
23        replacement of the planking on the outside of
24        the boat.  I built a couple of tenders for the
25        boat, rowboats for it in the wintertime.
```

Edward Glaser
July 29, 2020                                              30

```
 1   Q.   Now, during these 16 years, the work you're
 2        discussing is essentially maintenance,
 3        correct?
 4   A.   Yeah.
 5   Q.   Your work did not entail post-accident or
 6        post-incident type of repair, correct?
 7   A.   Not usually, no.
 8   Q.   Well --
 9   A.   It's -- I mean, as you say, it is -- it is
10        maintenance stuff where you rip things out.
11        You rip out a cabin and you put in another
12        cabin.  You change where the water tanks are.
13        We did things like add a hot water system on
14        the boat, added a shower; because we're
15        carrying passengers.
16   Q.   And it's pretty necessary on a wooden boat to
17        do routine maintenance, including fastening
18        and plank work, correct?
19   A.   When you're dealing with a boat that -- she
20        was built in 1886.  When you're dealing with a
21        boat that's 100 years old, yes.  If you don't
22        do that kind of maintenance, it gets away from
23        you.
24   Q.   Right.
25             During those 16 years, did you work for
```

Edward Glaser
July 29, 2020                                          31

```
 1        any other -- did you work for any shipyards

 2        during those 16 years?

 3   A.   No.  While I was there at the shipyard and

 4        working on the Evans, we had a few other

 5        projects that were going on.  There were a few

 6        other boats that were built there or rebuilt

 7        there, including the Schooner American Eagle.

 8        I got to work on her while she was hauled out.

 9   Q.   But that work was being done by the shipyard.

10        You didn't own the shipyard, correct?

11   A.   No.

12   Q.   You were just repairing and restoring the

13        Isaac Evans at the shipyard?

14   A.   Right.  And they had boats like the American

15        Eagle and other boats that were hauled out

16        there.  Yes.

17   Q.   And the work --

18   A.   Another little schooner, the Richard Robbins,

19        that we did a lot of work on.

20   Q.   Were you employed by the marina at that point?

21   A.   For the most part, I was self-employed;

22        because I was employed by the schooner, I

23        mean, my schooner.  I was an owner/operator

24        and worked on other odd jobs on some schooners

25        that were hauled out as an individual, as a
```

Edward Glaser
July 29, 2020                                                32

```
 1        subcontractor.

 2   Q.   What type of work did you do on those jobs

 3        that you subcontracted?

 4   A.   Again, it was just like all of the stuff I was

 5        doing on schooners.  Planking, framing,

 6        decking, building companionways, building

 7        hatches, building the doors for the cabins.

 8   Q.   Did there ever come a time when you had any

 9        incidents or accidents on the Isaac Evans?

10   A.   Yes.

11   Q.   And tell me what happened.

12   A.   There were a couple of times.  Sometimes when

13        you're sailing a boat like that all summer

14        long, you have boats that get close to you or

15        whatever.  And so there were a few times that

16        we either were hit by other boats or came

17        close to other boats, nothing that was

18        particularly of great interest.

19             There was one time that stands out in

20        almost everybody's memory, and I think it was

21        my second year or so.  We were sailing in

22        Eggemoggin Reach, sailing from Sargentville,

23        Maine to Bucks Harbor, Maine; and we were hit

24        by a squall that came through down off of the

25        mountains, and the schooner sank.
```

Edward Glaser
July 29, 2020                                                33

```
 1    Q.   And were any lawsuits -- strike that.

 2              There were passengers on board, I

 3         presume.

 4    A.   Yes.

 5    Q.   Were there any injuries to passengers?

 6    A.   No.

 7    Q.   Were there any lawsuits filed by passengers

 8         against you or the vessel?

 9    A.   Yes.

10    Q.   Do you know what the outcome of those lawsuits

11         were?

12    A.   The lawsuit was settled out of court, I

13         believe.

14    Q.   It was by your insurance company?

15    A.   Yes.

16    Q.   Were any charges brought against you

17         personally?

18    A.   There was an investigation by the Coast Guard.

19         You can't have something like that happen when

20         you have passengers on board without having

21         some sort of inquiry.  But no charges were

22         filed after that.

23    Q.   Now, if the boat -- was the boat totally

24         submerged?  Or was it capsized?

25    A.   Totally submerged.  But I mean, it flipped --
```

Edward Glaser
July 29, 2020                                                      34

```
 1         it didn't flip so much as it went sideways,

 2         filled with water, and sank.

 3    Q.   And what repairs were -- strike that.

 4              I presume repairs were necessary to the

 5         vessel after the incident.

 6    A.   Yes.  Any systems we had on board that were

 7         electrical had to be repaired and replaced.

 8         Almost everything was.  There was a few

 9         bulkheads that needed to be worked on.  But

10         other than that, no.

11    Q.   Did you do the repair work yourself?

12    A.   Yes.

13    Q.   Was it compensated by insurance?  Or this was

14         done out-of-pocket?

15    A.   Both.  Insurance didn't quite cover all of the

16         costs.  So I did most of it with the insurance

17         money, and then did the rest of it myself.

18    Q.   Okay.  Now, you mentioned there a few times

19         when you either came in close to other boats

20         or came in contact.  Were there any physical

21         damages to your boat caused by any

22         collision-type damage?

23    A.   I don't think so.  I don't recall anything.

24    Q.   Okay.  Now, going from 2003, you were there

25         about -- did you sell the Isaac Evans?
```

Edward Glaser
July 29, 2020                                                                35

```
 1    A.   Yes.  After 16 years, I sold it to the woman
 2         who was my mate that had been sailing with me.
 3    Q.   And after you sold it, tell me, was there --
 4         what was your next -- did you continue being
 5         involved in the maritime business?
 6    A.   Yes.  I worked on a small oil tanker, the
 7         William McLoon, which carried products from
 8         Rockland to all the offshore islands.
 9    Q.   I presume that was a metal -- a steel vessel?
10    A.   Well, interestingly, we had two different
11         boats.  One was the steel vessel called the
12         William McLoon; and the other one we had was a
13         wooden oil tanker that was built around 1936
14         in Brooklyn named the Rockland Gulf and was
15         one of the last of the wooden oil tankers.
16         She had metal tanks inside her, but she was a
17         wooden boat.  And we did quite a bit of wooden
18         work on her, replacing planks and frames to
19         keep her up to -- at one point, I replaced the
20         pilothouse on her.
21    Q.   After you worked for this service, what did
22         you -- what was your next job?
23    A.   After that, I worked as harbor master for the
24         City of Rockland.
25    Q.   How long were you harbor master?
```

1    A.   Twelve years.

2    Q.   And during those 12 years, were you employed

3         by or work at any wooden boat marinas or

4         repair facility shops?

5    A.   No.  I was work for the City of Rockland as

6         a -- basically, a combination administer and

7         enforcement officer.

8    Q.   And after the years as a Rockland harbor

9         master, what did you do next?

10   A.   That takes me to a couple of years ago.  And

11        so now I've basically been working as a

12        freelancer or boat carpenter.

13   Q.   So in all these years we've talked about,

14        you've acted -- you were building -- as mostly

15        as a carpenter, you were building a few

16        smaller boats or working on larger schooners

17        with other people, correct?

18   A.   Yes.

19   Q.   Doing general maintenance to a wood-type boat,

20        correct?

21   A.   It goes beyond -- rebuilding a boat of that

22        size is more than maintenance.  I mean,

23        maintenance is fixing something here and

24        there, you know, changing a light bulb.  This

25        was taking a chainsaw and cutting a boat and

Edward Glaser
July 29, 2020
37

```
 1        putting new pieces of keel in, new rudders in,

 2        that sort of stuff.  So it goes a little bit

 3        beyond maintenance.

 4   Q.   But during these years -- going from 1974 or

 5        so, all the way to a few years ago, have you

 6        ever worked for a marine shop repairing boats

 7        for third parties?

 8   A.   Have I worked for a marine shop?  I have

 9        worked for people who hired me to work on

10        other boats.  Whether they were a shop or a

11        bunch of carpenters, I have worked for

12        employers who would tell me what to do, yep.

13   Q.   But at no point in your career were you

14        working for a marine facility, that is, for

15        repairing -- repairing boats that were

16        damaged?

17   A.   Correct.

18   Q.   And I presume you don't have any marine

19        surveying qualifications or experience?

20   A.   No.

21   Q.   You have no marine -- no experience as an

22        estimator of damages to a vessel, whether

23        wooden or otherwise, correct?

24   A.   Other than being an observer, no, I have never

25        had an official position like that.
```

Edward Glaser
July 29, 2020                                    38

```
 1   Q.   You have no training in -- strike that.
 2            You're not a -- you know, when you go to
 3        a shop, when you go to get your car repaired,
 4        there's a guy or a woman called the estimator,
 5        correct?  You're aware of that job, correct?
 6   A.   Oftentimes, a shop will.  Oftentimes, it's
 7        usually the owner of the shop.
 8   Q.   You do not have any experience acting as an
 9        estimator for a shop?
10   A.   Not officially, no.
11   Q.   How about unofficially?
12   A.   Well, unofficially, you have conversations
13        with people when a boat comes in.  Certainly,
14        as harbor master, I did that a number of
15        times.  People would look at a boat that was
16        damaged, and an insurance company would ask me
17        how much it looked like it was going to be.
18        But, no, nothing official.
19   Q.   When you were asked by an insurance company,
20        what type of -- what type of repairs or
21        damaged boats were you referring to?
22   A.   Well, it would be -- we had a number of
23        incidents in the harbor where a boat would
24        break free and wash ashore, whether it was a
25        wooden boat or a fiberglass boat, and the
```

Edward Glaser
July 29, 2020                                    39

```
1         surveyor or somebody from the insurance

2         company would say, Do you think it's totaled?

3         Do you think the boat is repairable?  If we

4         get it off the rocks, what's going to happen?

5         Is it going to sink?

6              And so in that position, it was just sort

7         of a part of conversation about the structure

8         of a boat.

9    Q.   So in those conversations, you would not go on

10        board and take photographs and measurements

11        and do things that a marine surveyor would do

12        as an employee for an insurance company?

13   A.   No.  As I say, I was not a surveyor.

14   Q.   What qualifications then do you believe you

15        possess to be giving an expert opinion on the

16        extent of damages to a boat?

17             MR. DINNOCENZO:  Objection.  You can

18        answer.

19             MR. SPADAFORA:  Excuse me?

20             MR. DINNOCENZO:  I was objecting to the

21        question, which I haven't done so far; but I

22        may be doing.  But you can still answer the

23        question.

24   A.   It's a matter of -- an industry like wooden

25        boat building doesn't really have a
```

Edward Glaser
July 29, 2020                                              40

1       qualification, per se.  There's nobody who I

2       can point to, oh, I graduated from this class

3       or I graduated -- that is going to teach them

4       how to do it.  A surveyor sometimes will take

5       a classes in all kinds of things, you know,

6       whether it's wooden boat building or in

7       mechanical stuff; but it's all based in heart

8       on experience rather than on some technical

9       standard.  It's not like taking a class from

10      General Motors and saying now you're certified

11      to work on General Motors cars.

12           So all of it is based on experience.  And

13      I think over the years of my experience, it

14      has given me a certain insight into vessels,

15      certainly traditional wooden vessels.

16  BY MR. STERN:

17  Q.  But your insight, though, is not based on

18      experience as an estimator for a repair

19      facility?

20  A.  No.

21  Q.  And your insight is not being based on

22      personal knowledge of experience, but actually

23      acting as the repair -- in a repair facility

24      for boats damaged in accidents?

25  A.  No.  It's based on having worked on boats and

Edward Glaser
July 29, 2020                                           41

```
 1        how many hours I think it takes to do that

 2        job.

 3   Q.   And that's based on taking apart larger

 4        sailing boats and a total rebuild, correct?

 5   A.   Yeah.

 6   Q.   From the experience you've discussed, I don't

 7        hear -- I did not hear any type of experience,

 8        other than routine maintenance for a wood boat

 9        or rebuilding, a total rebuild project; is

10        that correct?

11             MR. DINNOCENZO:   Objection.

12   BY MR. STERN:

13   Q.   You can answer.

14   A.   I guess it depends on where you want to draw

15        that line.  And that's one of the great things

16        about wooden boats, is they're a fabric.  You

17        can replace part of it, and it doesn't quite

18        get to the level of total rebuild.  And it's

19        more than what you might call maintenance.

20             Maintenance, to me, is you wash a boat,

21        you paint the bottom, you re-caulk it.  But

22        you're taking off the planks and putting in a

23        new frame.  It's not a rebuild, but it's

24        certainly more than would be considered normal

25        maintenance.  So there's -- it's not a one or
```

```
 1        the other.  It's sort of a continuum of jobs.
 2   Q.   But you have not been involved in repairing
 3        boats that were damaged in a collision or a
 4        grounding?
 5   A.   Not really, no.
 6   Q.   Okay.  How did you come to meet Mr. Spadafora?
 7   A.   After I was harbor master, I took on a number
 8        of jobs delivering boats, operating as what
 9        might be the called a teaching captain.  And I
10        don't remember exactly who introduced me --
11        oh, I do remember.  He had hired a couple of
12        carpenters and then an electrician in Rockland
13        to finish off his boat.  And he was looking
14        for somebody to help him learn how to use his
15        boat and operate his boat, and he turned to me
16        and hired me to go out with him a number of
17        times in the evenings while the boat was being
18        finished off to help him use his -- learn how
19        to use his boat.
20   Q.   Were -- strike that.
21             This is new to me.  Let me ask you this:
22        When you first met Mr. Spadafora, was the boat
23        still at Doug Dodge's facility in Beal [sic]
24        Island, Maine?
25   A.   No.  It was almost complete, and it was
```

Edward Glaser
July 29, 2020                                                    43

```
 1        sitting at the dock in -- oh, maybe not.  When
 2        I first met him, it may have been hauled out
 3        still at George Emery's shop in Owls Head.
 4   Q.   Do you know -- do you know who built -- who
 5        was the builder for this boat?
 6   A.   Yes.
 7   Q.   Who was that?
 8   A.   Doug Dodge, Douglas Dodge.
 9   Q.   And do you know who -- do you know Douglas
10        Dodge?
11   A.   I really never have met him, no.
12   Q.   Do you know who he is?
13   A.   Only because -- I'll be honest, only because
14        Mr. Spadafora had the boat built there.  I
15        really hadn't heard of him before that.
16   Q.   Now, you mentioned another man.  George Emery
17        I think you said.
18   A.   Yes.
19   Q.   Who is George Emery?
20   A.   George Emery a local boat carpenter and had
21        previously worked on quite a few boats as a
22        boat builder and a sailor and owned a small
23        shop in Thomaston.
24   Q.   Do you know where -- Doug Dodge is at Beal
25        [sic] Island, correct?
```

Edward Glaser
July 29, 2020                                          44

```
 1   A.  I guess so.  That's what I've heard.

 2   Q.  Where is Beal [sic] Island in relation to

 3       Thomaston or your area, Rockland?

 4   A.  Well, you go to the end of the earth, and

 5       there's Beals Island.  It's quite a ways up

 6       there.  You go -- it literally is an island

 7       with a small bridge that goes to it.  But it's

 8       on the Coast of Maine, further downeast.

 9   Q.  Okay.  And what about Thomaston?

10   A.  Thomaston is just around the corner from

11       Rockland.  It's the heart Midcoast Maine.

12   Q.  Okay.  So you go all the way up, and you get

13       to the Eggemoggin Reach, and get to Belfast;

14       and you keep going and you keep going and you

15       keep going, and you get to Beal [sic]?

16   A.  Yeah.

17   Q.  It's five hours, and you think you're there

18       and you're not?

19   A.  Yeah, I don't think it's quite that far; but

20       it is up there a ways.  You turn right up by

21       (indiscernible), yep.

22   Q.  When you say it was at the shop in -- at

23       George Emery's shop in Thomaston, what was the

24       state of completion of the boat?

25   A.  By the way I -- again, I met Mr. Spadafora
```

Edward Glaser
July 29, 2020                                                          45

```
 1        well before I was hired by him.

 2   Q.   Understood.

 3   A.   So I don't know exactly what condition the

 4        boat was in.  I think it was pretty much done,

 5        and they were working on finishing details.

 6        By the time I was close to working with him,

 7        it was in the water.  It was afloat.  It was

 8        mostly electronics and some finish carpentry

 9        that was being done.  And it was in the water

10        in Rockland at Journey's End Marina.

11   Q.   So it was already almost essentially completed

12        while it was still in Maine, correct?

13   A.   Yes.

14   Q.   Did you -- were you aware that the boat was

15        allegedly completed in Long Island, that the

16        topside and finishing was in Long Island?

17   A.   I know that Mr. Spadafora had had most of the

18        boat built by Doug Dodge in Beals Island and

19        then shipped it down to Long Island to get a

20        cabin done.  And it came back to Maine, for

21        some reason, to have the finished electronics

22        and carpentry done on it.  So it's been in

23        three different places to get done.

24   Q.   Understood.

25             And what did you do then?  What was your
```

Edward Glaser
July 29, 2020                                                    46

```
1         first role with Mr. Spadafora?

2    A.   To some extent, it was walking him through the

3         systems of what makes the boat work.  You

4         know, the electronics, the fact that somebody

5         had put (indiscernible, brief audio drop),

6         making sure he necessarily had a grasp of how

7         the GPS worked, how the -- so we worked

8         through all the systems.  And everything

9         didn't quite work right.  So it was necessary

10        for -- sort of a tutorial on a lot of the

11        stuff.

12   Q.   When you say everything didn't work, what do

13        you mean by that?

14   A.   Oh, there were little glitches that needed --

15        like in any new boat, there were glitches that

16        needed to be worked out, whether it was the

17        windshield wipers didn't quite work or the

18        alternator -- not the alternator, the power

19        inverter.  And it was at the stage -- at that

20        stage that Mr. Spadafora hired another

21        electrician to finish off the electronics and

22        make sure they were right.

23   Q.   Do you remember that person's name?

24   A.   David.  What's David's last name?

25   Q.   If you don't remember, don't worry.
```

```
 1            MR. STERN:  I'll leave it blank in the

 2       transcript, Ms. Reporter.

 3  BY MR. STERN:

 4  Q.   If you can remember it and can fill it in,

 5       that's fine.

 6  A.   Sure.

 7  Q.   What -- did you have an understanding of what

 8       Mr. Spadafora's experience operating a vessel

 9       was?

10  A.   I didn't really know what his experience was,

11       but I would say that using a boat like the

12       Gudelia is different than using a lot of other

13       boats.  I believe he had been out boating with

14       other people, but I don't believe he'd ever

15       owned his own boat.

16  Q.   Did he tell you whether he had his own boat,

17       or he told you he did not own his own boat?

18  A.   Did he tell -- I mean, we had conversations;

19       and so I'm assuming he must have told me he

20       never owned another boat.  This was his dream

21       to have this boat built.

22  Q.   And then did he demonstrate to you a level of

23       competence at seamanship when you were going

24       over the boat with him?

25  A.   He was a quick learner.
```

Edward Glaser
July 29, 2020
48

| | | |
|---|---|---|
| 1 | Q. | He wasn't experienced beforehand? |
| 2 | A. | He wasn't that experienced beforehand. |
| 3 | Q. | Were you surprised that a new-built 38-foot |
| 4 | | yacht was built with a gasoline engine? |
| 5 | A. | No. |
| 6 | Q. | You don't consider that -- |
| 7 | A. | Most of the -- oddly enough, most of the -- a |
| 8 | | lot of the lobster boats that are out there, |
| 9 | | probably half of them, have gasoline engines |
| 10 | | and half of them have diesel engines. |
| 11 | Q. | Are those working lobster boats or |
| 12 | | recreational vehicles, vessels? |
| 13 | A. | Both. |
| 14 | Q. | How many lobster boat yachts are you aware of? |
| 15 | A. | Lobster boat yachts? |
| 16 | Q. | As opposed to working lobster boats, yes. |
| 17 | A. | We're in Maine, and probably every town in |
| 18 | | Maine has a handful of them.  So, I mean, it |
| 19 | | could be -- you know, there's hundreds of |
| 20 | | them. |
| 21 | Q. | If you were to buy a 38-foot yacht, would you |
| 22 | | recommend or purchase a gas engine or a diesel |
| 23 | | engine? |
| 24 | A. | Personally, I would go with the diesel engine. |
| 25 | Q. | And why is that? |

1   A.   I would go with the diesel engine because of

2        fuel efficiency.  I believe diesels tend to be

3        a little bit more efficient.  They also tend

4        to be a little noisier.  They're what -- they

5        also have a record of reliability.  Not

6        necessarily the new diesel engines.  A lot of

7        the new diesel engines, because they've got

8        electronics, aren't any more -- aren't any

9        better than gasoline engines because of that.

10            But I've always liked the diesel engine.

11       And I work in the other direction.  I'm not

12       trying to build a fast boat.  I'm trying to

13       build a nice, steady, once you build it, it's

14       going to be there forever.  So I would go with

15       the diesel engine if it was up to me.

16  Q.   Fair enough.

17            And was your role at this point in time

18       limited to instructing and showing him how to

19       operate a boat?

20  A.   Yes, pretty much.  I know that there were

21       other jobs that still needed to be done on the

22       boat, whether it was fasten something or run

23       another wire; and I purposely avoided --

24       studiously avoided doing any of that work,

25       because there are other people who are making

Edward Glaser
July 29, 2020                                                    50

```
 1        a living doing that.

