```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JOSEPH SPADAFORA and GUDELIA LEVINE,  :
                                       :
                         Plaintiffs,   :
                                       :          1:19-cv-6631-GHW
            -against-                  :
                                       :               ORDER
THE STANDARD FIRE INSURANCE            :
COMPANY,                               :
                                       :
                         Defendant.    :
-----------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/6/20

GREGORY H. WOODS, United States District Judge:

A jury trial in this matter will begin on **February 9, 2021 at 9:00 a.m.** The jury trial will be held in the United States District Court for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse at 500 Pearl Street, New York, New York 10007, in a courtroom to be identified closer to trial.

The Court will hold a final pretrial conference in this case on **December 16, 2020 at 9:00 a.m.** The final pretrial conference will be held via conference call. The parties are directed to use the conference call dial-in information and access code noted in the Court's Emergency Rules in Light of COVID-19 available on the Court's website, and are specifically directed to comply with Emergency Rule 2(C).

The parties are directed to submit the following materials no later than November 16, 2020, all of which were previously due but not completed by October 19, 2020: (1) the parties' joint pretrial order, including all deposition designations and trial exhibits, (2) hard and electronic copies of all trial exhibits, (3) joint proposed voir dire questions, (4) a joint proposed verdict form, (5) a proposed brief, mutually acceptable description of the case, to be read to the venire, and (6) a proposed brief, mutually acceptable overview of the applicable law, to be read to the jury as part of the Court's initial instructions prior to opening statements.

The Court will hold a hearing regarding the parties' motions to exclude the expert testimony of Cymbrid Hughes, Jesse Lowell, and Edward Glaser, Dkt. Nos. 47, 50, on December 10, 2020 at 9:00 a.m.  The hearing will be held in Courtroom 12C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse at 500 Pearl Street, New York, New York 10007, although the Court will consider any application by the parties to hold the hearing via remote means.  All three proffered experts are expected to testify.  Any replies in support of the motions to exclude are due no later than November 13, 2020.

Defendant's opposition to Plaintiff's motion *in limine*, Dkt. No. 66, and Defendant's reply in support of its motion for leave for witnesses to testify remotely at trial, Dkt. No. 60, are due no later than November 13, 2020.  Plaintiff's reply in support of his motion *in limine*, if any, is due no later than November 17, 2020.

SO ORDERED.

Dated:  November 6, 2020
New York, New York

_____
GREGORY H. WOODS
United States District Judge