```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/24/20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JOSEPH SPADAFORA and GUDELIA LEVINE,  :
                                      :
                      Plaintiffs,     :
                                      :         1:19-cv-6631-GHW
           -against-                  :
                                      :              ORDER
THE STANDARD FIRE INSURANCE           :
COMPANY,                              :
                                      :
                      Defendant.      :
-----------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

On November 23, 2020, the Court held a conference regarding Defendant's request for an adjournment of the December 10, 2020 hearing regarding the parties' motions to exclude the expert testimony of Cymbrid Hughes, Jesse Lowell, and Edward Glaser. Dkt. No. 86. That request is granted. The December 10, 2020 hearing is adjourned to January 6, 2021 at 9:00 a.m. Additionally, the December 16, 2020 final pretrial conference is adjourned to January 15, 2021 at 9:00 a.m.

The parties should not expect the Court to grant any further requests for extensions of time or adjournments.

SO ORDERED.

Dated: November 23, 2020                    _____
                                                    GREGORY H. WOODS
                                                  United States District Judge