```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/9/20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
JOSEPH SPADAFORA and GUDELIA LEVINE,   :
                                                                       :
                                    Plaintiffs,        :
                                                                       :        1:19-cv-6631-GHW
              -against-                                      :
                                                                       :        ORDER
THE STANDARD FIRE INSURANCE         :
COMPANY,                                                    :
                                                                       :
                                    Defendant.       :
-------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

The Court was unable to secure a guaranteed trial slot on or near the scheduled jury trial date of February 9, 2021. In light of the uncertainties regarding trial scheduling and the low probability that the Court will be able to hold the trial during the first quarter of 2021, the jury trial scheduled to begin on February 9, 2021 is adjourned *sine die*. The January 6, 2021 hearing regarding the parties' motions to exclude expert testimony and the January 15, 2021 final pretrial conference will proceed as scheduled.

SO ORDERED.

Dated: December 9, 2020
                                                                  _____
                                                                          GREGORY H. WOODS
                                                                        United States District Judge