USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/29/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JOSEPH SPADAFORA and GUDELIA LEVINE, :
:
                     Plaintiffs, :
:     1:19-cv-6631-GHW
      -against- :
:     <u>ORDER</u>
THE STANDARD FIRE INSURANCE :
COMPANY, :
:
                     Defendant. :
-----------------------------------------------------------------X

       On November 24, 2020, the Court adjourned the December 10, 2020 hearing regarding the parties' motions to exclude the expert testimony of Cymbrid Hughes, Jesse Lowell, and Edward Glaser to January 6, 2021 at 9:00 a.m. Dkt. No. 88. The hearing will take place by Skype for Business videoconference. To access the conference, paste the following link into your browser: https://meet.lync.com/fedcourts-nysd/gregory_woods/MPO73ZC9.

       To use this link, you may need to download software to use Skype's videoconferencing features.[1] Participants are directed to test their videoconference setup in advance of the conference -- including their ability to access the link above. Users who do not have an Office 365 account may use the "Join as Guest" option. When you successfully access the link, you will be placed in a "virtual lobby" until the conference begins. Participants should also ensure that their webcam, microphone, and headset or speakers are all properly configured to work with Skype for Business. For further instructions concerning Skype for Business and general guidelines for participation in video and teleconferencing, visit https://nysd.uscourts.gov/covid-19-coronavirus.

---

[1] *See* Microsoft, *Install Skype for Business* (last visited Apr. 29, 2020), https://support.office.com/en-us/article/install-skype-for-business-8a0d4da8-9d58-44f9-9759-5c8f340cb3fb.

If you intend to join the conference from an Apple device, you should ensure that you are running a version of Skype for Business that was published on or after April 28, 2020.[2] Users running earlier versions have encountered an issue in which Skype for Business does not receive any inputs from the computer's microphone, and they cannot be heard by other participants.

While the hearing will be conducted by videoconference, the parties should expect the hearing to proceed in the same manner as if it were being held in person.  As a result, the Court anticipates that the parties will put on direct testimony from their proffered experts regarding any issues they seek to prove, and that the parties will cross examine the opposing party's proffered experts.

IT IS FURTHER ORDERED that members of the press, public, or counsel who are unable to successfully access Skype for Business, may access the conference audio using the following credentials:

Call-in number:  1-917-933-2166

Conference ID:  593116719

SO ORDERED.

Dated:  December 29, 2020

GREGORY H. WOODS
United States District Judge

---

[2] *See, e.g.*, Microsoft, *Skype for Business on Mac* (last visited May 5, 2020), https://www.microsoft.com/en-us/download/details.aspx?id=54108.