```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/11/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JOSEPH SPADAFORA and GUDELIA LEVINE, :
:
                        Plaintiffs, :
:          1:19-cv-6631-GHW
       -against- :
:          ORDER
THE STANDARD FIRE INSURANCE :
COMPANY, :
:
                       Defendant. :
-----------------------------------------------------------------X

       On January 4, 2021, the Court held a conference regarding Plaintiffs' motions *in limine*. Dkt. No. 66. For the reasons stated on the record, Plaintiffs' motions are GRANTED. Defendant's fourth, seventh, eighth, and tenth affirmative defenses are stricken.

       The Clerk of Court is directed to terminate the motion pending at Dkt. No. 66.

       SO ORDERED.

Dated: January 11, 2021

_____
GREGORY H. WOODS
United States District Judge