USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/25/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JOSEPH SPADAFORA and GUDELIA LEVINE, :
:
                              Plaintiffs, :
:   1:19-cv-6631-GHW
         -against- :
:   <u>ORDER</u>
THE STANDARD FIRE INSURANCE :
COMPANY, :
:
                              Defendant. :
-----------------------------------------------------------------X

    On January 15, 2021, the Court held a final pretrial conference in this matter. For the reasons stated on the record, the parties' motions to exclude the expert testimony of Jesse Lowell, Edward Glaser, and Cymbrid Hughes, Dkt. Nos. 47, 50, are DENIED.

    The Clerk of Court is directed to terminate the motions pending at Dkt. Nos. 47 and 50.

    SO ORDERED.

Dated: January 24, 2021
                                                                   GREGORY H. WOODS
                                                    United States District Judge