USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/25/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JOSEPH SPADAFORA and GUDELIA LEVINE,  :
: 
                                  Plaintiffs,  :
:       1:19-cv-6631-GHW
         -against-  :
:       ORDER
THE STANDARD FIRE INSURANCE :
COMPANY, :
:
                                  Defendant.  :
-----------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

      A jury trial in this matter will begin on **September 13, 2021 at 9:00 a.m.**  The jury trial will be held in the United States District Court for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse at 500 Pearl Street, New York, New York 10007, in a courtroom to be identified closer to trial.

      SO ORDERED.

Dated:  January 24, 2021

                                                                                         GREGORY H. WOODS
                                                                    United States District Judge