UNITED STATES DISTRICT COURT
SOURTHERN DISCTRICT OF NEW YORK

----------------------------------------------------------x

JOSEPH SPADAFORA and GUDELIA LEVINE,

                Plaintiffs,                Civil Action No.: 19-CV-6631

   -against-

THE STANDARD FIRE INSURANCE COMPANY,                NOTICE OF MOTION FOR LEAVE TO AMEND ANSWER

                Defendant.

----------------------------------------------------------x

    **PLEASE TAKE NOTICE** that based upon the accompanying Memorandum of Law, and upon all previous pleadings and proceedings in this matter, Defendants Standard Fire Insurance Company, will move this Court for an Order:

(1) Granting leave to file an Amended Answer to the Complaint; and

(2) for such other and further relief as this Court may deem just and proper.

Dated: February 19, 2021

                                  RUBIN, FIORELLA, FRIEDMAN & MERCANTE LLP
                                  *Attorneys for Standard Fire*

                By:          /s_____
                                  Michael E. Stern, Esq.
                                  630 Third Avenue, 3rd Floor
                                  New York, NY 10017
                                  Tel:    212.953.2381
                                  Email: mstern@rubinfiorella.com