 2   Q.   And as you testified, you never made a living

 3        doing that type of work?

 4   A.   Well, that's what I've done my whole life is

 5        make a living off of boats.

 6   Q.   Not for other people.  I'm talking about as a

 7        repair facility, building -- a boat shop.

 8   A.   Right.

 9             MR. DINNOCENZO:  Objection.

10   A.   Yes.

11   BY MR. STERN:

12   Q.   Now -- okay.  So that would have been, what,

13        about 2015 when you met Mr. Spadafora?

14   A.   I think it was more recently than that, but

15        yeah.  I don't think it was five years ago.  I

16        would have said it was four years ago, but

17        maybe it was five.  I don't remember.

18   Q.   So four or five years.  I'm not trying to

19        create --

20   A.   Right, right.  I just don't remember exactly

21        what year.

22   Q.   Fair enough.

23             And after that point, when did you next

24        speak to Mr. Spadafora?

25   A.   Well, at that point, I started working with
```

Edward Glaser
July 29, 2020                                                    51

```
 1        him on an almost daily basis as he was trying

 2        to get the boat ready and as we were taking

 3        the boat out and taking trips on it in the

 4        afternoon going out of Rockland, practicing

 5        docking.  So it wasn't just a one-day thing.

 6        It was a series of days.

 7   Q.   Okay.

 8   A.   And I think it was -- excuse me.

 9   Q.   Go ahead.  I don't want to cut you off.

10   A.   And I think it was that fall that he wanted to

11        bring the boat down to New York City.

12   Q.   Did you assist him in bringing the boat to New

13        York City?

14   A.   Yes.

15   Q.   So you were hired as a delivery-type captain?

16   A.   Right, with him basically running the boat and

17        me sort of as his advisor.

18   Q.   Okay.  And how did he handle the Gudelia on

19        his trip south?

20   A.   Well, perfectly.  You know, we went straight

21        down.  We stopped -- what I tried to do with

22        him as we did this was practice a number of

23        things, picking up a mooring, practice

24        anchoring, practice docking in places that he

25        wasn't familiar with; and he did perfectly
```

Edward Glaser
July 29, 2020                                                52

```
 1        well.

 2   Q.   So these were all things that Mr. Spadafora

 3        needed to learn in your opinion?

 4   A.   I think so.  I think everybody needs to learn

 5        them, yes.

 6   Q.   But an experienced mariner should already know

 7        this, correct?

 8   A.   There are people who consider themselves

 9        experienced mariners who may never have

10        anchored their boat or may be afraid of

11        anchoring their boat.  And so I think, like

12        anybody who owns a boat, you need to have all

13        of those tools at your disposal.  And some

14        people don't, even though they've been sailing

15        for years, don't have those tools.

16   Q.   Do you know how many bilge pumps were in the

17        Gudelia?

18   A.   Yes.  I'm just counting.  There were two in

19        the galley.  I think there were two in the

20        engine room and one back aft.  So I think

21        there may have been five.

22   Q.   Do you know the total amount of water --

23        gallons per hour that those pumps would have

24        handled?

25   A.   No, I don't remember.  I looked at them, but I
```

Edward Glaser
July 29, 2020                                                    53

```
 1        don't remember whether they were, like, 750

 2        gallons per hours.  I don't remember what size

 3        they were.

 4   Q.   Do you know whether the boat had watertight

 5        bulkheads?

 6   A.   Did it have watertight bulkheads?  I think --

 7        well, yeah.  I think the nature of what she

 8        had were designed to be water-slowing rather

 9        than watertight.  Every single bulkhead had

10        some kind of a --

11   Q.   A limber hole, I presume.

12   A.   It was a limber hole or a piercing for piping

13        or electricity.  You know, it's not like a

14        full watertight bulkhead.

15   Q.   But if it were to be -- if there was an egress

16        of water in one section of the hull, presuming

17        there was, the water should remain, for the

18        most part, in that one section of the hull,

19        right?

20   A.   The bilge pumps were designed so that they

21        would keep the water at a level that it was

22        enough in each compartment that it wouldn't

23        spill over into the next compartment.

24   Q.   If at any time you want to take a break --

25        we've been going about an hour.  You can -- I
```

 1       don't want to make anybody uncomfortable.

 2       So...

 3               After this delivery run, four or five

 4       years ago, did you have any further

 5       involvement with Mr. Spadafora or his boat?

 6   A.  Yes.

 7   Q.  Tell me about that.

 8   A.  He kept his boat at a marina in New Jersey,

 9       and a couple of times I went down to New

10       Jersey to visit with him.  He took me out for

11       a ride on the boat a couple of times, docking

12       the boat at the marina, taking it around the

13       harbor.  So, yes, I went out with him a couple

14       of times.  We did have one time one winter

15       where I went down and helped him try to

16       winterize the boat so it would be safe through

17       the winter, putting in antifreeze in all the

18       pumps and all the tanks.

19   Q.  Were you being paid for that work?

20   A.  Was I paid for that work?  I think by the time

21       I went down and did that with him, I was no

22       longer being paid.  My mother lives in

23       Manhattan.  So I was down already visiting

24       her, and so I'd go over and help Joseph.

25   Q.  And the boat was at Liberty Landing Marina,

Edward Glaser
July 29, 2020                                      55

```
 1        correct?

 2   A.   Yes.

 3   Q.   And how many years -- you okay?

 4             How many -- when was last time you recall

 5        visiting Mr. Spadafora at the marina, Liberty

 6        Landing?

 7   A.   I don't remember.  We took -- he wanted to

 8        have a new windlass put on the bowel of the

 9        boat and a new anchor, and we took the boat

10        from New York City to Mystic, Connecticut,

11        where he had somebody look at the boat.  And

12        then eventually -- we spent the night, I

13        think, at the marina and turned around and

14        went back to New York.  And that would have

15        been the year before.  Was that only like two

16        years ago?

17   Q.   It was about 2018?

18   A.   Yeah.

19   Q.   In the fall of 2018?

20   A.   You know, I don't remember.

21   Q.   Do you know if there was work done at Mystic

22        or the work was done elsewhere, if at all?

23   A.   We talked to somebody, a couple of people at

24        Mystic, and didn't have it done there.  We

25        brought the boat down to New York City, and I
```

Edward Glaser
July 29, 2020                                                    56

```
 1        think he had the work done there.

 2   Q.   It would have been there at Liberty Landing or

 3        a different location?

 4   A.   I think it was at Liberty Landing.

 5   Q.   Do you know whether the windlass had to be

 6        replaced or repaired due to an accident of

 7        some sort?

 8   A.   No, I don't recall that that was the problem.

 9        I believe he wanted to have a better windlass

10        and better anchoring, a better way to anchor

11        it than just throwing the anchor over by hand.

12   Q.   He had no windlass before?

13   A.   No.

14   Q.   Okay.  Is that unusual on a boat of that size,

15        not to have a windlass?

16   A.   Working lobster boats don't usually anchor.

17   Q.   Oh, working lobster boats, yeah.

18   A.   And -- right.  And so some of -- the Gudelia,

19        I believe, some of -- the point of the Gudelia

20        was to make her as close to a working boat as

21        possible.  So she didn't have a windlass.  She

22        didn't have a bow pulpit.  She had an anchor

23        that would just sit on deck.

24   Q.   Okay.  So this would have been in 2018.  And

25        did you become aware of an incident in 2018
```

Edward Glaser
July 29, 2020                                                    57

```
 1        involving the boat?

 2   A.   No.

 3   Q.   No?

 4   A.   No.  I didn't hear about the incident until

 5        the boat was already on the transport from

 6        Newport.

 7   Q.   And what did you learn -- strike that.

 8             Do you recall who told you of the marine

 9        incident?

10   A.   I'm sure Mr. Spadafora told me about it.

11   Q.   Do you recall when he -- what he told you?

12   A.   That there was some damage to the keel, and he

13        was talking to the insurance people.

14   Q.   Did he tell you how the damage occurred?

15   A.   I think he said something about going into a

16        harbor in New York, yeah, in New York, the

17        northern part of Long Island Sound and having

18        hit something that he didn't know was there.

19   Q.   Okay.  And do you recall when this happened?

20        Can you -- strike that.

21             Did Mr. Spadafora tell you when the

22        incident occurred?

23   A.   I was never clear on exactly the day that it

24        happened, no.

25   Q.   Okay.  And do you -- when you say it was on
```

Edward Glaser
July 29, 2020                                                    58

```
 1        the transport, what are you referring to?

 2   A.   Mr. Spadafora didn't like having his boat in

 3        New Jersey in the middle of the winter when he

 4        couldn't use the boat.  So he was going to

 5        have the boat transported down to Puerto Rico

 6        so he could use it in the wintertime.

 7   Q.   And did you -- strike that.

 8             How did he make contact with you to tell

 9        you about the incident?

10   A.   I'm sure it was by phone call.

11   Q.   Did he ask you for any advice or any

12        recommendations?

13   A.   Not really.  I mean, I think it was more an

14        observation than anything else.  You know, I

15        think by the time it was down -- the boat was

16        on the transport from Newport.  And I think it

17        stopped in Baltimore.  And by that time, there

18        were some photographs that he sent to me; and

19        he asked me, I think, what I think about the

20        damage.

21   Q.   Let's back up step by step for a while.

22        You -- do you know -- why did he reach out to

23        tell you about the incident?

24   A.   Because I'm a friend and his sort of boat

25        advisor.
```

Edward Glaser
July 29, 2020                                                          59

```
 1    Q.   And did he tell you that he drove the boat
 2         from New Jersey to Newport, Rhode Island after
 3         the incident?
 4    A.   Well, of course.  I didn't really -- I don't
 5         think I knew about the incident until after
 6         the boat was all the way in Newport.
 7    Q.   Did you -- but did he tell you that he drove
 8         to Newport several days, allegedly, after the
 9         incident?
10    A.   I don't recall that that's -- that was what
11         he -- you know, at that point -- obviously, if
12         he had hit the boat before he was in Newport,
13         it -- he would have driven it, but I don't
14         remember him telling me that.
15    Q.   Do you believe, from what you had seen in the
16         photographs -- and we'll get to that.
17              From what you had seen in the
18         photographs, do you believe it was advisable
19         to drive the 80 or so nautical miles from
20         Liberty Landing Marina in New Jersey, through
21         the city, to Newport, Rhode Island?
22    A.   I don't think -- I don't think -- that's sort
23         of after the fact.  Unless the boat had been
24         hauled out so somebody could have seen the
25         damage, nobody would have known what the
```

Edward Glaser
July 29, 2020                                                    60

```
 1        damage was.  If the boat was basically
 2        operating fine, there'd be no reason to
 3        suspect the damage was as severe as it was.
 4   Q.   Did he tell you whether the boat was operating
 5        fine on the way to Newport?
 6   A.   I don't think -- you know, I'm trying to
 7        remember.  I don't remember that we discussed
 8        how the boat was going, just that he was
 9        taking it and he had a friend who was going
10        with him; and they were going to go to
11        Newport.  I don't really remember that he said
12        anything about having hit anything.
13   Q.   So he told you that he was going to go to
14        Newport before you knew it -- before it was in
15        Newport?
16   A.   Say that again.
17   Q.   I'll rephrase it.
18            You just testified that he told you that
19        he was going to Newport with a friend,
20        correct?
21   A.   Yes.
22   Q.   So he called you before the boat was loaded on
23        the cargo ship, correct?
24   A.   Yes.  He'd been telling me that he was going
25        to get it on that boat, yes, and that there
```

Edward Glaser
July 29, 2020                                                              61

```
1         was a time that it was going to be there and

2         that he had to get it by a certain time, yes.

3    Q.   And did he tell you in those conversations

4         that the boat had been in an incident?

5    A.   I'm trying to remember the timeline, and I

6         don't think he had.

7    Q.   So he didn't tell you in these conversations

8         about going to Newport that the boat had been

9         in an incident?

10   A.   I don't remember that he had.  I wasn't --

11        probably wasn't paying that much attention.

12        Or if he had -- I mean, it's -- you know, it's

13        the -- I don't remember.  I really don't.

14   Q.   Okay.  Would -- you had mentioned the scope of

15        the damage in a passing comment.  Would you

16        have considered it advisable to have the boat

17        hauled from the water after the incident

18        before navigating 80 or so nautical miles to

19        Newport?

20   A.   Right.  That's another one of those things

21        that now having seen the damage, you can say

22        obviously he should have.  But having not had

23        the boat out and having seen the damage,

24        somebody could say, Oh, I just hit something.

25        It's not a big deal.
```

1   Q.  If it was your boat and -- strike that.

2          When he told you about the incident, what

3       did he tell you about what happened?

4   A.  What I remember him saying was that he had hit

5       something going into a harbor, and it wasn't a

6       big deal.

7   Q.  Okay.  So he didn't think it was big deal when

8       he struck the object?

9   A.  Right.

10  Q.  Did he tell you that all five bilge pumps were

11      operating after he hit the object?

12  A.  No.

13  Q.  Would you be surprised if all five bilge pumps

14      were operating continually after hitting the

15      object?

16  A.  Having seen the damage now, I'd say no.

17  Q.  So you think that there would be that

18      sufficient amount of water entering the hull

19      from -- strike that.  Strike that.

20          So if you had known that all five of the

21      bilge pumps were operating on the return to

22      Jersey City after the incident, would you have

23      considered it advisable to take it out of the

24      water at that time?

25  A.  Yes.

Edward Glaser
July 29, 2020                                                63

```
 1   Q.  Would you consider it advisable under that
 2       scenario to navigate the boat 80 miles to
 3       Newport, Rhode Island?
 4   A.  No.
 5   Q.  And you understand that he did navigate it to
 6       Newport, Rhode Island?
 7   A.  Yes.
 8   Q.  Does that kind of suggest that there wasn't
 9       ten -- there wasn't five pumps running?
10           MR. DINNOCENZO:  Objection.
11   A.  No.  I wasn't there.  I wouldn't know.  I
12       would say if there were five pumps running,
13       then certainly there was a lot more damage
14       than -- you know, that would be consistent
15       with the kind of damage that I've seen.
16   BY MR. STERN:
17   Q.  I see.  Okay.  Now --
18   A.  But I wasn't there, and so I don't know.
19   Q.  Okay.  Fair enough.
20           So you don't know, and you don't know
21       that the five pumps were actually operating,
22       correct?
23   A.  Correct.
24   Q.  But you do know that if five pumps were
25       operating after this incident occurred, that
```

Edward Glaser
July 29, 2020                                                    64

```
1       you personally would not navigate 80 miles in

2       that condition?

3   A.  No.

4   Q.  When you go from New Jersey in Liberty Landing

5       in the Hudson River to Newport, do you need to

6       navigate in the ocean?  Or are you in inland

7       waters?

8   A.  You're in inland waters.  You're basically

9       going into New York Bay.  You're going up the

10      East River.  You're going out through Hell's

11      Gate, and then you're going into Long Island

12      Sound.

13  Q.  So the entire trip --

14          (Indiscernible cross-talk.)

15          THE REPORTER:  You're cutting each other

16      off.  I didn't get his entire question.

17  BY MR. STERN:

18  Q.  I think my last question was -- strike that.

19          The entire -- read that back.  I don't

20      remember.

21          (Indiscernible cross-talk.)

22          THE REPORTER:  Everything is -- you were

23      going too fast.

24  A.  The basic question was:  Taking a boat from

25      Liberty Landing to Mystic was -- at any point,
```

Edward Glaser
July 29, 2020                                              65

 1        was it an ocean passage?

 2   BY MR. STERN:

 3   Q.  Okay.  That sounds good enough.

 4            Is the answer yes or no?

 5   A.  And the answer is that you go through New York

 6        Bay, you go up the East River, you go through

 7        Long Island Sound, and there might be just the

 8        littlest bit that might be considered ocean

 9        from where you go from the end of the Long

10        Island Sound into Newport.

11            MR. STERN:  Okay.  Now we can take a

12        break.

13            (A break was taken from 12:04 p.m. until

14        12:15 p.m.)

15   BY MR. STERN:

16   Q.  So we -- you've testified that Mr. Spadafora

17        called you and told you that he had an

18        incident and that the vessel was already on a

19        cargo ship, correct?

20   A.  That's my recollection, yes.

21   Q.  When -- then you testified that you saw

22        photographs.  Please tell me what you were

23        referring to.

24   A.  You know, I'm trying to remember.  I haven't

25        looked back through my emails to see the first

1        photographs I saw.  I know I saw a photograph

2        that wasn't -- I don't think it was as

3        extensive as the photographs that are in the

4        first damage claim from, what, Susquehanna

5        Marine Surveys.

6    Q.  So there were photographs before the survey?

7    A.  I believe there was a photograph, and I can't

8        remember where it was; but I saw something

9        beforehand, yeah.

10   Q.  Let me just -- because now we're getting into

11       something more here.

12           I'm going to mark -- and I've already

13       sent this to everybody, but I'm going to mark

14       as Exhibit 1 -- let me -- why is it doing

15       this?

16           Do you see the expert disclosure

17       document?  It's a seven-page document.  Do you

18       see this document on the screen?

19   A.  Yes, I see it.

20           MR. STERN:  Mr. Dinnocenzo, this is what

21       I emailed.  I don't think everybody on this

22       Zoom has it.  It's going to be marked as

23       Exhibit 1.

24   BY MR. STERN:

25   Q.  And it's the expert disclosure.  It's dated

```
 1        February 17, 2020; and it includes your

 2        report, which is a one-, two-, three-page

 3        document with a short biography and

 4        affirmation of service?

 5             MR. STERN:  So everyone sees that?  Does

 6        everyone see that there?

 7             MR. DINNOCENZO:  Yes.

 8             MR. STERN:  Can we mark this as Exhibit

 9        1?

10             (Exhibit 1, Expert Disclosure, marked for

11        identification.)

12   BY MR. STERN:

13   Q.   Now, you -- let me ask you this -- strike

14        that.

15             You just testified to emails.  How many

16        emails -- you exchanged emails with

17        Mr. Spadafora contemporaneous to the incident;

18        is that correct?

19   A.   As I said, I haven't checked back through

20        them; so I don't remember if that's true or

21        not.  I think I did.  I mean, I believe I saw

22        a photograph, you know; and I should have

23        checked.  And I can get back to you as to

24        whether I have them or not.  But I seem to

25        recall having seen something before this
```

Edward Glaser
July 29, 2020                                                68

```
 1        report was issued.

 2   Q.   Okay.  So would that have been taken in

 3        Newport?

 4   A.   Yeah.  As I say, I forgot to look it up; and

 5        so I can't really -- if you want to go back, I

 6        can -- you know, at another time, I can check

 7        back on it and give you for sure what I have

 8        in my emails.  I don't tend to erase anything.

 9   Q.   I'm going to make a request on the record and

10        follow up with counsel for you to produce

11        every document provided to you by

12        Mr. Spadafora regarding this incident,

13        including emails and photographs.

14   A.   Yep.

15   Q.   Okay.  And then you mentioned a report of

16        Susquehanna Marine Surveying.  What were you

17        referring to?

18   A.   I believe there was a surveyor sent by the

19        insurance company down to -- does it say where

20        he looked at the boat -- in Baltimore,

21        somewhere around there.

22   Q.   Okay.

23   A.   There's photographs of the boat hauled out on

24        the cargo ship.

25   Q.   Now, why did Mr. Spadafora -- strike that.
```

```
 1              I assume Mr. Spadafora sent that survey

 2         and photographs to you, correct?

 3    A.   Yeah, I think so.

 4    Q.   Why did Mr. Spadafora send you the survey

 5         report and photographs?

 6    A.   I think at first it was just to show the

 7         damage, but it may have also been to point out

 8         that the estimate to get that fixed was way

 9         less than would be appropriate for that level

10         of damage.

11    Q.   Now, when he sent this to you, did he also

12         send to you an estimate from Travelers, the

13         insurance company?

14    A.   Was it at the same time or -- yeah.  I mean, I

15         thought this one came first, but I don't

16         remember.  As I say, if you want, I can get

17         you all of the -- in terms of the time, all of

18         the emails that I received and what the dates

19         are.

20    Q.   That's fair enough.  I do make that request.

21              You testified -- strike that.

22              Going quickly to your report -- we'll get

23         to it in more detail, but in your report,

24         which is essentially just this page, beginning

25         with your name and address, beginning between
```

Edward Glaser
July 29, 2020

70

```
 1        October 2019 and one more page, so it's

 2        basically a two-page report, you do not list

 3        any documents that you reviewed or relied upon

 4        in preparing your report.  Yet, now you

 5        testify to at least seeing a survey report.

 6              Why did you not list any documentation

 7        that you relied upon in issuing your report?

 8              MR. DINNOCENZO:  Mike, can

 9        (indiscernible) that?  It's really small on my

10        screen.

11              MR. STERN:  I have to -- hold on.  I

12        forgot about that.  You're right.  I can see

13        what my screen says.

14              (Discussion held off the record.)

15    BY MR. STERN:

16    Q.  But in this report, there is no list of any

17        documents you saw or reviewed or relied upon;

18        is that correct?

19    A.  There's one reference, but the reason I didn't

20        is I didn't -- I'm an amateur at this, and I

21        didn't know I was supposed to.

22    Q.  Okay.  So we'll get to what you reviewed,

23        because you are required by the rules to be

24        putting in documents that you reviewed because

25        it's important.  So we do request production
```

Edward Glaser
July 29, 2020                                                    71

1        of all the documentation that you have in your

2        file regarding this boat, this incident.

3    A.  Certainly.

4    Q.  Also, there's no indication of the hourly rate

5        that you were charging for your services for

6        Mr. Spadafora.  What are you charging him?

7    A.  Oh, what am I charging Mr. Spadafora?

8    Q.  Yes.

9    A.  I'm not charging him anything.

10   Q.  Okay.

11   A.  I'm his friend.  I have not been offered money

12       to do this.

13   Q.  So you have --

14   A.  He asked me to do this.

15   Q.  So you've not been formally retained as an

16       expert witness by Mr. Spadafora or counsel?

17   A.  No.

18           MR. DINNOCENZO:  Objection.

19   BY MR. STERN:

20   Q.  Now, where were we?  And before we ask more

21       substantive questions, which we will do, do

22       you see this document entitled "expert

23       disclosure," which is Exhibit 1?  Is it big

24       enough for you to read?

25   A.  Not really, but go ahead.

Edward Glaser
July 29, 2020                                                    72

1    Q.   Where it states that Mr. Glaser is expected to

2         testify in accordance with the content and

3         substance of his report, and it will be based

4         on the evidence in the case, including, but

5         not limited to, deposition testimony and

6         documents, as well as his own examination of

7         the vessel.

8              Are you able to see this?  This is the

9         hardest part of this new word, new regime,

10        figuring this out.

11             Where did it go?  It disappeared on me.

12             Is that any better?

13        MR. STERN:  Does anyone have any doubt

14        that I'm reading the notice correctly?

15   A.   No.  I accept your reading.

16   BY MR. STERN:

17   Q.   Did you -- in preparing your report, which is

18        attached to the February 17, 2020 document,

19        did you review any deposition testimony in

20        this case?

21   A.   No.

22   Q.   Okay.  So you're not going to be competent to

23        testify as to what the deposition testimony

24        says?

25             MR. DINNOCENZO:  Objection.

Edward Glaser
July 29, 2020                                                    73

```
1    BY MR. STERN:

2    Q.  You can answer.

3    A.  I haven't seen anybody else's depositions.

4    Q.  Anybody else, other than your own?

5    A.  Isn't this the deposition?

6    Q.  Correct.  But you've not seen -- you have not

7        seen the deposition of Mr. Stefanowicz?

8    A.  No.

9    Q.  You have not seen the deposition of the

10       Travelers employee, Nicholas Rago?

11   A.  No.

12   Q.  You have no seen the deposition of

13       Mrs. Spadafora?

14   A.  No.

15   Q.  Okay.  So then you -- it also says "evidence

16       in case."  What evidence have you reviewed?

17   A.  Well, I've seen the reports from Susquehanna,

18       and I've seen the reports from Mr. Hughes and

19       Mr. Jesse Lowell, and from

20       Mr. What's-his-name from Scop Boat Works.

21   Q.  Now, in your report, the first line states

22       that between October 19, 2019, and October 22,

23       2019, that you inspected the vessel, correct?

24   A.  Yes.

25   Q.  And I'm paraphrasing, so I'm not going
```

Edward Glaser
July 29, 2020                                                           74

```
 1        verbatim.
 2   A.   That's all right.
 3   Q.   How did it come that you were in Puerto Rico
 4        in -- between October 19th and October 22nd?
 5   A.   Mr. Spadafora asked me if I would go down with
 6        him and look at his boat.
 7   Q.   Okay.  And what was the purpose of your
 8        looking at his boat?
 9   A.   Just to assess the damage and what needed to
10        be done and whether it could be repaired.
11   Q.   And at that point in time, did he ask you to
12        prepare a report for litigation purposes?
13   A.   I don't think he mentioned a report until
14        after we were back.
15   Q.   And at the point in October of 2019, were you
16        aware that there was an insurance dispute
17        between Mr. Spadafora and his insurance
18        company?
19   A.   Yes.
20   Q.   What were -- what did you know about that
21        dispute?
22   A.   Well, I had seen -- at the very least, I had
23        seen Susquehanna's report that said that
24        basically they wanted to pay him -- I can't
25        remember what it was -- $28,000 and something
```

Edward Glaser
July 29, 2020                                          75

```
 1        to have the boat opened up and inspected

 2        before it was going to be rebuilt to be able

 3        to do the work.

 4   Q.   Was it your understanding --

 5   A.   And I believe he didn't think that was enough

 6        money.

 7   Q.   And your understanding then the $28,000 you

 8        referred to was to investigate the extent of

 9        the damages and not to begin repairs?

10   A.   I think -- I think the letter or the survey

11        report said that it would be something in the

12        neighborhood of $40,000 to fix it, and the

13        first part of the payment would be -- start

14        the process.

15   Q.   Okay.  And Mr. Spadafora did not agree with

16        the assessment of the insurance company?

17   A.   No.

18   Q.   Did Mr. Spadafora provide you with the

19        estimate prepared by Travelers' in-house

20        estimator, Nicholas Rago?

21   A.   I think so, yes.  I don't have it at hand, but

22        yes.

23   Q.   Fair enough.

24            And are you aware that Mr. Rago prepared

25        the estimate in consultation with a builder,
```

Edward Glaser
July 29, 2020                                                        76

```
 1        Douglas Dodge?
 2             MR. DINNOCENZO:   Objection.
 3   A.   I hadn't heard that, no.
 4   BY MR. STERN:
 5   Q.   So you're not aware that Nick Rago testified
 6        that because he had no wooden boat experience,
 7        he called Doug Dodge to find out from Doug
 8        Dodge what it would cost to fix the damage to
 9        the boat?
10   A.   No.
11   Q.   Would you agree that Doug Dodge, the builder
12        of the Gudelia, is a competent person to
13        determine what it would cost to repair his
14        boat?
15   A.   As I say, I don't know Mr. Dodge.  I know he
16        built the boat.  I would say that anything he
17        has to say about the boat might be suspect
18        since it took him the better part of, my
19        understanding is, nine years to build the
20        boat.  I don't believe that he could then turn
21        around and say that the repair would only
22        take, you know, $40,000 to do.  That
23        doesn't -- that doesn't -- that doesn't seem
24        to make sense.
25   Q.   You've no basis to say that he is not
```

Edward Glaser
July 29, 2020                                                      77

1      competent?

2   A.  He's a competent boat builder, yes.  To judge

3       on from what I have seen, which is the boat,

4       the Gudelia, he's a competent boat builder.

5   Q.  But my question to you was:  Despite your

6       characterization of how long it took, from

7       your understanding, you do not -- you do not

8       have a basis to disagree that Mr. Dodge has an

9       understanding of what it would take to fix his

10      boat?

11  A.  Has he seen the boat?  And has he seen the

12      damage?

13  Q.  Based upon the same photographs and the report

14      of the survey and conversations with the

15      surveyor, the estimator, would you agree that

16      Doug Dodge knows how to fix his own boat?

17  A.  Did the estimator see the boat?

18          MR. DINNOCENZO:  Hold on.  Hold on.  I

19      just want to object, because this is based on

20      hearsay.  But you can answer.

21  BY MR. STERN:

22  Q.  My question to you is simple.  Is Mr. Dodge --

23      and you would agree that Mr. Dodge knows how

24      to build and repair his own boat?

25  A.  Yes.

Edward Glaser
July 29, 2020

78

1    Q.   Thank you.

2             You state in your report that the boat

3         was out of the water when you first saw it,

4         correct?

5    A.   In Puerto Rico, yes.

6    Q.   Do you know -- strike that.

7             Was it in a travel lift when you saw it?

8         Or was it on blocks or something else?

9    A.   It was on blocks.

10   Q.   When -- how long -- strike that.

11            Do you know whether -- between the time

12        it arrived in Puerto Rico in 2018,

13        thereabouts, December or January, and October

14        of 2019, do you know whether the boat was

15        still in the water during that time period?

16   A.   I don't know the timeline of exactly when it

17        got down there and when it was hauled out, no.

18   Q.   But presuming the boat -- strike that.

19            You know that the boat was being shipped

20        in November of 2018, correct?

21   A.   Yes.

22   Q.   And that it would take approximately, what,

23        ten days, two weeks to get from Newport to

24        Puerto Rico, correct?

25   A.   Something like that, yeah.

Edward Glaser
July 29, 2020                                                    79

```
1    Q.   So that brings you into the early part or

2         middle part of December of 2018, correct?

3    A.   Sure.

4    Q.   You agree, correct, that it would have been

5         two weeks?

6    A.   Yeah.  I don't -- again, I don't remember.  I

7         haven't looked up the exact timeline, no.

8    Q.   Fair enough.

9              So from December of 2018 to October of

10        2019, when you saw the boat on blocks, do you

11        know whether the boat had been in the water

12        for those 10 months or so?

13   A.   I don't think it was in the water that long.

14        It was in the water some of that period of

15        time, yes.  I don't remember how long it had

16        been hauled out.  I seem to remember hearing

17        something about five months, but not -- but I

18        don't have a specific number.

19   Q.   So you -- strike that.

20             Mr. Spadafora told you that the boat had

21        been hauled from the water at some point prior

22        to October of 2019?

23   A.   Yes.

24   Q.   Do you know the name of the marina where you

25        saw the boat?
```

Edward Glaser
July 29, 2020

80

```
 1    A.   I don't even know that it had a name.  It's a
 2         small Puerto Rican -- it's not much more than
 3         a cement pad with a boat launching ramp.
 4    Q.   Do you know how the boat was removed from the
 5         water?
 6    A.   They have a small travel lift.
 7    Q.   Do you know the tonnage?
 8    A.   No.
 9    Q.   Did you think -- did you visually observe the
10         travel lift?
11    A.   Yes.
12    Q.   Do you know what the weight, the displacement
13         of the Gudelia is?
14    A.   No.
15    Q.   Do you know the displacement, what the
16         weight -- the rating of the travel lift was?
17    A.   No.
18    Q.   Do you know the beam of the travel lift?
19    A.   No.
20    Q.   Did the travel lift look large enough to
21         safely haul the Gudelia?
22    A.   Yes.
23    Q.   Do you know how it was hauled, whether it was
24         properly hauled?
25    A.   I wasn't there when the boat was hauled.
```

Edward Glaser
July 29, 2020                                                          81

1    Q.   Fair enough.

2              How was it blocked?

3    A.   It was blocked with a -- literally with blocks

4         of wood.  They put it -- like all of those

5         boats, you put the keel down on the blocking

6         so that the weight of the boat is on the keel;

7         and then you just need something, whether it's

8         jacks or blocks of wood, to keep it from

9         tipping over from side to side and the --

10        instead of jack stands, they use blocks of

11        wood.

12   Q.   Am I correct, though, the keel was making

13        contact with the ground?

14   A.   I'm trying to remember.  I think it was on

15        blocking.  Usually you put it on wooden

16        blocking so that there's enough room to get

17        underneath the boat and paint it.

18   Q.   But you testified that the weight of the boat

19        is being supported by the keel on these

20        blocks?

21   A.   Yes.

22   Q.   Did you determine -- strike that.

23             It was your understanding then that the

24        boat had been hauled from the water perhaps

25        five months before you saw it in Puerto Rico?

Edward Glaser
July 29, 2020                                                                82

```
 1    A.  Yes.

 2    Q.  And then it would have been resting on its

 3        keel for about five months, correct?

 4    A.  Yes.  On the blocking on the keel, yeah.

 5    Q.  And the weight of the boat then is being

 6        supported by the keel of the boat?

 7    A.  Yes.

 8    Q.  And you don't recall the displacement of the

 9        boat?

10    A.  No.

11    Q.  You were not -- strike that.

12            Did you -- strike that.

13            Did you take any photographs of the

14        Gudelia when you were in Puerto Rico?

15    A.  Yeah, I did.  I wasn't happy with any of them,

16        but I did take a few photographs.

17    Q.  Have you produced them to your counsel -- to

18        Mr. Spadafora or his counsel?

19    A.  I don't think so.  I think they're still

20        hidden in my camera somewhere.

21    Q.  And I request production of those photographs?

22            You just testified you weren't happy with

23        them.  Is that because they didn't show

24        anything remarkable?

25    A.  They weren't any better than the photographs
```

Edward Glaser
July 29, 2020                                                    83

1       that were supplied to Susquehanna.

2   Q.  Okay.  So the only photographs that you relied

3       upon are the Susquehanna photographs?

4   A.  Yes.

5   Q.  Did you see photographs taken by

6       Mr. Stefanowicz?

7   A.  No.

8   Q.  Did you see -- strike that.

9           Okay.  Now, did you -- strike that.

10          Did you determine whether the boat was

11      blocked properly to have a 90-degree -- for

12      the keel to be 90 degrees perpendicular to the

13      ground?

14  A.  The keel was not -- the boat was hauled fairly

15      level.  I think they did a good job hauling

16      the boat and putting it on blocks.  The keel

17      was not at exactly 90 degrees.  It had a

18      slight angle to it.

19  Q.  Do you remember the degree of the angle to the

20      keel?

21  A.  No.  I didn't bring a protractor.  But I would

22      say it was off by about two inches, an inch

23      and a half, two inches.

24  Q.  And you're aware that in order to accurately

25      determine whether or not a keel is in true

Edward Glaser
July 29, 2020                                                    84

```
 1        alignment, the boat must be properly blocked

 2        at 90 degrees of the keel, correct?

 3   A.   If you're trying to get the exact dimensions,

 4        yes, you would square up the boat and make

 5        sure that the waterline was level from side to

 6        side; and then you would hold a plumb bob,

 7        which would give you an exact 90 degree from

 8        that.  And, no, that wasn't done.

 9   Q.   So you took -- strike that.

10             You took no measurements to support any

11        of your comments in your report, correct?

12   A.   No, I took no measurements.

13   Q.   And you took no -- you did not -- strike that.

14             You testified -- you put in your report a

15        two-inch displacement, but there were no

16        measurements to support that, correct?

17   A.   No.  No exact measurement, no.

18   Q.   No measurements or no exact measurements?

19   A.   No, no measurement.

20   Q.   You have no photographs to show this?

21   A.   Not that will have a measuring tape that will

22        show you exactly what the angle is, no.

23   Q.   In fact, you recall the photographs by

24        Mr. Scopinich -- there are too many similar

25        names -- by Mr. Stefanowicz.  He does a
```

Edward Glaser
July 29, 2020                                                    85

1        photograph that he shows a few-inch shift of

2        the broken deadwood, correct?  And if you

3        want, we can go to that.

4    A.  Right.  He has a few different pictures of the

5        deadwood.  Some of them are where it's crushed

6        and some are where it's not -- yes.

7    Q.  Okay.  What did you do to conduct your

8        examination of Mr. Spadafora's boat, whether

9        it was up on blocks?

10   A.  I walked around the boat.  I went down in the

11       bilge.  I took photographs.  I crawled

12       underneath the boat, looked at the damage that

13       had been done.  I basically looked at the same

14       spots that are in this -- the set of the

15       photographs from Mr. Stefanowicz.

16   Q.  In other words, you just visually replicated

17       what Mr. Stefanowicz did?

18   A.  Yes.

19   Q.  And the damage you saw was consistent with the

20       damage in Mr. Stefanowicz's report?

21   A.  Yes.

22   Q.  You found no --

23           MR. DINNOCENZO:  Objection.

24   BY MR. STERN:

25   Q.  -- damage that was not -- strike that.

Edward Glaser
July 29, 2020                                                          86

1           You found no greater damage than noted in

2      Mr. Stefanowicz's report?

3   A.   No.

4   Q.   No means correct, correct?  You found no other

5      damages?

6   A.   Correct.

7           MR. DINNOCENZO:   Objection.

8   BY MR. STERN:

9   Q.   You took no steps to determine whether the

10      shaft was out of alignment?

11   A.   Other than once the boat was back in the water

12      and Mr. Spadafora motored the boat around to

13      the marina where it was going to sit, the

14      vibration, there was no way of measuring

15      exactly what the out-of-alignmentness [sic]

16      would have been.

17   Q.   Okay.  When he navigated it, how far was it

18      when he moved it back in the water to where he

19      took it to the marina?

20   A.   He took it to the mouth of the harbor and then

21      back into the harbor to go to the marina.

22   Q.   How far -- approximately, how far was that?

23   A.   A mile or two at the most.

24   Q.   During the mile or two, did all bilge pumps

25      operate?

Edward Glaser
July 29, 2020
87

1    A.   No.

2    Q.   Did any bilge pumps operate?

3    A.   One up forward, yes.

4    Q.   Is up forward where the damage was?

5    A.   There was damage up forward, yes.

6    Q.   Was that where the most significant part of

7         the damage was?

8    A.   No.  The most significant part is back

9         underneath the engine, from the engine all the

10        way back to the stern.

11   Q.   Did you do -- did you take any steps to

12        determine why the bilge pump -- strike that.

13             Is it uncommon for a bilge pump in a

14        wooden boat to operate during operation?

15   A.   If a boat's been hauled for about five months

16        or so, it's not uncommon.

17   Q.   Okay.  So it was consistent with your

18        experience that -- a boat that was hauled for

19        five months, you expect some water egress?

20   A.   Yes.

21   Q.   Did Mr. Spadafora leave the boat or tie the

22        boat back up at a marina and leave it there,

23        to your understanding?

24   A.   Yes.

25   Q.   Did -- are you aware of any repair work having

 1        been done to the Gudelia from November 2018

 2        until the time you saw it in October of 2019?

 3   A.   No.  All I'm aware of is the bottom was

 4        repainted with two coats of bottom paint

 5        before it went back in the water.

 6   Q.   When was the bottom repainted?

 7   A.   Just before it went back in the water.

 8   Q.   In 2019?

 9   A.   Yes.  October of 2019, yes.

10   Q.   He repainted the bottom but didn't fix the

11        keel?

12   A.   Correct.

13   Q.   To be more -- to be clear, the damaged section

14        of the keel, you -- that damaged section you

15        would refer to as the deadwood, correct?

16   A.   Yes.

17   Q.   You did not see any separation of the keel by

18        the rabbet, correct?

19   A.   Yes, I did.  There was -- just as is in the

20        photographs from Mr. Stefanowicz, there's --

21        there was still leakage going on there, yes.

22   Q.   But the leakage -- strike that.

23             MR. STERN:  Let's mark this as Exhibit 2.

24             (Exhibit 2, Stefanowicz Exhibits, marked

25        for identification.)

```
 1   BY MR. STERN:

 2   Q.  And this was an exhibit that was formally

 3       marked at a deposition of Mr. Stefanowicz as

 4       Mr. Stefanowicz Exhibit 7.

 5            And I presume, Mr. Glaser, that you're

 6       not speaking to Mr. Spadafora off the screen.

 7   A.  No, no, no, no.  No, I'm not.

 8            MR. SPADAFORA:  Wait a second.  Let me

 9       just be implicitly clear.  My wife --

10            MR. STERN:  I'm not asking you.  I'm

11       talking to the witness.

12            MR. SPADAFORA:  I understand, but --

13            MR. STERN:  No.

14            MR. SPADAFORA:  When I'm off screen -- my

15       wife has cancer.  I'm checking with her.  Let

16       me be clear about that.

17            MR. STERN:  I am asking the witness, not

18       you.

19   A.  What's the question?

20   BY MR. STERN:

21   Q.  I was just making sure you're not speaking to

22       Mr. Spadafora when you're both off screen.

23   A.  No, no, no.  What I'm looking at is the

24       Susquehanna marine survey.  That's all.

25   Q.  Okay.  Previously marked -- I'm just
```

Edward Glaser
July 29, 2020

90

```
1        clarifying.  I'm not accusing.

2    A.  Yeah.  No, I'm not speaking with anybody.

3    Q.  This has been mark as Exhibit 7 on

4        February 6th, 2020, of the deposition of

5        Mr. Stefanowicz.  And it's a November 26th,

6        2019 marine survey.

7            This is the survey you're referring to,

8        correct?

9    A.  Yes.

10   Q.  Let's look at some of the photographs here.

11       This is the Sampogracht.  You did not see the

12       vessel on the Sampogracht, did you?

13   A.  No.

14   Q.  I had to say that.  I love Dutch

15       pronunciation.

16           Are you -- I'm going to run through it,

17       and I want you to show me the part you were

18       discussing about the forward -- the damage by

19       the rudder, okay?

20           Do either of these photographs show what

21       you're talking about?

22   A.  Well, let me see.  They're numbered, right?

23   Q.  This is -- the damage is -- Number 1 is what

24       I'm at right now.

25   A.  Right.
```

Edward Glaser
July 29, 2020                                                91

```
 1    Q.  Do these two photographs show what you're

 2        referring to?

 3    A.  Well, that's where -- those are the places

 4        that she hit.

 5    Q.  Okay.

 6    A.  You were talking about the leakage by the

 7        sealing.

 8    Q.  Well, I'm going to go through the photographs

 9        in order so we can do it right.

10    A.  Sure.

11    Q.  And that's the difficulty in this.  I'm going

12        to try and make it easy.

13    A.  Yep.

14    Q.  Since we're on these photographs, the bottom

15        photograph with the ruler, you see how it's

16        showing displacement of the bottom most part

17        of the deadwood, correct?

18    A.  Right.

19    Q.  And that's what you -- when you're referring

20        to displacement in your report, this is what

21        you're referring to, correct?

22    A.  No.

23    Q.  Okay.  So are there any photographs showing

24        what you're referring to?

25    A.  Yes.  This photograph down here, what he calls
```

```
 1        on page -- you know, he's not numbered things
 2        consecutively, so I don't know what the number
 3        is, what page it is; but it's labeled here
 4        Number 2.
 5   Q.   Okay.  So you see it up on my screen?
 6   A.   Yeah.  The next photo shows the rudder
 7        support, the structural part of the keel
 8        twisted to port.
 9   Q.   So you're relying upon what he said in his
10        report -- in your report then?  You're just
11        echoing what he says?
12   A.   No, no, no.
13             MR. DINNOCENZO:   Objection.
14   A.   As you see, I saw the same thing.  And I
15        didn't think it was -- it needed anymore
16        clarification of what he said here.  As you
17        can see, he says that it's been displaced to
18        port.  And if you look at the picture, if you
19        keep going down to -- well, obviously, you can
20        see his Picture Number 7, in that, there's
21        weeping going on between the seam where the
22        keel hits the planking.
23   BY MR. STERN:
24   Q.   Before we get to the weeping, in Pic Number 2,
25        what you're referring to --
```

1   A.   Yeah.

2   Q.   You took no measurements -- strike that.

3         You've testified that in order to

4        accurately determine whether or -- whether

5        under the extent of any displacement, you need

6        to true the boat when it's blocked and take it

7        plumb, correct?

8   A.   Yes.  If you were looking for the exact, you

9        know, down to the quarter-inch or whatever,

10       yes, that's what you would do.

11  Q.   And you never did that?

12  A.   No.

13  Q.   And you've also testified that the angle --

14       that the angle at which the keel of the boat

15       was blocked was slightly off the 90 degrees,

16       correct?

17  A.   No, I didn't say that.  I said the boat was --

18       I didn't measure it, so I don't know.  You

19       asked me if it had been blocked exactly at 90

20       degrees, and I said I don't know.

21  Q.   Well, the record is clear that you testified

22       it wasn't.  But --

23         And you also don't know whether this

24       picture, the boat was blocked at a perfect 90

25       degrees; because he's not doing a plumb,

Edward Glaser
July 29, 2020                                    94

```
 1        correct?

 2   A.   Correct.

 3   Q.   So the only -- thank you.

 4             Now, the weeping, let's go down to the

 5        weeping.  Now, when you were talking about any

 6        damage toward the rabbet -- first of all, for

 7        the record, describe what the rabbet means to

 8        you.

 9   A.   This a good place -- if you're looking at that

10        Picture Number 7, the upper half is the

11        planking.

12   Q.   The upper half -- can you see my --

13   A.   Yes.

14   Q.   So the upper half, you're talking about from

15        this line up to the top?

16   A.   Well, it would be the line` -- the next plank

17        lower, but yes.

18   Q.   Right here?

19   A.   It would go down a little further.  Do you see

20        where that black weeping is?  That's where the

21        rabbet would be.

22   Q.   Okay.  And above of this weeping lines, this

23        is the hull of the boat, correct?

24   A.   That's -- the planking is there.

25   Q.   The hull?
```

Edward Glaser
July 29, 2020                                               95

1   A.  Below that is the keel member.

2   Q.  Right.  And below that, being here, correct?

3   A.  The seam between the planking and the keel is

4       where the rabbet is.

5   Q.  Okay.

6   A.  And that's where the square edge of the plank

7       fits up against the keel, and in that seam,

8       somebody would -- it's not a wood-to-wood

9       joint.  It's done with caulking.

10  Q.  Okay.  So the weeping would indicate that you

11      need to re-caulk that joint?

12  A.  It would indicate there's some kind of

13      movement going on there, yes.

14  Q.  And that's not atypical in a wooden boat,

15      correct?

16  A.  It's typical in a boat -- if we look at the

17      rest of the boat where there's other spots,

18      there's none of that weeping going on.  It

19      would not be atypical for a boat that was

20      quite old, but it's certainly not typical for

21      a boat like this.

22  Q.  What is above -- if you were to go into the

23      hull, what is the above this section where you

24      see the weeping?  Is there any mechanicals?

25      Would it be the bilge?  What would be above

Edward Glaser
July 29, 2020                                                        96

```
 1        it?
 2   A.   It was the bilge.  All of the -- everything
 3        above that inside the middle of the boat would
 4        be called the bilge; so, yes.  And there's
 5        usually, in any boat like that, whether it's
 6        rainwater or saltwater from leaking, there's
 7        always going to some water in the bilge.  A
 8        bilge pump is not designed to take all of the
 9        water out.
10   Q.   Would there be any -- strike that.
11             The photo suggests here that there is a
12        lack of water tightness, correct?
13   A.   Right.
14   Q.   The water tightness would be -- because you
15        said it's probably a wood-to-wood joint, the
16        lack of the water tightness could indicate a
17        problem needing new caulking, correct?
18   A.   It indicates some kind of leakage.  That's
19        all.  And you can't say because it's not
20        caulked correctly -- where it's right over a
21        series of places where the boat hit, I'm
22        saying it really points to some damage being
23        done there.
24   Q.   But you didn't go internal to determine the
25        extent of damage above that in the hull of the
```

1           boat?

2   A.   Yeah, I did.   And there's nothing I can see

3        from the inside.

4   Q.   Okay.   Do you know what type of keel bolts

5        were used in the Gudelia?

6   A.   I'm trying to remember.   I wrote it in my

7        report, I think.   I think they were a, what,

8        stainless rod, custom made to fit the boat.

9   Q.   And do you know that to be the case?   Or are

10       you presuming that to be the case?

11  A.   I'm presuming that to be the case.

12  Q.   Isn't it true that stainless in the closed

13       type of -- where the keel is made and

14       manufactured, that stainless steel is not the

15       best material for use?

16  A.   No, that's not true.

17  Q.   Not true, okay.

18  A.   Boats have been built with all kinds of

19       different materials over the years, and

20       there's going to be a series of arguments

21       amongst boat builders about exactly what the

22       best material is.   They have stainless steel

23       designed just to be used in a saltwater

24       environment.   There are cheaper stainless

25       steels that do pit under electrolysis, and

```
 1        there are others that don't.  So that's not
 2        true.
 3   Q.   So you made the determination, whether it was
 4        stainless or silicone bronze or any type of
 5        material, correct?
 6   A.   I didn't -- I'll tell you, I didn't look at
 7        them that carefully to determine exactly what
 8        they were.  I believe I asked Mr. Spadafora
 9        what they were made out of.
10   Q.   He told you they were made of stainless steel?
11   A.   I believe so.  I'm trying to remember what I
12        wrote down here or whether I just looked it
13        up.  The keel, yeah, I believe he said it was
14        some kind of high-grade stainless steel.
15        Stainless steel boats is what I have.
16   Q.   Okay.  But he didn't show you any
17        documentation from the building of the boat or
18        anything else to suggest -- to show that they
19        were stainless steel, correct?
20   A.   No.
21   Q.   And you were -- did you see any of the keel
22        bolts in your examination of the boat?
23   A.   Yes.  I saw the nuts and the keel bolts coming
24        through the keel.
25   Q.   And were you able to determine whether those
```

Edward Glaser
July 29, 2020

99

1      were stainless or silicone?

2  A.  I didn't look to see what they were.

3  Q.  Is there a way tell the difference visually?

4      Or do they look the same?

5  A.  They looked fairly similar.  I mean, real

6      stainless steel is going to have a metallic,

7      silvery color; and silicone bronze will have a

8      bronze kind of color.  There are different

9      kinds of silicone bronze, like a Monel, which

10      almost looks like a stainless steel.  But

11      they're similar.  And neither one of those is

12      magnetic.  So you can't just put a magnet on

13      it and say, oh, it's this or that.

14  Q.  When you -- strike that.

15          Were you present when the boat was

16      relaunched?

17  A.  Yes.

18  Q.  Did you notice or observe any leaking from the

19      gas tanks when the boat was in the water?

20  A.  No.

21  Q.  Did you notice -- is it unusual, in your

22      opinion, to notice gasoline or oil in the

23      bilge water?

24  A.  Yes.

25  Q.  It's unusual?

Edward Glaser
July 29, 2020                                                          100

```
1    A.   Yes.

2    Q.   And why is that?

3    A.   It's unusual because you have separate

4         systems.  You don't purposely have a system

5         where the gasoline would be in the bilge

6         water, because that gets pumped overboard.

7         You don't want that to happen, because that's

8         pollution.  So it's normal to not have -- in

9         the Gudelia's case, she has a catch pan under

10        the engine, so if there's any oil that's

11        spilled, it would wind up in there rather than

12        the bilge.

13   Q.   Is the catch pan under the bilge?

14   A.   It's sitting above the stringers in the bilge

15        so that it would catch the oil before it

16        drains into the bilge.

17   Q.   If the bilge didn't drain, there could be oil

18        in the catch pan, which is, you could see the

19        oil in the catch pan or in the bilgy water,

20        correct?

21   A.   You would see the oil in the catch pan because

22        it's just a metal pan that's kept fairly

23        clean, yes.

24   Q.   Are you familiar -- are you aware of any

25        damage to gas tanks?
```



1    A.   No.  And that's -- you know, that could be one

2         of the arguments, is there's all kinds of

3         damage that could have been done.

4    Q.   I'm not asking -- you're here to be an expert

5         on what you've seen.  And you saw no evidence

6         of the --

7    A.   I saw no evidence, no.

8    Q.   And you saw -- other than that one photograph

9         we looked at that wasn't yours which showed

10        the skeg or the part of the wood under the

11        propeller visually looking slightly off, you

12        have no photographs or measurements or any

13        evidence to demonstrate that the keel was

14        separated from the hull up by the keelson or

15        the upper part of the keel, correct?

16   A.   No.  I did not take any exact measurements.

17        You're right.

18   Q.   So your statements are more hypothetical.  You

19        have no fact to support your statements about

20        any damage other than the damage you've

21        already testified you'd seen in

22        Mr. Spadafora's photographs?

23             MR. DINNOCENZO:  Objection.

24   A.   Yeah.  I would say that seeing something and

25        summing it up is not the same as having no

Edward Glaser
July 29, 2020                                    102

```
 1        evidence.  I don't have -- I have not taken

 2        any measurements, but that doesn't mean I

 3        didn't see that it was off.

 4   BY MR. STERN:

 5   Q.   Okay.  But your observation --

 6   A.   You made the observation that I was the expert

 7        witness, and as an expert witness, I'll say it

 8        was off.  It was off kilter.

 9   Q.   I didn't make that observation.  But your

10        testimony is that --

11   A.   You did make that observation that I was an

12        expert witness just a minute ago.

13   Q.   Your observations, though, are consistent with

14        the observations of Mr. Stefanowicz?

15   A.   Yes.

16             MR. DINNOCENZO:  Objection.

17   BY MR. STERN:

18   Q.   And those observations are the damage is

19        localized to the deadwood section of the keel?

20   A.   I don't believe that's what he said, but yes.

21   Q.   You also did not -- other than the leaks that

22        you testified to earlier, you did not see

23        evidence of substantial leaking at or near the

24        section where the keel was damaged?

25   A.   No, other than the -- other than -- as you see
```

Edward Glaser
July 29, 2020                                              103

1           in those pictures, there's a number of spots

2           where there's weeping going on, yes.

3    Q.   Now, when Mr. Spadafora had the bottom

4           repainted, were those weeping marks painted

5           over?

6    A.   Yes.

7    Q.   And was the deadwood section painted as well?

8    A.   I believe so, yes.  As much as they possibly

9           could, yes.

10   Q.   To your understanding, why would somebody

11          repaint a damaged keel as opposed to repairing

12          it?

13               MR. DINNOCENZO:  Objection.

14   A.   Because the insurance hasn't paid for anything

15          yet, and you paint it so it could go back in

16          the water; and you paint it to protect the

17          bottom from whatever marine life might be

18          there in warm water.

19               MR. STERN:  Move to strike the section

20          about the insurance.

21   BY MR. STERN:

22   Q.   So what -- do you agree that instead of

23          putting it in the water painted, it would be

24          advisable to have it repaired first?

25   A.   Would I advise that it was -- of course.

1      Yeah.

2  Q.  Would you advice -- strike that.

3          Do you know whether Mr. Spadafora

4      intended to use the boat in Puerto Rico after

5      relaunching it?

6  A.  No.

7  Q.  You don't understand that?  Or he said he was

8      not going to use it?

9  A.  I understand that he wasn't planning on using

10     it until this whole thing had been settled.

11 Q.  Do you know whether or not -- the boat, from

12     December and January of 2018, 2019, to the

13     time you saw it, do you know whether he used

14     the boat at any point in time?

15 A.  No.

16 Q.  Now, in your report, it's the section that's

17     on my screen, the second paragraph where you

18     say the yank has shifted the shaft log, do you

19     see that?

20 A.  Yes.

21 Q.  You're saying there -- if I understand, your

22     testimony is based solely upon having that

23     (indiscernible) boat in that short, one-mile

24     relaunch trip, correct?

25 A.  Well, also seeing it out of the water, yes.

1   Q.   Did you take any photographs to demonstrate

2        that the shaft log was out of alignment?

3   A.   I'll look at my photographs and see if

4        anything shows there, but, yes.

5   Q.   And just going down to the paragraph that

6        begins "of note," do you see that?

7   A.   Yep.

8   Q.   And the last part of that paragraph:  After

9        launching, I noticed the Gudelia leaked, but

10       more in line of what would be expected of a

11       strain on all the joints and keel bolts rather

12       than a split in the upper part of the keel,

13       correct?

14  A.   Correct.

15  Q.   And that's because the only split in the keel

16       is the deadwood.  And I will, of course,

17       qualify with your testimony on weeping.  But

18       the only split was in the deadwood?

19  A.   The boat, if you look at the pictures that are

20       here, was built fairly ruggedly; and the

21       deadwood, though it's scarred on the bottom,

22       is still a big structural piece that doesn't

23       have a lot of splits in it.  So what I was

24       referring to is when those -- when that thing

25       took that yank when it was sitting on the

Edward Glaser
July 29, 2020                                                    106

```
 1        keel, it started at the seams, where you can

 2        see the leakage, but it strain the keel member

 3        down the center of the boat, from what I could

 4        see.

 5   Q.   Okay.  Then what you could see then is solely

 6        the damage depicted by the photographs by Mr.

 7        Stefanowicz?

 8   A.   Pretty close, yes.

 9   Q.   Okay.  And to repair that damage, to repair

10        the deadwood damage is, I belive in your --

11        your report states is nothing more than

12        basic -- where is it?  The split and

13        splintering -- this is the first page of the

14        report, bottom paragraph -- they are

15        repairable in a matter of few weeks.  That

16        entails standard boat carpentry; is that

17        correct?

18   A.   Yes.

19   Q.   Thank you.  And if you --

20   A.   And if you read the rest of the

21        recommendations from Mr. Stefanowicz, who saw

22        it, he also says, just as I did, damage to

23        keel may be found -- more damage can be found

24        once the repair process starts, and it is the

25        recommendation that the underside of the keel
```

1       and deadwood be removed in sections from the

2       keel frame and any mechanical fasteners, such

3       as keel bolts, be closely inspected for any

4       sign of damage.  This process will require the

5       propeller, crop, shaft, and rudder to be

6       removed.  This may also require the engine to

7       be lifted, as it may be required to access any

8       keel fasteners that may be under there.  The

9       underside is also attached to (indiscernible)

10      photos provided by the policy holder.

11          So what he's saying is what I'm saying.

12  Q.  So you're not here to testify to what Bob

13      Stefanowicz has already testified to.

14          MR. STERN:  As to the question, I move to

15      strike that last comment.

16          MR. DINNOCENZO:  You're interrupting his

17      answer.

18          MR. STERN:  No, I'm not.  There's no

19      question pending.

20  BY MR. STERN:

21  Q.  And Mr. Stefanowicz testified.  You're not

22      here to testify to his testimony.  I'm going

23      by your report, and you've answered the

24      question.

25          Did you review -- strike that.  Did

Edward Glaser
July 29, 2020                                          108

```
 1        you -- strike that.

 2             Let's go back to the first page.  Do you

 3        have an understanding as to what your role in

 4        this litigation is?

 5   A.   I would say my role is as somebody who has

 6        seen the boat out of the water, felt the

 7        vibration, has known the boat before it hit

 8        the submerged object, and has some familiarity

 9        with how wooden boats are built.

10   Q.   Okay.  Much of what you just testified to was

11        not in your report about your familiarity with

12        the boat, your experience.  That isn't in your

13        report, is it?

14             MR. DINNOCENZO:  Objection.

15   A.   Does it need to be?

16   BY MR. STERN:

17   Q.   Well, if that's what you testified -- strike

18        that.

19             Do you understand what the role -- the

20        importance of an expert report is?

21   A.   No.  You'll have so instruct me.

22   Q.   That's not my job to instruct you.  That was

23        the plaintiff's job.

24             MR. DINNOCENZO:  Objection.

25   BY MR. STERN:
```

Edward Glaser
July 29, 2020                                                    109

1    Q.  Did you see any documentation --

2              MR. STERN:  Let's mark this as Exhibit 3.

3         This is the July 27th, 2020 letter by counsel

4         to the Court.

5              (Exhibit 3, July 27, 2020 letter, marked

6         for identification.)

7              MR. DINNOCENZO:  I object to this being

8         marked as an exhibit.

9              MR. STERN:  Objection noted.

10   BY MR. STERN:

11   Q.  Are you aware -- strike that.

12             Were you provided any indication from

13        either counsel or Mr. Spadafora that any

14        dispute that was being made in this case about

15        the damage to the deadwood section of the

16        keel -- and we're talking about today -- was

17        not caused by striking a submerged object?

18   A.  No.  I must say, I have no idea what you're

19        talking about.

20   Q.  Okay.  Do you have -- first of all, that

21        question was way too long.  I don't even know

22        what I asked.

23             Did -- are you -- strike that.

24             Were you told that there was an issue as

25        to whether the damage to the keel that we're

Edward Glaser
July 29, 2020                                    110

```
 1        talking about today was caused by striking a

 2        submerged object?

 3   A.   No.

 4   Q.   Okay.  Were you asked to provide expert

 5        opinion about if the damage you saw to the

 6        keel of the boat we're talking about today was

 7        or was not caused by striking a submerged

 8        object?

 9   A.   No.

10   Q.   So in counsel's letter, he tells the Court

11        that you will testify that solely -- that

12        solely the submerged rock caused damage.  Were

13        you asked to testify to that?

14   A.   No.  I don't believe I was given specific

15        instructions.

16   Q.   I mean, you do agree -- strike that.

17             You've also indicated that you saw

18        Mr. Lowell's report, correct?

19   A.   Yes.

20   Q.   And Mr. Lowell, like you, opines on his

21        opinion as to the amount of time needed to

22        repair this boat, correct?

23   A.   Yes.

24   Q.   You both are giving a report as to how long

25        it's going to take to repair the boat,
```

Edward Glaser
July 29, 2020                                                    111

1        correct?

2    A.  Yes.

3    Q.  You opined that it would take about 2,390

4        hours, give or take, correct?

5    A.  Yes.

6    Q.  Mr. Lowell opines it would take between

7        2,500 -- 2,800 and 3,500 hours thereabouts; is

8        that correct?

9    A.  Yes.  I'm looking at his, and that's what it

10       says, yes.

11   Q.  So you don't agree with Mr. Lowell -- strike

12       that.

13           Mr. Lowell's opinion does not agree with

14       your opinion?

15   A.  The basic outline is the same, but the exact

16       numbers are apart.

17   Q.  And you would agree with me that 1,000 hours

18       is a substantial difference?

19   A.  Yes.

20           MR. STERN:  I'm just looking through my

21       exhibits to see whether I need anymore

22       exhibits.

23           Okay.  Now, I'm going to share -- let's

24       mark this -- it was previously marked, but

25       we'll mark this as Exhibit 4, which is the

1        December 20th, 2018 estimate by Joseph -- by

2        Paul Scopinich of Scop Boat Works, Inc.

3               (Exhibit 9, December 20, 2018 Estimate by

4        Paul Scopinich of a Scop Boat Works, Inc.,

5        marked for identification.)

6    BY MR. STERN:

7    Q.   I believe you testified -- you testified that

8        you remember seeing this document, correct?

9    A.   Yes.

10   Q.   Now, looking through this document, you'll

11       notice that Mr. Scopinich refers to making

12       work to the pilothouse and doing fiberglass in

13       the pilothouse.  You don't -- that's not part

14       of -- there is no damage in your summation to

15       the pilothouse or the cockpit or the cabin of

16       the boat caused by this submerged object,

17       correct?

18   A.   No, there was no damage done directly to the

19       pilothouse because of this.

20   Q.   Thank you.

21              He also has a Number 2 fabricated custom

22       cradle.  Would you agree that a boatyard, a

23       competent wooden boatyard will have cradles or

24       make those as the tools of their business?

25       Correct?

Edward Glaser
July 29, 2020                                             113

1    A.   Custom-made boats have custom-made cradles.

2    Q.   But those are part of the -- those are part of

3         the tools of the shop, correct?

4              MR. DINNOCENZO:  You're interrupting his

5         answer.  So why don't you let him answer and

6         then ask your question?  And you've done this

7         throughout the deposition.

8              MR. STERN:  No, I really haven't.

9              MR. DINNOCENZO:  Yes, you do.

10   A.   Every vessel has a different shape, and so one

11        makes a cradle to fit the shape of the boat.

12        And if you go to any boatyard, you'll see a

13        stack of different cradles, and they will all

14        have the boat's name painted on them, because

15        each cradle has to fit each boat.  There are

16        no stock cradles, unless it is a stock boat.

17   BY MR. STERN:

18   Q.   But that is not part of the boat.  That's part

19        of the -- well, strike that.  Move on.

20   A.   It would be part of the repair process.

21             MR. STERN:  We're coming close.  With the

22        exception of keeping the deposition open,

23        pending the receipt of the all the documents

24        provided to the witness, including any

25        correspondence, emails between the witness and

Edward Glaser
July 29, 2020                                         114

```
 1        Mr. Spadafora, I have nothing further today.

 2            MR. DINNOCENZO:  I just have a brief

 3        follow-up for some clarification.

 4                        EXAMINATION

 5    BY MR. DINNOCENZO:

 6    Q.  Mr. Glaser, do you have an opinion as to what

 7        caused the damage to the Gudelia?

 8    A.  I'd say it's consistent with hitting a

 9        submerged object, sitting on that submerged

10        object, and trying to get the boat off of the

11        submerged object.

12            I can't imagine that kind of damage

13        either to the bottom of the keel or to the

14        seam by the rabbet could be caused by anything

15        other than sitting on a submerged object.  I

16        don't know how anybody could -- didn't realize

17        that was a dispute, because I can't imagine

18        what else could have caused it.

19    Q.  So is it your opinion that no damage was

20        caused to the Gudelia by transporting it to

21        Puerto Rico?

22    A.  No.  The pictures -- the pictures show it on

23        the boat, show it correctly blocked.  And

24        there's absolutely no way to believe that they

25        would have done anything wrong in the way that
```

Edward Glaser
July 29, 2020                                                      115

1           they picked it up.

2    Q.    Do you believe the damage that you saw was

3           caused by Mr. Spadafora driving the boat

4           between the accident and when it was loaded on

5           to the freighter?

6    A.    No.

7    Q.    What is the significance of the weeping that

8           is shown in the Stefanowicz photographs?

9    A.    Well, it means that the keel has been

10          knocked -- it's a matter of torque.  If you

11          move something at the bottom of a T, even this

12          much, that place at the top of the T, which is

13          where the keel meets the planking, is going to

14          have a -- is going to move.  If this bottom

15          piece stays flat, then you're not going to get

16          that kind of weeping.  And by moving it like

17          this, you stress that seam that's at the top;

18          and therefore, that seam will start to leak.

19   Q.    And in that situation -- let me withdraw the

20          question.

21                Does that contribute to your opinion that

22          the entire keel needs to be replaced?

23   A.    Yes.

24   Q.    Why?

25   A.    What happens is when you strain something like

Edward Glaser
July 29, 2020                                              116

1        that, when a boat is built this heavily and

2        you strain it like that, there are fastenings

3        that hold the keel all the way, or the

4        deadwood part, to the top part of the keel;

5        and that strain has either bent the bolts that

6        are helping to hold it or has elongated the

7        holes or split the wood, which is what I was

8        talking about, splitting the keel.  I don't

9        see any splitting in the keel where that bent.

10       So I'm assuming even the bolts are somewhat

11       bent or the holes are somewhat bent.  And just

12       as Mr. Stefanowicz says in his report, the

13       only way to look at that and find out for sure

14       what's going on there is to remove the whole

15       keel.

16   Q.  And -- just one moment.

17           Why in those circumstances can you not

18       just scarf in a new piece of deadwood where

19       the damaged deadwood is?

20   A.  And that's what I was saying, is if all you're

21       trying to do is repair the deadwood, that's

22       easy to do; but that doesn't solve the problem

23       of the damage to the boat.  The damage to the

24       boat -- the damage to the boat is the fact

25       that this is not knocked off at kilter, and

Edward Glaser
July 29, 2020                                                  117

1      that is not going to be fixed by fixing the

2      bottom of the T.  That's at the top of the T.

3      And the bottom of the T, you can fix all you

4      want; and that may make the boat look good on

5      the outside, but that doesn't solve the safety

6      problem or the fact that the boat is starting

7      to leak at this seam.

8   Q.  What is the safety problem?

9   A.  Well, the safety problem is once you strain

10      something like that and the holes for the

11      bolts or the bolts themselves are bent, you no

12      longer have the same kind of structural

13      integrity that you had when the boat was

14      built.

15          MR. DINNOCENZO:  No further questions.

16          MR. STERN:  I have one or two follow-ups.

17                  FURTHER EXAMINATION

18   BY MR. STERN:

19   Q.  In your answer to counsel, you used a very

20      important word.  You are assuming that they

21      were bent.  Your word was assume.  You have no

22      evidence, other than your assumptions of the

23      damage you're now stating, correct?  You have

24      no evidence, photographs, no measurements,

25      nothing?

Edward Glaser
July 29, 2020                                    118

1   A.   There is no way to ascertain -- as all of your

2        observers have made, there is no way to

3        ascertain for sure what the damage was until

4        you take the boat apart and look at it.  So,

5        yes, there's an assumption that something is

6        wrong there.  We don't know exactly what it

7        is, and that's why it has to be taken apart.

8   Q.   So you're agreeing with Bob Stefanowicz's

9        report?

10  A.   Basically, yes, except for his conclusion

11       about how much it's worth paying; because as

12       he says in the report, he doesn't have a clue.

13  Q.   Then you've agreed with his report?

14  A.   Not his final -- I'm agreeing with the steps

15       up to his final decision.

16            MR. STERN:  Thank you very much.  No

17       further questions.

18                  FURTHER EXAMINATION

19  BY MR. DINNOCENZO:

20  Q.   So is it your testimony, Mr. Glaser, that

21       simply scarfing in new deadwood over the

22       damaged wood could potentially fix the damage

23       to the Gudelia?

24  A.   No, no.  That will certainly -- just scarfing

25       in a piece of wood will not fix the damage.

Edward Glaser
July 29, 2020                                                      119

1        That will fix what looks like some of the

2        apparent damage, but the rest of the boat, as

3        you can see in the pictures, has got a leak

4        where the seam is; and that's not going to be

5        fixed by scarfing in a piece of wood.

6    Q.  Can you clarify then?  Because I believe what

7        Mr. Stern was asking was that you are assuming

8        that there is this greater damage to the keel

9        without having any evidence of it and that

10       that possibly may not be the case.  Is that

11       your testimony?

12   A.  I'm not quite sure what you're saying.

13   Q.  Have you -- is it your testimony that you are

14       assuming or presuming that there is damage to

15       the keel bolts that would require replacement

16       of the keel, and it may be a possibility that

17       there is no such damage and that scarfing 'in

18       new wood may be sufficient?

19   A.  No.  At no point is scarfing in wood going to

20       be sufficient to fix this problem.

21   Q.  Right, but my question is:  Mr. Stern, he just

22       asked you -- you don't have measurements.  You

23       don't have evidence.  And you were just

24       assuming that there is this greater damage to

25       the keel.  Is that your testimony that this is

Edward Glaser
July 29, 2020                                                120

1      an assumptions?

2  A.  I wouldn't use the word assumption.  I'd use

3      the word direct visual evidence that there's

4      more damage, plus the vibration, plus the fact

5      that I saw that the keel is off center, and

6      plus the pictures of the weeping.  Those are

7      consistent with something having happened at

8      the top part of that seam.  It's not an

9      assumption.  There is visual photographic

10     evidence that something has happened there.

11     Exactly what has happened there, nobody will

12     know until you dig into it.

13  Q.  Is it your belief that it's possible that the

14     keel bolts are not bent in any location?

15  A.  Yes.

16  Q.  You believe that's possible?

17  A.  It is certainly possible it's not the keel

18     bolts that are the problem.  It's certainly

19     possible that the keel itself, the deadwood --

20     you know, when you drill a hole through there,

21     you make a hole the same size as the bolts so

22     that there isn't going to be a lot of leaking

23     or anything going on like that.  Once you

24     stress something like that -- wood is not

25     quite as flexible as rubber, so it has a

```
 1        certain amount of give.  Either something

 2        inside has -- something inside has changed,

 3        whether the holes have been elongated or

 4        whether the holes have been split, you can't

 5        tell from the outside.  There's only one way

 6        to find that out, and that's to go inside and

 7        fix it.

 8   Q.   Is it your testimony that either the holes

 9        were elongated or they -- or the keel bolts

10        were bent?

11   A.   Yes.

12   Q.   And are you certain that one of those two

13        things occurred?

14   A.   Yes.

15   Q.   And is it your opinion that with either one of

16        those things occurring that the entire keel

17        needs to replaced?

18   A.   It needs to be taken off, and you can't take

19        it off -- just as Mr. Stefanowicz says, you

20        can't take it off without dismantling it.

21        That, in this case, means chopping it up into

22        little pieces.

23   Q.   So is there any possible set of circumstances

24        in this particular case where just replacing

25        the damaged section of the deadwood and not
```

Edward Glaser
July 29, 2020                                                    122

1          replacing the entire keel would be a

2          sufficient repair job?

3     A.   The underlying problems of that were caused by

4          landing on a rock, or whatever it was, has

5          moved the keel off center.  That moving the

6          keel off center has meant that the -- again,

7          either the bolts or the holes or whatever is

8          moved off of the center is no longer -- can no

9          longer be aligned.  The boat's going to

10         vibrate.  The boat is no longer safe

11         structurally.  If you split part of the keel

12         or the deadwood like that, or if you bent the

13         metal bolts, they no longer have the strength

14         that they had when the boat was

15         obviously using -- an example, like when the

16         boat was new, no longer applies; because the

17         boat's not new.

18              But it has to be sound, and once the keel

19         is bent like that, if you don't address the

20         underlying problem, you can -- you can put

21         lipstick, as they say, on a pig; but it's

22         still a pig underneath there.  And what we

23         need to do is figure out whether it's really a

24         pig or if it's a horse.  And changing the

25         lipstick is not going to make the boat safer.

Edward Glaser
July 29, 2020                                        123

1        Only replacing the keel and finding out what's

2   wrong in there is going to make it safe.

3        MR. DINNOCENZO:  Thank you.

4        MR. STERN:  I have nothing further.

5        (The proceeding ended at 1:33 p.m.)

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                    STATE OF MAINE

2          I, Tammy M. Smith, a Notary Public in and

3   for the State of Maine, do hereby certify that

4   pursuant to notice there came before me on

5   July 29, 2020, the following-named person to wit:

6   EDWARD GLASER, who was duly sworn to testify to

7   the truth and nothing but the truth; that he was

8   thereupon carefully examined upon his oath and his

9   examination reduced to writing under my

10  supervision; that this deposition is a true record

11  of the testimony given by the witness.

12         I further certify that I am neither

13  attorney nor counsel for, nor related to, nor

14  employed by any of the parties to the action in

15  which this deposition is taken, and further, that

16  I am not a relative or employee of any attorney or

17  counsel employed by the parties hereto, or

18  financially interested in this action.

19             IN WITNESS WHEREOF, I have hereunto set

20  my hand this 5th day of August, 2020.

21

22

23          *Tammy M. Smith*
            Tammy M. Smith
24          Notary Public/Court Reporter

25  My Commission Expires:  January 12, 2026

1   THE ORIGINAL DEPOSITION OF EDWARD GLASER SHOULD
    INCLUDE THE FOLLOWING CORRECTIONS:

2

3   Page     Line    Change from this           To this

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
                            EDWARD GLASER

Edward Glaser
July 29, 2020                                                    1

| Exhibits |
| --- |

EX 0001 Edward Glaser
072920   3:12 66:14,23
  67:8,9,10 71:23
EX 0002 Edward Glaser
072920   3:13 88:23,24
EX 0003 Edward Glaser
072920   3:14 109:2,5
EX 0004 Edward Glaser
072920   3:15 111:25

| $ |
| --- |

$28,000   74:25 75:7
$40,000   75:12 76:22

| 0 |
| --- |

04841   6:10

| 1 |
| --- |

1   66:14,23 67:9,10
  71:23 90:23
1,000   111:17
10   79:12
100   30:21
12   36:2 124:25
12:04   65:13
12:15   65:14
16   29:13 30:1,25 31:2
  35:1
16-foot   11:2
17   67:1 72:18
1800s   9:21
1886   19:4 30:20
19   73:22
1936   35:13
1973   19:10
1974   20:4 28:17 37:4
1977   25:18
1985   29:4
1986   28:10,14 29:7,10
1990   29:14
19th   74:4
1:33   123:5

| 2 |
| --- |

2   88:23,24 92:4,24
  112:21
2,390   111:3
2,500   111:7
2,800   111:7
20   17:24 112:3
2002   29:14
2003   29:14 34:24
2015   50:13
2018   55:17,19 56:24,
  25 78:12,20 79:2,9
  88:1 104:12 112:1,3
2019   70:1 73:22,23
  74:15 78:14 79:10,22
  88:2,8,9 90:6 104:12
2020   67:1 72:18 90:4
  109:3,5 124:5,20
2026   124:25
20th   112:1
21   17:24
22   73:22
22nd   74:4
26th   90:5
27   109:5
27th   109:3
29   124:5

| 3 |
| --- |

3   109:2,5
3,500   111:7
30-foot   12:8 14:1,4
38-foot   48:3,21

| 4 |
| --- |

4   111:25

| 5 |
| --- |

548   6:9
5th   124:20

| 6 |
| --- |

6th   90:4

| 7 |
| --- |

7   89:4 90:3 92:20
  94:10
70s   19:8
73   17:22
74   17:23
75-page   18:16
750   53:1
78   25:19

| 8 |
| --- |

80   59:19 61:18 63:2
  64:1
86   29:6

| 9 |
| --- |

9   112:3
90   83:12,17 84:2,7
  93:15,19,24
90-degree   83:11
90-foot   26:16,17

| A |
| --- |

A-CLASS   11:6
absolutely   114:24
accept   72:15
access   107:7
accident   6:21,23 56:6
  115:4
accidents   32:9 40:24
accordance   72:2
accurately   83:24 93:4
accusing   90:1
acted   36:14
acting   25:8 38:8
  40:23
action   124:14,18
add   30:13
added   30:14

Edward Glaser
July 29, 2020

2

address  6:7 69:25
  122:19
adjust  24:15
administer  36:6
advice  58:11 104:2
advisable  59:18 61:16
  62:23 63:1 103:24
advise  103:25
advisor  51:17 58:25
affinity  11:7
affirmation  67:4
afloat  45:7
afraid  52:10
aft  22:25 52:20
afternoon  51:4
agree  5:1 75:15 76:11
  77:15,23 79:4 103:22
  110:16 111:11,13,17
  112:22
agreed  118:13
agreeing  118:8,14
ahead  51:9 71:25
aligned  122:9
alignment  84:1 86:10
  105:2
allegedly  45:15 59:8
alternator  46:18
amateur  70:20
American  9:3 31:7,14
amount  13:14 52:22
  62:18 110:21 121:1
anchor  7:8 19:16
  24:16 55:9 56:10,11,
  16,22
anchored  52:10
anchoring  19:21 51:24
  52:11 56:10
angle  83:18,19 84:22
  93:13,14
Ansel  10:13 12:21,25
antifreeze  54:17
anymore  92:15 111:21
apparent  119:2
applies  122:16
apprentice  10:1 12:23
apprentices  10:11
Apprenticeship  10:5
Apprenticeshop  9:10,
  21 10:2

approximately  17:21
  78:22 86:22
arbitrable  7:20
arbitration  8:6
area  44:3
arguments  97:20 101:2
arrived  78:12
ascertain  118:1,3
ashore  38:24
aspect  12:13,14
assess  74:9
assessment  75:16
assist  51:12
assume  69:1 117:21
assuming  47:19 116:10
  117:20 119:7,14,24
assumption  118:5
  120:2,9
assumptions  117:22
  120:1
attached  16:17,25
  72:18 107:9
attend  8:24
attended  8:20
attending  9:6
attention  61:11
attorney  124:13,16
atypical  95:14,19
audio  46:5
August  124:20
avoided  49:23,24
aware  38:5 45:14
  48:14 56:25 74:16
  75:24 76:5 83:24
  87:25 88:3 100:24
  109:11

---

B

back  8:9 10:15 17:10,
  18 18:2 19:17,19
  20:11 22:12 26:7
  45:20 52:20 55:14
  58:21 64:19 65:25
  67:19,23 68:5,7
  74:14 86:11,18,21
  87:8,10,22 88:5,7
  103:15 108:2
background  8:10 25:22

Baltimore  58:17 68:20
based  7:25 40:7,12,
  17,21,25 41:3 72:3
  77:13,19 104:22
basic  64:24 106:12
  111:15
basically  11:24
  13:18,23 16:14 18:7,
  25 23:25 26:16,19
  27:6 36:6,11 51:16
  60:1 64:8 70:2 74:24
  85:13 118:10
basis  51:1 76:25 77:8
Bates  8:20,22,24 9:2
  18:3,6
Bath  9:9,11,15,16
  10:6,15,19 11:8,18,
  20 12:13 17:4
Bay  64:9 65:6
beach  10:25
Beal  42:23 43:24
  44:2,15
Beals  44:5 45:18
beam  80:18
begin  15:13 75:9
beginning  69:24,25
begins  15:15 105:6
Belfast  44:13
belief  120:13
belive  106:10
benches  17:17
bending  13:21 14:6,10
beneath  16:7
bent  14:23 116:5,9,11
  117:11,21 120:14
  121:10 122:12,19
big  22:13 23:11 28:5
  61:25 62:6,7 71:23
  105:22
bigger  9:24 11:1
bilge  52:16 53:20
  62:10,13,21 85:11
  86:24 87:2,12,13
  95:25 96:2,4,7,8
  99:23 100:5,12,13,
  14,16,17
bilgy  100:19
biography  67:3
bit  9:24 35:17 37:2
  49:3 65:8

Edward Glaser
July 29, 2020

3

**black**  94:20
**blank**  47:1
**blocked**  81:2,3 83:11
  84:1 93:6,15,19,24
  114:23
**blocking**  81:5,15,16
  82:4
**blocks**  78:8,9 79:10
  81:3,8,10,20 83:16
  85:9
**board**  19:18 33:2,20
  34:6 39:10
**boards**  25:15
**boat**  7:8 10:13 11:10,
  11 13:1,11,18,22,24
  14:1,4,8,9,11,17
  15:6,9,11,14,16
  16:2,6,7,17,24
  19:15,24,25 20:8,9,
  15,16 21:14 22:3
  23:9,19,22 24:25
  25:8,15 26:16,18,23
  27:2,3,6,18 28:5,6,
  19,20,22 29:8,24,25
  30:14,16,19,21 32:13
  33:23 34:21 35:17
  36:3,12,19,21,25
  38:13,15,23,25 39:3,
  8,16,25 40:6 41:8,20
  42:13,15,17,19,22
  43:5,14,20,22 44:24
  45:4,14,18 46:3,15
  47:11,15,16,17,20,
  21,24 48:14,15
  49:12,19,22 50:7
  51:2,3,11,12,16
  52:10,11,12 53:4
  54:5,8,11,12,16,25
  55:9,11,25 56:14,20
  57:1,5 58:2,4,5,15,
  24 59:1,6,12,23
  60:1,4,8,22,25 61:4,
  8,16,23 62:1 63:2
  64:24 68:20,23 71:2
  73:20 74:6,8 75:1
  76:6,9,14,16,17,20
  77:2,3,4,10,11,16,
  17,24 78:2,14,18,19
  79:10,11,20,25 80:3,
  4,25 81:6,17,18,24
  82:5,6,9 83:10,14,16
  84:1,4 85:8,10,12
  86:11,12 87:14,18,

  21,22 93:6,14,17,24
  94:23 95:14,16,17,
  19,21 96:3,5,21
  97:1,8,21 98:17,22
  99:15,19 104:4,11,
  14,23 105:19 106:3,
  16 108:6,7,12 110:6,
  22,25 112:2,4,16
  113:11,15,16,18
  114:10,23 115:3
  116:1,23,24 117:4,6,
  13 118:4 119:2
  122:10,14,16,25
**boat's**  87:15 113:14
  122:9,17
**boat-building**  9:10
  12:10 25:12
**boating**  10:18 47:13
**boats**  6:23 11:1,7,16
  12:3,9,19 13:7 15:17
  27:9,11,21 31:6,14,
  15 32:14,16,17 34:19
  35:11 36:16 37:6,10,
  15 38:21 40:24,25
  41:4,16 42:3,8 43:21
  47:13 48:8,11,16
  50:5 56:16,17 81:5
  97:18 98:15 108:9
  113:1
**boatyard**  26:5 112:22,
  23 113:12
**bob**  84:6 107:12 118:8
**bolts**  97:4 98:22,23
  105:11 107:3 116:5,
  10 117:11 119:15
  120:14,18,21 121:9
  122:7,13
**books**  13:6
**bottom**  15:13,22,23
  41:21 88:3,4,6,10
  91:14,16 103:3,17
  105:21 106:14 114:13
  115:11,14 117:2,3
**bought**  28:22
**bow**  56:22
**bowel**  55:8
**boxes**  17:17
**boy**  8:17
**branch**  9:22
**brand-new**  26:14
**break**  38:24 53:24
  65:12,13

**bridge**  44:7
**bring**  20:8 51:11
  83:21
**bringing**  51:12
**brings**  79:1
**broken**  85:2
**bronze**  98:4 99:7,8,9
**Brooklyn**  35:14
**brought**  33:16 55:25
**Bucks**  32:23
**build**  12:19 26:22
  49:12,13 76:19 77:24
**builder**  13:1 43:5,22
  75:25 76:11 77:2,4
**builder/restorer**  25:8
**builders**  13:11 97:21
**building**  9:20 10:9,14
  11:9,15 12:2,8 14:3
  15:5 16:2 17:14
  20:11,19 26:14,15,17
  28:12 32:6,7 36:14,
  15 39:25 40:6 50:7
  98:17
**built**  13:7,18,23 14:1
  17:15,16 19:4 26:20
  27:1,5 28:16 29:24
  30:20 31:6 35:13
  43:4,14 45:18 47:21
  48:4 76:16 97:18
  105:20 108:9 116:1
  117:14
**bulb**  36:24
**bulkhead**  53:9,14
**bulkheads**  23:20 34:9
  53:5,6
**bunch**  37:11
**bunks**  23:21
**business**  6:11 26:8
  29:16 35:5 112:24
**buy**  10:23 28:18,20
  48:21
**buying**  20:6

_____

C

**cabin**  30:11,12 45:20
  112:15
**cabins**  32:7
**call**  14:21 41:19
  58:10

called   6:19 9:19,23
   12:6 15:24 16:9 24:3
   26:14 28:5 35:11
   38:4 42:9 60:22
   65:17 76:7 96:4
calls   91:25
camera   82:20
cancer   89:15
Cape   20:8
capsized   33:24
captain   20:5 21:14,15
   24:13,14 42:9 51:15
car   38:3
care   19:14
career   37:13
carefully   98:7 124:8
cargo   60:23 65:19
   68:24
carpenter   12:21,22
   20:15,17 24:25 25:1,
   17 26:2,19 36:12,15
   43:20
carpenters   20:23
   21:19 37:11 42:12
carpentry   21:1,12
   27:13 45:8,22 106:16
carried   35:7
carrying   30:15
cars   40:11
carved   23:11
case   7:19 14:21 16:18
   25:2 72:4,20 73:16
   97:9,10,11 100:9
   109:14 119:10
   121:21,24
catch   100:9,13,15,18,
   19,21
caulked   96:20
caulking   15:3 95:9
   96:17
caused   34:21 109:17
   110:1,7,12 112:16
   114:7,14,18,20 115:3
   122:3
cement   80:3
center   15:11 106:3
   120:5 122:5,6,8
centerboard   29:20
Centre   8:16
certified   40:10

certify   124:3,12
chainsaw   36:25
change   30:12
changed   121:2
changing   36:24 122:24
character   6:20 7:10
characterization   77:6
charge   21:12,17,23
   24:14
charges   33:16,21
charging   71:5,6,7,9
Charles   12:7
cheaper   97:24
check   68:6
checked   67:19,23
checking   89:15
child   25:24
chopping   121:21
circumstances   116:17
   121:23
city   35:24 36:5
   51:11,13 55:10,25
   59:21 62:22
claim   66:4
clamp   14:17
clarification   22:20
   92:16 114:3
clarify   119:6
clarifying   90:1
class   40:2,9
classes   40:5
clean   100:23
cleaning   19:24
clear   5:17 57:23
   88:13 89:9,16 93:21
clench   14:22
clocks   17:16
close   32:14,17 34:19
   45:6 56:20 106:8
   113:21
closed   97:12
closely   107:3
closer   28:9
clue   118:12
Clyde   10:25
coast   19:21 26:1
   33:18 44:8
coats   88:4
cockpit   112:15

Cod   20:8
college   8:19,20 11:14
   17:11
collision   42:3
collision-type   34:22
color   99:7,8
combination   36:6
Comet   11:2
comment   61:15 107:15
comments   84:11
Commission   124:25
common   6:3 23:25
companionways   28:12
   32:6
company   33:14 38:16,
   19 39:2,12 68:19
   69:13 74:18 75:16
compartment   53:22,23
compensated   34:13
competence   47:23
competent   72:22 76:12
   77:1,2,4 112:23
complete   9:5 42:25
completed   45:11,15
completion   44:24
conclusion   118:10
condition   45:3 64:2
conduct   85:7
Connecticut   55:10
consecutively   92:2
considered   41:24
   61:16 62:23 65:8
consistent   63:14
   85:19 87:17 102:13
   114:8 120:7
consultation   75:25
contact   34:20 58:8
   81:13
contemporaneous   67:17
content   72:2
continually   62:14
continue   35:4
continued   29:5
continuum   42:1
contribute   115:21
conversation   39:7
conversations   38:12
   39:9 47:18 61:3,7
   77:14

converted  19:6
cool  14:18
corner  44:10
correct  7:2,3 16:22
 18:4 23:7 25:5 26:5
 30:3,6,18 31:10
 36:17,20 37:17,23
 38:5 41:4,10 43:25
 45:12 52:7 55:1
 60:20,23 63:22,23
 65:19 67:18 69:2
 70:18 73:6,23 78:4,
 20,24 79:2,4 81:12
 82:3 84:2,11,16 85:2
 86:4,6 88:12,15,18
 90:8 91:17,21 93:7,
 16 94:1,2,23 95:2,15
 96:12,17 98:5,19
 100:20 101:15 104:24
 105:13,14 106:17
 110:18,22 111:1,4,8
 112:8,17,25 113:3
 117:23
correctly  72:14 96:20
 114:23
correspondence  113:25
cost  76:8,13
costs  34:16
counsel  68:10 71:16
 82:17,18 109:3,13
 117:19 124:13,17
counsel's  110:10
counting  52:18
County  6:9
couple  29:24 32:12
 36:10 42:11 54:9,11,
 13 55:23
court  7:15 33:12
 109:4 110:10
court-type  7:5
cover  34:15
cradle  112:22 113:11,
 15
cradles  112:23 113:1,
 13,16
crawled  85:11
create  50:19
crew  18:9 19:1 20:7
 28:3,7
crop  107:5

cross-talk  64:14,21
crushed  85:5
custom  97:8 112:21
custom-made  113:1
cut  26:21 51:9
cutting  13:20 14:6
 36:25 64:15

---

### D

daily  51:1
damage  34:22 57:12,14
 58:20 59:25 60:1,3
 61:15,21,23 62:16
 63:13,15 66:4 69:7,
 10 74:9 76:8 77:12
 85:12,19,20,25 86:1
 87:4,5,7 90:18,23
 94:6 96:22,25 100:25
 101:3,20 102:18
 106:6,9,10,22,23
 107:4 109:15,25
 110:5,12 112:14,18
 114:7,12,19 115:2
 116:23,24 117:23
 118:3,22,25 119:2,8,
 14,17,24 120:4
damaged  27:19 37:16
 38:16,21 40:24 42:3
 88:13,14 102:24
 103:11 116:19 118:22
 121:25
damages  34:21 37:22
 39:16 75:9 86:5
dated  66:25
dates  26:9 69:18
David  46:24
David's  46:24
day  24:10,11,18,19
 25:5,10 57:23 124:20
Day's  25:2
days  51:6 59:8 78:23
deadwood  16:9,10,11,
 12,14,21 22:12 85:2,
 5 88:15 91:17 102:19
 103:7 105:16,18,21
 106:10 107:1 109:15
 116:4,18,19,21
 118:21 120:19 121:25
 122:12
deal  61:25 62:6,7

dealing  30:19,20
debate  18:13
December  78:13 79:2,9
 104:12 112:1,3
decided  17:10 18:10
decision  118:15
deck  56:23
deckhand  18:25 19:11
 20:2 24:18
deckhand/mate  24:12
decking  32:6
decks  19:23
degree  9:5 83:19 84:7
degrees  83:12,17 84:2
 93:15,20,25
delivering  42:8
delivery  54:3
delivery-type  51:15
demonstrate  47:22
 101:13 105:1
depends  41:14
depicted  106:6
deposed  5:5,11 6:15,
 17 7:22
deposition  5:10,19
 7:9 72:5,19,23 73:5,
 7,9,12 89:3 90:4
 113:7,22 124:10,15
depositions  7:1 73:3
describe  16:3 94:7
designed  53:8,20 96:8
 97:23
detail  69:23
details  45:5
determination  98:3
determine  76:13 81:22
 83:10,25 86:9 87:12
 93:4 96:24 98:7,25
develop  22:2
diesel  48:10,22,24
 49:1,6,7,10,15
diesels  49:2
difference  23:14 99:3
 111:18
difficulties  23:2
difficulty  5:24 91:11
dig  120:12
dimensions  84:3
dinghy  10:23

Dinnocenzo   39:17,20
  41:11 50:9 63:10
  66:20 67:7 70:8
  71:18 72:25 76:2
  77:18 85:23 86:7
  92:13 101:23 102:16
  103:13 107:16
  108:14,24 109:7
  113:4,9 114:2,5
  117:15 118:19 123:3
direct   120:3
direction   49:11
directly   112:18
disagree   77:8
disappeared   72:11
disclosure   66:16,25
  67:10 71:23
discussed   41:6 60:7
discussing   30:2 90:18
discussion   23:3 70:14
dismantling   121:20
displaced   92:17
displacement   80:12,15
  82:8 84:15 91:16,20
  93:5
disposal   52:13
dispute   74:16,21
  109:14 114:17
dock   43:1
docking   51:5,24 54:11
document   66:17,18
  67:3 68:11 71:22
  72:18 112:8,10
documentation   70:6
  71:1 98:17 109:1
documents   70:3,17,24
  72:6 113:23
Dodge   43:8,10,24
  45:18 76:1,7,8,11,15
  77:8,16,22,23
Dodge's   42:23
doors   32:7
double   15:17
doubt   72:13
Doug   19:8 21:16 26:11
  28:15 42:23 43:8,24
  45:18 76:7,11 77:16
Douglas   43:8,9 76:1
dovetailed   17:17
downeast   44:8

drain   100:17
drains   100:16
draw   41:14
dream   47:20
drill   120:20
drive   59:19
driven   59:13
driving   115:3
drop   46:5
drove   59:1,7
due   56:6
duly   5:4 124:6
Dutch   90:14
duties   19:11

---

## E

Eagle   31:7,15
earlier   6:14 102:22
early   19:7 79:1
earth   44:4
easier   23:23
East   64:10 65:6
easy   5:18 91:12
  116:22
echoing   92:11
edge   95:6
educational   8:10
EDWARD   5:4 124:6
effect   15:17
efficiency   49:2
efficient   49:3
Eggemoggin   32:22
  44:13
egress   53:15 87:19
eight-foot   10:23
electrical   34:7
electrician   42:12
  46:21
electricity   53:13
electrolysis   97:25
electronics   45:8,21
  46:4,21 49:8
elongated   116:6
  121:3,9
else's   73:3
emailed   66:21
emails   65:25 67:15,16
  68:8,13 69:18 113:25

Emery   43:16,19,20
Emery's   43:3 44:23
employed   31:20,22
  36:2 124:14,17
employee   39:12 73:10
  124:16
employers   37:12
employment   28:23
enamored   18:15
end   5:22,23 44:4
  45:10 65:9
ended   15:17 123:5
ends   25:12
enforcement   36:7
engine   23:22 48:4,22,
  23,24 49:1,10,15
  52:20 87:9 100:10
  107:6
engines   27:15 48:9,10
  49:6,7,9
entail   22:19 27:12
  30:5
entails   106:16
entering   62:18
entire   15:21,23 22:16
  64:13,16,19 115:22
  121:16 122:1
entirety   22:8
entitled   71:22
environment   97:24
erase   68:8
essentially   30:2
  45:11 69:24
estimate   69:8,12
  75:19,25 112:1,3
estimator   37:22 38:4,
  9 40:18 75:20 77:15,
  17
Evans   18:20 19:3,4,12
  20:2 21:17 26:12
  28:17,22 29:3,7
  31:4,13 32:9 34:25
evenings   42:17
eventually   10:25
  55:12
everybody's   13:5
  32:20
evidence   72:4 73:15,
  16 101:5,7,13 102:1,
  23 117:22,24 119:9,
  23 120:3,10

evolved   16:13
exact   7:9 79:7 84:3,
  7,17,18 93:8 101:16
  111:15
examination   5:7 72:6
  85:8 98:22 114:4
  117:17 118:18 124:9
examined   124:8
exception   113:22
exchanged   67:16
excuse   39:19 51:8
exhibit   66:14,23
  67:8,10 71:23 88:23,
  24 89:2,4 90:3
  109:2,5,8 111:25
  112:3
exhibits   88:24
  111:21,22
expect   87:19
expected   72:1 105:10
experience   10:17,18,
  21,22 11:9,15 37:19,
  21 38:8 40:8,12,13,
  18,22 41:6,7 47:8,10
  76:6 87:18 108:12
experienced   48:1,2
  52:6,9
expert   7:16,23 8:3,6
  39:15 66:16,25 67:10
  71:16,22 101:4
  102:6,7,12 108:20
  110:4
expert-type   7:19
Expires   124:25
extensive   66:3
extent   39:16 46:2
  75:8 93:5 96:25
extra   27:16

F

fabric   41:16
fabricated   112:21
facility   36:4 37:14
  40:19,23 42:23 50:7
fact   5:15 8:2,4 46:4
  59:23 84:23 101:19
  116:24 117:6 120:4
fair   49:16 50:22
  63:19 69:20 75:23
  79:8 81:1

fairly   14:11 23:10
  83:14 99:5 100:22
  105:20
fall   20:4,11 29:2
  51:10 55:19
familiar   51:25 100:24
familiarity   108:8,11
family   11:4 26:25
fast   49:12 64:23
fasten   14:18,20 49:22
fasteners   107:2,8
fastening   14:9 30:17
fastenings   116:2
February   67:1 72:18
  90:4
federal   7:15,20
felt   108:6
ferry   25:13
few-inch   85:1
fiberglass   38:25
  112:12
fibers   14:15
figure   122:23
figuring   72:10
file   71:2
filed   33:7,22
fill   47:4
filled   34:2
final   118:14,15
financially   124:18
find   76:7 116:13
  121:6
finding   123:1
fine   47:5 60:2,5
finish   17:11 28:9,11
  29:1 42:13 45:8
  46:21
finished   42:18 45:21
finishing   13:22 18:11
  45:5,16
fit   13:20 15:4,6 97:8
  113:11,15
fits   95:7
fix   75:12 76:8 77:9,
  16 88:10 117:3
  118:22,25 119:1,20
  121:7
fixed   69:8 117:1
  119:5

fixing   36:23 117:1
flat   22:14 115:15
flexible   120:25
flip   34:1
flipped   33:25
follow   68:10
follow-up   114:3
follow-ups   117:16
following-named   124:5
forever   49:14
forgot   68:4 70:12
formal   13:9
formally   71:15 89:2
formed   10:10
forward   15:11 87:3,4,
  5 90:18
Foss   21:14
found   18:14 85:22
  86:1,4 106:23
frame   14:17,19,20
  41:23 107:2
frames   13:21 14:6,9
  21:5 22:18 23:9,10
  26:21 35:18
framing   25:3 32:5
free   38:24
freelancer   36:12
freighter   115:5
French   20:13,15,20,21
  23:19 24:5,7
friend   6:20 7:6 58:24
  60:9,19 71:11
friends   11:4
Friendship   11:5
fuel   49:2
full   9:2 26:1,4 53:14
fun   18:10
furniture   17:8,13,14
  18:4

G

galley   52:19
gallons   52:23 53:2
galvanized   14:22
gas   48:22 99:19
  100:25
gasoline   48:4,9 49:9
  99:22 100:5

Gate   64:11
general   27:22,23
  36:19 40:10,11
gentleman   17:7
gentlemen   21:19
George   43:3,16,19,20
  44:23
give   6:15 68:7 84:7
  111:4 121:1
giving   39:15 110:24
Glaser   5:4,9 72:1
  89:5 114:6 118:20
  124:6
glitches   46:14,15
Gloucester   17:8
good   5:9 11:12 22:11
  65:3 83:15 94:9
  117:4
goodness   16:12
GPS   46:7
graduate   8:22
graduated   8:11 40:2,3
grasp   46:6
great   32:18 41:15
greater   86:1 119:8,24
ground   22:15 81:13
  83:13
grounding   42:4
Guard   33:18
Gudelia   23:10 47:12
  51:18 52:17 56:18,19
  76:12 77:4 80:13,21
  82:14 88:1 97:5
  105:9 114:7,20
  118:23
Gudelia's   100:9
guess   6:4 41:14 44:1
Gulf   35:14
gut   24:1
guy   38:4
guys   21:24 22:1

H

half   8:25 9:6 22:12
  24:20 25:4,7 26:2,3
  48:9,10 83:23 94:10,
  12,14
hand   27:16 56:11
  75:21 124:20

handful   48:18
handle   51:18
handled   52:24
hands-on   13:12
happen   33:19 39:4
  100:7
happened   6:23 7:24
  28:14 32:11 57:19,24
  62:3 120:7,10,11
happy   82:15,22
harbor   6:22,24 7:23,
  24 11:5 25:25 32:23
  35:23,25 36:8 38:14,
  23 42:7 54:13 57:16
  62:5 86:20,21
hardest   72:9
harvest   17:15
hatches   28:12 32:7
haul   80:21
hauled   20:10 27:9
  31:8,15,25 43:2
  59:24 61:17 68:23
  78:17 79:16,21
  80:23,24,25 81:24
  83:14 87:15,18
hauling   83:15
head   12:21 28:7 43:3
heads   19:24
hear   41:7 57:4
heard   43:15 44:1 76:3
hearing   7:5 79:16
hearsay   77:20
heart   40:7 44:11
heavily   116:1
held   23:3 70:14
Hell's   64:10
helped   54:15
helping   14:7 27:7,16
  116:6
hereto   124:17
hereunto   124:19
Heritage   26:15 29:3,5
hidden   82:20
high   8:11,13,15,16,19
high-grade   98:14
hired   37:9 42:11,16
  45:1 46:20 51:15
historian   13:1
historic   9:19

history   9:3
hit   32:16,23 57:18
  59:12 60:12 61:24
  62:4,11 91:4 96:21
  108:7
hits   15:2 92:22
hitting   62:14 114:8
hoist   24:15
hoisted   19:15
hold   70:11 77:18 84:6
  116:3,6
holder   107:10
hole   53:11,12 120:20,
  21
holes   116:7,11 117:10
  121:3,4,8 122:7
honest   43:13
horizontal   15:20
horse   122:24
hot   14:16 30:13
hour   52:23 53:25
hourly   71:4
hours   41:1 44:17 53:2
  111:4,7,17
house   6:13 16:19
  24:25 25:17 26:2
Hudson   64:5
Hughes   73:18
hull   15:22 53:16,18
  62:18 94:23,25 95:23
  96:25 101:14
hundreds   48:19
hypothetical   101:18

I

idea   109:18
identification   67:11
  88:25 109:6 112:5
imagine   114:12,17
implicitly   89:9
importance   108:20
important   70:25
  117:20
improve   29:18
in-house   75:19
inch   83:22
inches   83:22,23
incident   7:7,24 27:18
  34:5 56:25 57:4,9,22

Edward Glaser
July 29, 2020

9

58:9,23 59:3,5,9
61:4,9,17 62:2,22
63:25 65:18 67:17
68:12 71:2
**incidents** 32:9 38:23
**included** 12:13 19:23
21:21
**includes** 67:1
**including** 21:20 30:17
31:7 68:13 72:4
113:24
**indication** 71:4
109:12
**indiscernible** 22:20
44:21 46:5 64:14,21
70:9 104:23 107:9
**individual** 31:25
**industry** 13:6 39:24
**infrequently** 6:19
**injuries** 33:5
**inland** 64:6,8
**inquiry** 33:21
**inside** 14:23 22:17
28:4 35:16 96:3 97:3
121:2,6
**insight** 40:14,17,21
**inspected** 73:23 75:1
107:3
**instruct** 108:21,22
**instructing** 49:18
**instruction** 5:21
13:14 21:25
**instructions** 110:15
**insurance** 33:14
34:13,15,16 38:16,19
39:1,12 57:13 68:19
69:13 74:16,17 75:16
103:14,20
**integrity** 117:13
**intended** 104:4
**intentional** 6:6
**interest** 32:18
**interested** 26:13
124:18
**interestingly** 35:10
**interior** 23:20 27:14
**internal** 96:24
**interrupting** 107:16
113:4
**introduced** 42:10

**invented** 22:6
**inverter** 46:19
**investigate** 75:8
**investigation** 33:18
**involve** 21:2
**involved** 7:1 12:2,10,
18 13:5 14:9 20:19
27:18 35:5 42:2
**involvement** 11:15
54:5
**involving** 57:1
**Isaac** 18:20 19:3,4,12
20:2 21:16 28:16,22
31:13 32:9 34:25
**island** 8:17 42:24
43:25 44:2,5,6
45:15,16,18,19 57:17
59:2,21 63:3,6 64:11
65:7,10
**islands** 25:14 35:8
**issue** 109:24
**issued** 68:1
**issuing** 70:7

---

**J**

**jack** 81:10
**jacks** 81:8
**January** 78:13 104:12
124:25
**Jersey** 19:5 54:8,10
58:3 59:2,20 62:22
64:4
**Jesse** 73:19
**job** 11:12 17:6 18:9
20:3 24:24 35:22
38:5 41:2 83:15
108:22,23 122:2
**jobs** 19:13 24:22
25:13,16 31:24 32:2
42:1,8 49:21
**John** 21:14
**joint** 95:9,11 96:15
**joints** 105:11
**Joseph** 54:24 112:1
**Journey's** 45:10
**judge** 77:2
**July** 109:3,5 124:5

---

**K**

**keel** 13:19 15:2,8,9,
10,13,15,23,24,25
16:2,15,16,25 21:6
22:7,8,14,17 26:21
37:1 57:12 81:5,6,
12,19 82:3,4,6
83:12,14,16,20,25
84:2 88:11,14,17
92:7,22 93:14 95:1,
3,7 97:4,13 98:13,
21,23,24 101:13,15
102:19,24 103:11
105:11,12,15 106:1,
2,23,25 107:2,3,8
109:16,25 110:6
114:13 115:9,13,22
116:3,4,8,9,15
119:8,15,16,25
120:5,14,17,19
121:9,16 122:1,5,6,
11,18 123:1
**keelson** 16:5 22:16,
22,23,25 23:5,15
29:21 101:14
**keeping** 113:22
**kilter** 102:8 116:25
**kind** 10:22 13:12,16
30:22 53:10 63:8,15
95:12 96:18 98:14
99:8 114:12 115:16
117:12
**kinds** 40:5 97:18 99:9
101:2
**knew** 59:5 60:14
**knocked** 115:10 116:25
**knowledge** 40:22

---

**L**

**labeled** 92:3
**lack** 96:12,16
**laid** 26:20
**Lance** 9:9
**landing** 54:25 55:6
56:2,4 59:20 64:4,25
122:4
**large** 9:20 12:6 80:20
**larger** 36:16 41:3

launched  29:4
launching  80:3 105:9
lawsuit  33:12
lawsuits  33:1,7,10
laying  13:19
leak  115:18 117:7
 119:3
leakage  88:21,22 91:6
 96:18 106:2
leaked  105:9
leaking  15:4 96:6
 99:18 102:23 120:22
leaks  102:21
learn  42:14,18 52:3,4
 57:7
learner  47:25
leave  47:1 87:21,22
Lee  9:9 19:8 21:16
 26:11 28:15
letter  75:10 109:3,5
 110:10
level  41:18 47:22
 53:21 69:9 83:15
 84:5
Lewis  20:13,15,20,21
 23:18 24:4,7
Lewiston  8:21
Liberty  54:25 55:5
 56:2,4 59:20 64:4,25
license  18:24
licenses  18:22
life  50:4 103:17
lift  78:7 80:6,10,16,
 18,20
lifted  107:7
light  36:24
limber  53:11,12
limited  49:18 72:5
Linda  19:8 26:11
 28:15
lines  94:22
lipstick  122:21,25
list  70:2,6,16
literally  44:6 81:3
litigation  8:6 74:12
 108:4
littlest  65:8
lives  54:22
living  50:1,2,5

loaded  60:22 115:4
lobster  27:3 48:8,11,
 14,15,16 56:16,17
local  43:20
localized  102:19
located  6:8,9
location  56:3 120:14
log  104:18 105:2
long  8:17 11:20 18:6,
 7 20:1 24:4,17 32:14
 35:25 45:15,16,19
 57:17 64:11 65:7,9
 77:6 78:10 79:13,15
 109:21 110:24
longer  54:22 117:12
 122:8,9,10,13,16
looked  38:17 52:25
 65:25 68:20 79:7
 85:12,13 98:12 99:5
 101:9
loosen  14:14
lot  18:10 29:22 31:19
 46:10 47:12 48:8
 49:6 63:13 105:23
 120:22
love  90:14
Lowell  73:19 110:20
 111:6,11
Lowell's  110:18
 111:13
lower  94:17

---

### M

made  50:2 97:8,13
 98:3,9,10 102:6
 109:14 118:2
magnet  99:12
magnetic  99:12
main  16:25
Maine  6:10 8:21 9:9,
 23 10:25 13:1 17:9
 19:20 20:8 25:25
 32:23 42:24 44:8,11
 45:12,20 48:17,18
 124:1,3
maintenance  19:25
 27:22,23 29:8 30:2,
 10,17,22 36:19,22,23
 37:3 41:8,19,20,25

make  7:10 46:22 50:5
 54:1 56:20 58:8 68:9
 69:20 76:24 84:4
 91:12 102:9,11
 112:24 117:4 120:21
 122:25 123:2
makes  46:3 113:11
making  46:6 49:25
 81:12 89:21 112:11
man  9:8 43:16
Manhattan  54:23
manufactured  97:14
marina  31:20 45:10
 54:8,12,25 55:5,13
 59:20 79:24 86:13,
 19,21 87:22
marinas  36:3
marine  9:11,15,16
 10:6,16,19 11:8,18
 17:4 25:22 37:6,8,
 14,18,21 39:11 57:8
 66:5 68:16 89:24
 90:6 103:17
mariner  52:6
mariners  52:9
maritime  9:23 11:20
 18:22 26:8 35:5
mark  66:12,13 67:8
 88:23 90:3 109:2
 111:24,25
marked  66:22 67:10
 88:24 89:3,25 109:5,
 8 111:24 112:5
marks  103:4
married  25:24
Mary  24:10,11,18,19
 25:1,5,9
massive  23:10
master  6:22 7:23
 35:23,25 36:9 38:14
 42:7
mate  18:19,21 19:11
 20:2 24:13,17 35:2
material  97:15,22
 98:5
materials  97:19
matter  7:20,21 39:24
 106:15 115:10
Mcloon  35:7,12
meaning  5:24

Edward Glaser
July 29, 2020

11

means   22:2 86:4 94:7
  115:9 121:21
meant   122:6
measure   93:18
measurement   84:17,19
measurements   39:10
  84:10,12,16,18 93:2
  101:12,16 102:2
  117:24 119:22
measuring   84:21 86:14
mechanical   40:7 107:2
mechanicals   95:24
mechanisms   22:2
meet   42:6
meets   115:13
member   15:10 18:9
  19:1 95:1 106:2
memory   32:20
men   21:21
mentioned   14:24 34:18
  43:16 61:14 68:15
  74:13
met   42:22 43:2,11
  44:25 50:13
metal   35:9,16 100:22
  122:13
metallic   99:6
methods   22:3
mid   19:7
Midcoast   44:11
middle   23:19 58:3
  79:2 96:3
Mike   70:8
mile   86:23,24
miles   59:19 61:18
  63:2 64:1
minute   102:12
moment   116:16
Monel   99:9
money   34:17 71:11
  75:6
Monhegan   25:13
months   10:12 11:22,23
  12:2,5,12,16 13:9,
  17,25 17:2,3,9,19
  18:3 29:16,17 79:12,
  17 81:25 82:3 87:15,
  19
mooring   51:23

Morgan   12:7
morning   5:9
Moser   17:7,12
mother   54:22
motored   86:12
motorized   27:2
Motors   40:10,11
mountains   32:25
mouth   86:20
move   103:19 107:14
  113:19 115:11,14
moved   25:25 86:18
  122:5,8
movement   95:13
moving   115:16 122:5
museum   9:11,15,16,17,
  22,23 10:6,16,19
  11:8,19,21
Mystic   9:13 10:12
  12:5,14,17 13:2 17:4
  55:10,21,24 64:25

---

### N

nail   14:22
nails   14:22
named   35:14
names   84:25
nature   53:7
nautical   59:19 61:18
navigate   63:2,5 64:1,
  6
navigated   86:17
navigating   61:18
necessarily   14:12
  46:6 49:6
needed   22:5 27:15
  34:9 46:14,16 49:21
  52:3 74:9 92:15
  110:21
needing   96:17
neighborhood   75:12
new-built   48:3
Newport   57:6 58:16
  59:2,6,8,12,21 60:5,
  11,14,15,19 61:8,19
  63:3,6 64:5 65:10
  68:3 78:23
nice   15:4 49:13

Nicholas   73:10 75:20
Nick   76:5
night   19:19,21 55:12
noisier   49:4
normal   19:13,22 41:24
  100:8
Northeast   11:5
northern   57:17
Notary   5:5 124:2,24
notch   15:5
notched   15:2
note   105:6
noted   86:1 109:9
notice   72:14 99:18,
  21,22 112:11 124:4
noticed   105:9
November   78:20 88:1
  90:5
number   11:3 13:6 21:8
  29:20 38:14,22 42:7,
  16 51:22 79:18 90:23
  92:2,4,20,24 94:10
  103:1 112:21
numbered   90:22 92:1
numbers   29:12 111:16
nuts   98:23

---

### O

oath   124:8
object   62:8,11,15
  77:19 108:8 109:7,17
  110:2,8 112:16
  114:9,10,11,15
objecting   39:20
Objection   39:17 41:11
  50:9 63:10 71:18
  72:25 76:2 85:23
  86:7 92:13 101:23
  102:16 103:13
  108:14,24 109:9
observation   58:14
  102:5,6,9,11
observations   102:13,
  14,18
observe   80:9 99:18
observer   37:24
observers   118:2
occurred   57:14,22
  63:25 121:13

occurring  121:16
ocean  64:6 65:1,8
October  70:1 73:22
  74:4,15 78:13 79:9,
  22 88:2,9
odd  31:24
oddly  48:7
odds  25:12
offered  17:6 18:8
  71:11
officer  36:7
official  37:25 38:18
officially  38:10
offshore  35:8
oftentimes  14:13 38:6
oil  35:6,13,15 99:22
  100:10,15,17,19,21
one-  67:2
one-day  51:5
one-mile  104:23
open  113:22
opened  75:1
operate  42:15 49:19
  86:25 87:2,14
operating  42:8 47:8
  60:2,4 62:11,14,21
  63:21,25
operation  87:14
opined  111:3
opines  110:20 111:6
opinion  39:15 52:3
  99:22 110:5,21
  111:13,14 114:6,19
  115:21 121:15
opposed  48:16 103:11
order  83:24 91:9 93:3
orderly  5:18
original  21:4
originally  19:5
out-of-alignmentness
  86:15
out-of-pocket  34:14
outcome  33:10
outline  111:15
overboard  100:6
Owls  43:3
owned  29:19 43:22
  47:15,20
owner  21:14 38:7

owner/operator  31:23
owns  52:12
oyster  19:5

---

**P**

p.m.  65:13,14 123:5
pad  80:3
paid  54:19,20,22
  103:14
paint  41:21 81:17
  88:4 103:15,16
painted  103:4,7,23
  113:14
painting  19:24
pan  100:9,13,18,19,
  21,22
paper  18:16
paragraph  104:17
  105:5,8 106:14
paraphrasing  73:25
parents  10:22
parlance  23:23
part  9:11 10:7 14:8
  16:4,5,7,14,15,25
  29:21 31:21 39:7
  41:17 53:18 57:17
  72:9 75:13 76:18
  79:1,2 87:6,8 90:17
  91:16 92:7 101:10,15
  105:8,12 112:13
  113:2,18,20 116:4
  120:8 122:11
parties  37:7 124:14,
  17
partner  21:15
parts  15:24 16:3
  22:12 27:20
party  7:2 8:5
passage  65:1
passenger-carrying
  19:1,7
passengers  19:14,18
  30:15 33:2,5,7,20
passing  61:15
Paul  112:2,4
pay  74:24
paying  61:11 118:11
payment  75:13

pending  107:19 113:23
people  11:3 12:18
  20:19,24 36:17 37:9
  38:13,15 47:14 49:25
  50:6 52:8,14 55:23
  57:13
people's  27:9,11
Percy  9:19
perfect  93:24
perfectly  51:20,25
period  78:15 79:14
perpendicular  83:12
person  76:12 124:5
person's  46:23
personal  40:22
personally  33:17
  48:24 64:1
Pete  12:22
phone  58:10
photo  92:6 96:11
photograph  66:1,7
  67:22 85:1 91:15,25
  101:8
photographic  120:9
photographs  39:10
  58:18 59:16,18 65:22
  66:1,3,6 68:13,23
  69:2,5 77:13 82:13,
  16,21,25 83:2,3,5
  84:20,23 85:11,15
  88:20 90:10,20 91:1,
  8,14,23 101:12,22
  105:1,3 106:6 115:8
  117:24
photos  107:10
phrase  7:7
physical  34:20
physics  9:4
Pic  92:24
picked  115:1
picking  51:23
picture  92:18,20
  93:24 94:10
pictures  85:4 103:1
  105:19 114:22 119:3
  120:6
piece  14:14 22:14,17
  105:22 115:15 116:18
  118:25 119:5
pieces  17:14 21:6
  22:7 23:11,13 37:1

121:22
piercing  53:12
pig  122:21,22,24
pilothouse  35:20
  112:12,13,15,19
piping  53:12
pit  97:25
place  6:11 14:15,17
  94:9 115:12
places  45:23 51:24
  91:3 96:21
plaintiff  5:1
plaintiff's  108:23
plank  14:7,16 15:1
  30:18 94:16 95:6
planking  13:22 14:7
  21:7 22:15 26:22
  28:4,5 29:23 32:5
  92:22 94:11,24 95:3
  115:13
planks  13:20 14:8,10
  15:6 27:13 35:18
  41:22
planning  104:9
plumb  84:6 93:7,25
point  6:2 11:7 12:1
  17:25 31:20 35:19
  37:13 40:2 49:17
  50:23,25 56:19 59:11
  64:25 69:7 74:11,15
  79:21 104:14 119:19
points  96:22
policy  107:10
pollution  100:8
port  10:25 92:8,18
position  7:25 37:25
  39:6
possess  39:15
possibility  119:16
possibly  103:8 119:10
post-accident  30:5
post-incident  30:6
potentially  118:22
power  46:18
powerboat  16:8,18
  23:16
practice  51:22,23,24
practicing  51:4
prepare  74:12

prepared  75:19,24
preparing  70:4 72:17
present  99:15
presume  5:14 8:10
  33:3 34:4 35:9 37:18
  53:11 89:5
presuming  53:16 78:18
  97:10,11 119:14
pretty  30:16 45:4
  49:20 106:8
previously  21:16
  26:12 28:16 43:21
  89:25 111:24
primary  28:23
prior  7:21 79:21
problem  18:14 56:8
  96:17 116:22 117:6,
  8,9 119:20 120:18
  122:20
problems  122:3
proceeding  123:5
PROCEEDINGS  5:2
process  75:14 106:24
  107:4 113:20
produce  68:10
produced  82:17
production  70:25
  82:21
products  35:7
program  9:11 10:8,14
  11:24 12:10,19,20,24
  17:2,4 21:13,23
project  21:7 41:9
projects  31:5
pronunciation  90:15
propeller  101:11
  107:5
propellor  16:19,20
properly  80:24 83:11
  84:1
protect  103:16
protractor  83:21
provide  7:18 8:6
  75:18 110:4
provided  68:11 107:10
  109:12 113:24
Public  5:5 124:2
Public/court  124:24
Puerto  58:5 74:3
  78:5,12,24 80:2

81:25 82:14 104:4
  114:21
pulpit  56:22
pump  87:12,13 96:8
pumped  100:6
pumps  52:16,23 53:20
  54:18 62:10,13,21
  63:9,12,21,24 86:24
  87:2
purchase  48:22
pure  23:23
purpose  74:7
purposely  49:23 100:4
purposes  74:12
pursuant  124:4
push  27:2
put  14:16 15:3 26:21
  30:11 46:5 55:8
  81:4,5,15 84:14
  99:12 122:20
putting  13:21 37:1
  41:22 54:17 70:24
  83:16 103:23

---

Q

qualification  40:1
qualifications  37:19
  39:14
qualified  7:14
qualify  105:17
quarter-inch  93:9
question  5:22 6:3,5
  39:21,23 64:16,18,24
  77:5,22 89:19
  107:14,19,24 109:21
  113:6 115:20 119:21
questions  5:17 6:6
  71:21 117:15 118:17
quick  47:25
quickly  69:22

---

R

rabbet  13:20 14:7,24,
  25 15:1 88:18 94:6,
  7,21 95:4 114:14
Rago  73:10 75:20,24
  76:5

Edward Glaser
July 29, 2020

14

railroad  27:8
railway  27:8
rainwater  96:6
raise  24:16
raised  19:16
ramp  80:3
ran  19:15
rate  71:4
rating  80:16
re-caulk  41:21 95:11
reach  32:22 44:13
  58:22
read  64:19 71:24
  106:20
reading  72:14,15
ready  29:4,6,8 51:2
real  99:5
realize  114:16
reason  45:21 60:2
  70:19
rebuild  20:10,12 24:3
  25:1 27:17 41:4,9,
  18,23
rebuilding  21:3 24:4
  36:21 41:9
rebuilt  21:16 27:5
  31:6 75:2
recall  8:8 15:21
  17:19 34:23 55:4
  56:8 57:8,11,19
  59:10 67:25 82:8
  84:23
receipt  113:23
receive  13:16
received  69:18
recently  50:14
recollection  65:20
recommend  48:22
recommendation  106:25
recommendations  58:12
  106:21
record  23:3 49:5 68:9
  70:14 93:21 94:7
  124:10
recreational  48:12
reduced  124:9
refer  15:9 88:15
reference  70:19
referred  16:1 75:8

referring  38:21 58:1
  65:23 68:17 90:7
  91:2,19,21,24 92:25
  105:24
refers  112:11
regime  72:9
related  124:13
relation  44:2
relative  124:16
relaunch  104:24
relaunched  99:16
relaunching  104:5
reliability  49:5
relied  70:3,7,17 83:2
relying  92:9
remain  18:6 53:17
remarkable  82:24
remember  6:18 25:11,
  23 42:10,11 46:23,25
  47:4 50:17,20 52:25
  53:1,2 55:7,20 59:14
  60:7,11 61:5,10,13
  62:4 64:20 65:24
  66:8 67:20 69:16
  74:25 79:6,15,16
  81:14 83:19 97:6
  98:11 112:8
remote  5:16
remove  116:14
removed  23:8 80:4
  107:1,6
removing  23:14
renovation  24:1
repaint  103:11
repainted  88:4,6,10
  103:4
repair  29:18 30:6
  34:11 36:4 40:18,23
  50:7 76:13,21 77:24
  87:25 106:9,24
  110:22,25 113:20
  116:21 122:2
repairable  39:3
  106:15
repaired  23:6 34:7
  38:3 56:6 74:10
  103:24
repairing  11:10,16
  22:3 23:15 31:12
  37:6,15 42:2 103:11

repairs  34:3,4 38:20
  75:9
rephrase  6:5 60:17
replace  22:7 23:9
  41:17
replaced  22:12,16
  23:6 25:2 27:20
  29:20,21 34:7 35:19
  56:6 115:22 121:17
replacement  29:23
  119:15
replacing  21:5,6 22:7
  27:13,14 35:18
  121:24 122:1 123:1
replicas  12:8
replicated  85:16
report  7:10,19 67:2
  68:1,15 69:5,22,23
  70:2,4,5,7,16 72:3,
  17 73:21 74:12,13,23
  75:11 77:13 78:2
  84:11,14 85:20 86:2
  91:20 92:10 97:7
  104:16 106:11,14
  107:23 108:11,13,20
  110:18,24 116:12
  118:9,12,13
reporter  5:25 22:20
  47:2 64:15,22 124:24
reports  73:17,18
reproduction  17:16
request  68:9 69:20
  70:25 82:21
requested  8:5
require  107:4,6
  119:15
required  70:23 107:7
residence  6:11,12
rest  34:17 95:17
  106:20 119:2
resting  82:2
restore  21:4
restoring  12:3 22:3
  31:12
retained  71:15
return  62:21
review  72:19 107:25
reviewed  70:3,17,22,
  24 73:16
Rhode  59:2,21 63:3,6

Edward Glaser
July 29, 2020

15

Rican   80:2
Richard   31:18
Rico   58:5 74:3 78:5,
   12,24 81:25 82:14
   104:4 114:21
ride   54:11
rip   30:10,11
ripped   23:18
River   64:5,10 65:6
Road   6:9
Robbins   31:18
rock   110:12 122:4
Rockland   6:9 19:10
   20:9 35:8,14,24
   36:5,8 42:12 44:3,11
   45:10 51:4
rocks   39:4
Rockville   8:16
rod   97:8
role   14:3 26:17 46:1
   49:17 108:3,5,19
roles   24:11
room   5:15 52:20 81:16
rounded   14:11
routine   30:17 41:8
rowboats   27:5 29:25
rubber   120:25
rudder   90:19 92:6
   107:5
rudders   37:1
ruggedly   105:20
ruler   91:15
rules   70:23
run   22:25 25:21 28:19
   49:22 54:3 90:16
rundown   6:16
running   51:16 63:9,12
runs   15:10

S

safe   54:16 122:10
   123:2
safely   80:21
safer   122:25
safety   117:5,8,9
sail   19:20 29:16
sailboat   16:8,16
   22:13 23:23

sailed   11:3 20:9
   28:17 29:10
sailing   10:23,24 11:1
   19:9,13 23:15 26:24
   27:1 28:16 29:9
   32:13,21,22 35:2
   41:4 52:14
sailor   43:22
sails   19:18 24:15,16
sales   19:15
saltwater   96:6 97:23
Sampogracht   90:11,12
sank   32:25 34:2
Sargentville   32:22
sat   16:7
Saturday   19:20
scarf   116:18
scarfing   118:21,24
   119:5,17,19
scarred   105:21
scenario   63:2
school   8:11,14,15,16,
   19 17:19
schooner   6:21 18:9,
   17,19 19:3,4,6,7
   20:13,14 22:23 23:6,
   15 24:9,10,11,23
   26:13,14 28:1,10,15
   29:19 31:7,18,22,23
   32:25
schooners   19:2 31:24
   32:5 36:16
Scop   73:20 112:2,4
scope   61:14
Scopinich   84:24
   112:2,4,11
scratch   26:16,20
screen   66:18 70:10,13
   89:6,14,22 92:5
   104:17
sealing   28:6,7 91:7
seals   28:6
seam   15:1 92:21 95:3,
   7 114:14 115:17,18
   117:7 119:4 120:8
seamanship   47:23
seams   106:1
Seaport   9:13 10:12
   12:5 13:3 17:5
season   19:9 24:22

seasonal   29:15
section   53:16,18
   88:13,14 95:23
   102:19,24 103:7,19
   104:16 109:15 121:25
sections   107:1
sees   67:5
self-employed   31:21
sell   34:25
send   69:4,12
senior   8:15 18:8,11,
   12
sense   76:24
separate   100:3
separated   101:14
separation   88:17
series   51:6 96:21
   97:20
serve   20:1
service   35:21 67:4
services   71:5
set   85:14 121:23
   124:19
settled   33:12 104:10
seven-page   66:17
severe   60:3
shaft   16:20 86:10
   104:18 105:2 107:5
shaker   17:16
shape   14:12,13 15:6
   21:4 22:11 23:12
   113:10,11
share   111:23
shift   85:1
shifted   17:6 104:18
ship   12:6,7 60:23
   65:19 68:24
shipped   45:19 78:19
shipyard   9:18,19,20
   31:3,9,10,13
shipyards   31:1
shoe   16:16
shop   10:9 17:8 18:4
   26:25 27:6 37:6,8,10
   38:3,6,7,9 43:3,23
   44:22,23 50:7 113:3
shops   36:4
short   67:3 104:23
show   69:6 82:23
   84:20,22 90:17,20

showed   101:9
shower   30:14
showing   49:18 91:16, 23
shown   115:8
shows   85:1 92:6 105:4
sic   42:23 43:25 44:2, 15 86:15
side   8:15 81:9 84:5,6
sideways   16:18 34:1
sign   107:4
significance   115:7
significant   87:6,8
silicone   98:4 99:1,7, 9
silvery   99:7
similar   22:23 84:24 99:5,11
simple   77:22
simply   21:24 22:1 118:21
single   53:9
sink   39:5
sit   56:23 86:13
sits   16:4,5,14 22:14, 17
sitting   43:1 100:14 105:25 114:9,15
situation   115:19
situations   6:16
size   36:22 53:2 56:14 120:21
skeg   101:10
slides   14:15
sliding   16:17
slight   83:18
slightly   11:1 93:15 101:11
Sloop   11:5
slow   5:17
small   9:19,22 25:15 27:3 35:6 43:22 44:7 70:9 80:2,6
smaller   36:16
smattering   9:4
Smith   124:2,23
smooth   15:4

sold   35:1,3
solely   104:22 106:5 110:11,12
solve   116:22 117:5
sort   12:23 13:10 14:15 16:3 18:13,22 28:12 33:21 37:2 39:6 42:1 46:10 51:17 56:7 58:24 59:22
sorts   28:8
sound   57:17 64:12 65:7,10 122:18
sounds   65:3
south   8:15 51:19
Spadafora   39:19 42:6, 22 43:14 44:25 45:17 46:1,20 50:13,24 52:2 54:5 55:5 57:10,21 58:2 65:16 67:17 68:12,25 69:1, 4 71:6,7,16 73:13 74:5,17 75:15,18 79:20 82:18 86:12 87:21 89:6,8,12,14, 22 98:8 103:3 104:3 109:13 114:1 115:3
Spadafora's   47:8 85:8 101:22
speak   50:24
speaking   89:6,21 90:2
specific   79:18 110:14
spend   18:15
spent   12:4 17:9 20:14 25:16 29:6 55:12
spill   53:23
spilled   100:11
splintering   106:13
split   105:12,15,18 106:12 116:7 121:4 122:11
splits   105:23
splitting   116:8,9
spots   85:14 95:17 103:1
spring   18:8 29:6
squall   32:24
square   84:4 95:6
stack   113:13
stage   46:19,20

stainless   97:8,12,14, 22,24 98:4,10,14,15, 19 99:1,6,10
standard   15:16 40:9 106:16
stands   32:19 81:10
start   15:12 28:25 75:13 115:18
started   9:8 10:4,10 11:1 18:19 26:1,15 29:2 50:25 106:1
starting   9:17 10:8 11:24 17:8 20:12 117:6
starts   15:19 106:24
state   7:15,20 44:24 78:2 124:1,3
statements   101:18,19
states   72:1 73:21 106:11
stating   117:23
stayed   26:24
stays   115:15
steady   49:13
steam   14:14,16
steaming   14:8
steel   35:9,11 97:14, 22 98:10,14,15,19 99:6,10
steels   97:25
Stefanowicz   73:7 83:6 84:25 85:15,17 88:20,24 89:3,4 90:5 102:14 106:7,21 107:13,21 115:8 116:12 121:19
Stefanowicz's   85:20 86:2 118:8
stem   13:19 15:2,16,18
stems   15:18
step   58:21
steps   86:9 87:11 118:14
stern   5:8 16:19 22:21 23:4 29:22 40:16 41:12 47:1,3 50:11 63:16 64:17 65:2,11, 15 66:20,24 67:5,8, 12 70:11,15 71:19 72:13,16 73:1 76:4 77:21 85:24 86:8

Edward Glaser
July 29, 2020

17

87:10 88:23 89:1,10,
13,17,20 92:23
102:4,17 103:19,21
107:14,18,20 108:16,
25 109:2,9,10 111:20
112:6 113:8,17,21
117:16,18 118:16
119:7,21 123:4
**stock**  113:16
**stopped**  51:21 58:17
**straight**  51:20
**strain**  105:11 106:2
115:25 116:2,5 117:9
**strength**  122:13
**stress**  115:17 120:24
**strike**  7:25 9:25
11:19 12:17 21:11
22:19 33:1 34:3 38:1
42:20 57:7,20 58:7
62:1,19 64:18 67:13
68:25 69:21 78:6,10,
18 79:19 81:22
82:11,12 83:8,9
84:9,13 85:25 87:12
88:22 93:2 96:10
99:14 103:19 104:2
107:15,25 108:1,17
109:11,23 110:16
111:11 113:19
**striking**  109:17
110:1,7
**stringers**  100:14
**struck**  62:8
**structural**  15:10
16:15,21,24 92:7
105:22 117:12
**structurally**  16:23
122:11
**structure**  15:21,23
39:7
**studiously**  49:24
**studying**  9:1
**stuff**  27:7 28:13
30:10 32:4 37:2 40:7
46:11
**subcontracted**  32:3
**subcontractor**  32:1
**submerged**  33:24,25
108:8 109:17 110:2,
7,12 112:16 114:9,
11,15

**substance**  72:3
**substantial**  102:23
111:18
**substantive**  71:21
**sudden**  15:19
**sufficient**  62:18
119:18,20 122:2
**suggest**  63:8 98:18
**suggests**  96:11
**summation**  112:14
**summer**  20:3,4 32:13
**summertime**  24:23
26:23
**summing**  101:25
**Sunday**  19:18
**supervision**  124:10
**supplied**  83:1
**support**  84:10,16 92:7
101:19
**supported**  81:19 82:6
**supposed**  70:21
**surprised**  48:3 62:13
**survey**  66:6 69:1,4
70:5 75:10 77:14
89:24 90:6,7
**surveying**  37:19 68:16
**surveyor**  39:1,11,13
40:4 68:18 77:15
**Surveys**  66:5
**suspect**  60:3 76:17
**Susquehanna**  66:4
68:16 73:17 83:1,3
89:24
**Susquehanna's**  74:23
**sworn**  5:4 124:6
**system**  30:13 100:4
**systems**  34:6 46:3,8
100:4

---

**T**

**tables**  17:15
**takes**  5:23 21:8 25:18
36:10 41:1
**taking**  19:14 36:25
40:9 41:3,22 51:2,3
54:12 60:9 64:24
**talked**  36:13 55:23
**talking**  15:15 50:6
57:13 89:11 90:21

91:6 94:5,14 109:16,
19 110:1,6 116:8
**Tammy**  124:2,23
**tanker**  35:6,13
**tankers**  35:15
**tanks**  30:12 35:16
54:18 99:19 100:25
**tape**  84:21
**teach**  40:3
**teaching**  42:9
**technical**  23:2 40:8
**techniques**  22:4
**telling**  59:14 60:24
**tells**  110:10
**ten**  10:24 63:9 78:23
**Tenants**  25:25
**tend**  49:2,3 68:8
**tenders**  29:24
**terms**  16:2,13 69:17
**testified**  5:5 6:14
8:9 11:23 12:12
16:22 17:1,18 23:5
50:2 60:18 65:16,21
67:15 69:21 76:5
81:18 82:22 84:14
93:3,13,21 101:21
102:22 107:13,21
108:10,17 112:7
**testify**  7:11,14 70:5
72:2,23 107:12,22
110:11,13 124:6
**testimony**  7:4,19 8:2,
3,4,7 72:5,19,23
102:10 104:22 105:17
107:22 118:20
119:11,13,25 121:8
124:11
**there'd**  60:2
**thereabouts**  78:13
111:7
**thesis**  18:11,12
**thing**  16:1 21:9 51:5
92:14 104:10 105:24
**things**  19:22 28:8
29:19,20 30:10,13
39:11 40:5 41:15
51:23 52:2 61:20
92:1 121:13,16
**Thistle**  11:4
**Thomaston**  43:23 44:3,
9,10,23

Edward Glaser
July 29, 2020

18

thought  69:15
three-inches-thick
  23:13
three-page  67:2
throwing  56:11
thwarts  13:23
tie  87:21
tied  9:17 13:2
tightness  96:12,14,16
time  6:22 9:16 10:4,
  24 17:10 18:13,16
  26:1,4 27:17 32:8,19
  45:6 49:17 53:24
  54:14,20 55:4 58:15,
  17 61:1,2 62:24 68:6
  69:14,17 74:11
  78:11,15 79:15 88:2
  104:13,14 110:21
timeline  61:5 78:16
  79:7
times  5:13 6:25 11:3
  32:12,15 34:18 38:15
  42:17 54:9,11,14
tipping  81:9
today  8:7 109:16
  110:1,6 114:1
told  24:14 47:17,19
  57:8,10,11 60:13,18
  62:2 65:17 79:20
  98:10 109:24
Tom  17:7,12
tonnage  80:7
tools  52:13,15 112:24
  113:3
top  15:13 16:4 22:17
  94:15 115:12,17
  116:4 117:2 120:8
topside  25:3 45:16
topsides  25:14
torque  115:10
total  41:4,9,18 52:22
totaled  39:2
totally  33:23,25
town  48:17
traditional  13:7 22:4
  40:15
training  10:16 13:10,
  12,16 38:1
transcript  5:2 47:2
transom  21:6 25:2

transport  57:5 58:1,
  16
transported  58:5
transporting  114:20
travel  78:7 80:6,10,
  16,18,20
Travelers  69:12 73:10
Travelers'  75:19
trial  7:4,11,15
trick  6:6
trip  51:19 64:13
  104:24
trips  51:3
true  67:20 83:25 93:6
  97:12,16,17 98:2
  124:10
trunk  29:21
trust  14:5
truth  124:7
tube  16:19
turn  44:20 76:20
turned  42:15 55:13
tutorial  46:10
Twelve  36:1
twisted  92:8
two-  67:2
two-inch  84:15
two-page  70:2
type  10:21 11:10 30:6
  32:2 38:20 41:7 50:3
  97:4,13 98:4
typical  95:16,20

U

uncomfortable  54:1
uncommon  87:13,16
underlying  122:3,20
underneath  16:6 81:17
  85:12 87:9 122:22
underside  106:25
  107:9
understand  6:2 63:5
  89:12 104:7,9,21
  108:19
understanding  47:7
  75:4,7 76:19 77:7,9
  81:23 87:23 103:10
  108:3

Understood  45:2,24
Unlike  23:9
unofficially  38:11,12
unusual  5:10,14 56:14
  99:21,25 100:3
upper  94:10,12,14
  101:15 105:12
usual  29:8

V

vehicles  48:12
verbatim  74:1
Vermeer  12:22
versus  23:16
vessel  11:6 12:9
  23:12 33:8 34:5
  35:9,11 37:22 47:8
  65:18 72:7 73:23
  90:12 113:10
vessels  9:21 40:14,15
  48:12
vibrate  122:10
vibration  86:14 108:7
  120:4
video  5:25
visit  54:10
visiting  54:23 55:5
visual  120:3,9
visually  80:9 85:16
  99:3 101:11

W

wait  5:21,23 89:8
walked  85:10
walking  46:2
wanted  20:7 51:10
  55:7 56:9 74:24
warm  103:18
wash  38:24 41:20
washing  19:23
watching  5:25
water  30:12,13 34:2
  45:7,9 52:22 53:16,
  17,21 61:17 62:18,24
  78:3,15 79:11,13,14,
  21 80:5 81:24 86:11,
  18 87:19 88:5,7
  96:7,9,12,14,16

Edward Glaser
July 29, 2020

19

99:19,23 100:6,19
103:16,18,23 104:25
108:6
water-slowing  53:8
waterline  84:5
waters  64:7,8
watertight  53:4,6,9,
14
ways  44:5,20
week-long  19:17
weeks  78:23 79:5
106:15
weeping  92:21,24
94:4,5,20,22 95:10,
18,24 103:2,4 105:17
115:7,16 120:6
weight  80:12,16 81:6,
18 82:5
whale  10:13 12:9
13:18 15:16 16:6
whaling  12:6,7,19
What's-his-name  73:20
WHEREOF  124:19
wife  89:9,15
William  35:7,12
wind  100:11
windjammer  19:16 20:6
windjammers  20:6
windlass  55:8 56:5,9,
12,15,21
windshield  46:17
winter  20:14 21:9
24:6 54:14,17 58:3
winterize  54:16
winters  25:17
wintertime  24:24
27:25 29:18,25 58:6
wipers  46:17
wire  49:23
wit  124:5
withdraw  115:19
woman  35:1 38:4
wood  14:12,14 17:15
23:11,13 41:8 81:4,
8,11 101:10 116:7
118:22,25 119:5,18,
19 120:24
wood-to-wood  95:8
96:15

wood-type  36:19
wooden  9:20 15:9
16:24 30:16 35:13,
15,17 36:3 37:23
38:25 39:24 40:6,15
41:16 76:6 81:15
87:14 95:14 108:9
112:23
word  15:8 72:9
117:20,21 120:2,3
words  85:16
work  6:1 24:4,23 26:4
27:7,8 28:1,3,11
29:5,22 30:1,5,18,25
31:1,8,9,17,19 32:2
34:11 35:18 36:3,5
37:9 40:11 46:3,9,
12,17 49:11,24 50:3
54:19,20 55:21,22
56:1 75:3 87:25
112:12
worked  9:12 20:4
24:6,7,19 25:5,13,
14,15 26:12 31:24
34:9 35:6,21,23
37:6,8,9,11 40:25
43:21 46:7,16
working  9:8 10:13
11:11 17:12 18:9,19
20:14,18 21:15,19,24
22:1 23:7,17 24:9,17
25:1,9,17 26:1,13
27:11,14 29:7 31:4
36:11,16 37:14 45:5,
6 48:11,16 50:7
56:16,17,20
Works  73:20 112:2,4
worn  27:21
worry  46:25
worth  118:11
wound  10:8 24:9
write  26:9
writing  18:16 124:9
written  13:6
wrong  114:25 118:6
123:2
wrote  97:6 98:12

Y

yacht  48:4,21

yachts  48:14,15
yank  104:18 105:25
yawl  19:15 27:2
year  9:7 17:20 18:8
26:2,3 29:17 32:21
50:21 55:15
years  8:24 9:2,6,7
21:8 24:20 25:4,7,23
26:22 28:1 29:13
30:1,21,25 31:2 35:1
36:1,2,8,10,13 37:4,
5 40:13 50:15,16,18
52:15 54:4 55:3,16
76:19 97:19
York  8:16 51:11,13
55:10,14,25 57:16
64:9 65:5

Z

Zoom  66:22